**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, et al., Plaintiffs, | No. 04-541 L |
| v. | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | |

**JOINT CERTIFICATION**

Pursuant to Appendix A of the Rules of the Court of Federal Claims, the parties file this Joint Certification verifying that they met and accomplished all maters required by paragraph 13 of Appendix A. During the meeting of counsel the parties discussed a schedule for the filing of motions in limine and responses thereto. Pursuant to that discussion the parties propose the following schedule: 1) the parties will file all motions in limine on Friday, September 29, 2006; and 2) the parties will file all replies to motions in limine on Wednesday, October 11, 2006. Attached hereto is a proposed order setting those dates.

Respectfully submitted,

s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Marzulla & Marzulla
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: September 18, 2006

Counsel for Plaintiffs

Of Counsel:
Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane, Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

Dated: September 18, 2006

s/ William J. Shapiro
WILLIAM SHAPIRO
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

KRISTINE TARDIFF
Trial Attorney
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301

ADAM J. SIEGEL
Trial Attorney
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

SHELLY RANDEL
Attorney/Advisor
U.S. Department of the Interior
Office of the Solicitor
Branch of Water and Power

Division of Land and Water Resources
1849 C St., NW
Washington, DC

JAMES E. TURNER
Assistant Regional Solicitor
U.S. Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825