**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, et al., | |
| Plaintiffs, | No. 04-541 L |
| v. | Judge Christine Odell Cook Miller |
| UNITED STATES, | |
| Defendant. | |

**PROPOSED ORDER**

Pursuant to the parties' September 18, 2006 joint certification regarding the meeting of counsel, the Court adopts the following schedule regarding the filing of motions in limine and replies thereto:

1. **Motions in limine:** The parties will file all motions in limine on Friday, September 29, 2006.

2. **Replies to motions in limine:** The parties will file all replies to motions in limine on Wednesday, October 11, 2006.

It is so ordered.

s/ Christine O.C. Miller
**Christine Odell Cook Miller**
Judge