# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and CALIFORNIA WATER SERVICE COMPANY,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * No. 04-541L |
| | * |
| **THE UNITED STATES,** | * (Filed Sept. 18, 2006) |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

Further to the Joint Certification filed this date,

**IT IS ORDERED**, as follows:

1. By September 29, 2006, the parties shall file simultaneous Motions *in Limine*.

2. By October 11, 2006, the parties shall file their replies.

3. The foregoing shall not affect the parties' respective pretrial filings. Argument on the motions *in limine* shall be heard at the pretrial conference on October 17, 2006.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge