**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT et al., Plaintiffs, | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | ) | |

**<u>TRIAL EXHIBIT LIST</u>**

In accordance with RCFC Appendix A ¶ 16, Plaintiffs Stockton East Water District, Central San Joaquin Water Conservation District, County of San Joaquin, City of Stockton, and California Water Service Company, submit the following exhibit list, with the exception of those exhibits which may be used for impeachment purposes. Plaintiffs reserve the right to use exhibits identified on Defendant's exhibit list.

**PROPOSED JOINT EXHIBITS**

1. Chart of New Melones Releases
2. Contract between the United States and Stockton East Water District (December 1983).
3. Contract between the United States and Central San Joaquin Water Conservation District (December 1983).
4. U. S. Department of the Interior, New Melones Unit, Central Valley Project - Stanislaus River Basin Alternatives and Water Allocation, Special Report (September 1980).

5. Record of Decision – Stanislaus River Basin Alternatives and Water Allocations – New Melones Unit, Central Valley Project, California (accepted June 29, 1981).
6. Basis of Negotiations – New Melones Unit – Central Valley Project (CVP), California (February 1, 1982).
7. Letter from Regional Director Michael Catino to Stockton East Water District, Central San Joaquin Water Conservation District, San Joaquin County [and others] regarding New Melones Water Marketing Program (September 29, 1982).
8. Letter from Regional Director Michael Catino to Stockton East Water District (September 29, 1982).
9. Letter from Regional Director to Commissioner, Washington, DC regarding Proposed Water Service Contracts with Tuolomne County Regional Water District, Central San Joaquin Water Conservation District, and Stockton East Water District New Melones Unit – Central Valley Project, California (October 21, 1982).
10. Letter from Regional Director to Commissioner, Washington, DC regarding Proposed Water Service Contracts with Central San Joaquin Water Conservation District and Stockton East Water District – New Melones Unit – Central Valley Project (CVP), California (Your memorandum dated November 26, 1982) (April 14, 1983).
11. July 8, 1983, Approval Memorandum - Proposed Water Service Contracts with Central San Joaquin Water Conservation District and Stockton-East Water District – New Melones Unit – Central Valley Project (CVP), California (signed July 24, 1983).
12. New Melones “Fact Sheet” from 1983. [US 003240-3241].

13. Memorandum from Fish and Wildlife Area Manager to Water and Power Resources Service Acting Regional Director regarding New Melones Project Fishery Releases (March 6, 1981).
14. Letter from Department of Fish and Game to David Houston regarding New Melones Issues (December 12, 1983).
15. Memorandum from Fish and Wildlife Area Manager to Water and Power Resources Service Acting Regional Director regarding New Melones Fishery Releases – October 1, 1980 – September 30, 1981 (your letter of July 25, 1980; ref: MP-2810) (September 9, 1980).
16. Memorandum from Fish and Wildlife Area Manager to Water and Power Resources Service Acting Regional Director regarding New Melones Fishery Releases (Your Memorandum dated October 6, 1980) (October 31, 1980).
17. Memorandum from Jim Denny to Regional Director regarding report of meeting with other agencies and units of the Bureau of Reclamation (December 15, 1983).
18. Letter from David Houston to Howard D. Carper (January 3, 1984).
19. Letter from David Houston to Honorable John Garamendi (May 21, 1984). [Dep. Exh. 16, US 5791-5793].
20. Agreement Between CDFG and Bureau of Reclamation regarding Interim Instream Flows and Fishery Studies in the Stanislaus River Below New Melones Reservoir (June 2, 1987).
21. Letters from Regional Director David Houston to Stockton East Water District, Central San Joaquin Water Conservation District (May 5, 1988).

22. January 6, 1982 – Letter to Water Users from James D. Beard regarding interim supply. (SE07768-SE07776)
23. Special Act Creating Stockton East Water District- Chapter 1287, § 3 (b), Statutes of 1980 (Cal.)
24. Excerpt from California Dept. of Water Resources, Ground Water Basins in California – A Report to the Legislature in Response to Water Code Section 12924, Bulletin 118-80 (January 1980)
25. Excerpt from: Brown and Caldwell Consulting Engineers, Eastern San Joaquin County Groundwater Study, prepared for the San Joaquin County Flood Control and Water Conservation District, Final Report (October 1985)
26. New Melones Authorizing Legislation- Flood Control Act of October 23, 1962, Pub. L. No. 87-874, 76 Stat. 1191 (1962)
27. The Central Valley Project Improvement Act (CVPIA), Pub. Law 102-575 Title 34
28. House Documents 453 (New Melones Project)
29. May 12, 1993 letter from Roger K. Patterson to Co. Laurence R. Sadoff (US 003569)

**PLAINTIFF'S PROPOSED EXHIBITS**

*The following exhibits may be used in Plaintiff's Case in Chief or Rebuttal. The listing of the exhibit is not an admission of relevance or admissibility. Plaintiff expects that many of these exhibits will be eliminated as a result of the Court's pre-trial rulings.*

30. May 3, 1989 – Letter to SEWD from Neil W. Schild regarding Critical Year Reduction, Stockton East Water District – Central Valley Project (Water Service).(US_006849)

31. February 26, 1990 – Letter to SEWD from Neil W. Schild regarding Critical Year Contract Water Supply Reduction – Central Valley Project (CVP), California (Water Service). (US_007711)
32. April 26, 1990 – Letter to Mervin De Haas from Edward M. Steffani regarding Goodwin Tunnel – Construction – Construction Water. (US_007708)
33. July 6, 1990 – Letter to SEWD from Neil W. Schild regarding Construction of Goodwin Tunnel – New Hogan Project (Your Letter Dated April 26, 1990) (Water Supply). (US_007707)
34. October 12, 1990 – Letter to SEWD from Walter D. Jourdan regarding Upper Farmington Canal - Construction Water - New Melones Reservoir - Central Valley Project (CVP) CA (Your Letter Dated September 18, 1990) (Water Supply). (SE20701)
35. February 19, 1991 – Letter to SEWD from Neil W. Schild regarding Critical Year Contract Water Supply Reduction, Central Valley Project, California (Water Service). (US_007689)
36. December 6, 1991 – Letter to SEWD from Charles M. Noese acting for Walter D. Jourdan regarding Construction Water – Goodwin Tunnel – New Melones Reservoir – Central Valley Project (CVP) (Your Letter Dated October 17, 1991) (Water Service Contract). (US_007683)
37. March 23, 1992 – Letter to SEWD from Neil W. Schild acting for Roger K. Patterson regarding Critical Year Contract Water Supply Reduction, Central Valley Project, California (Water Service). (US_007681)
38. June 2, 1993 – Letter to various departments from Edward M. Steffani regarding New Melones Reservoir – Fish Flow Releases. (SE15633)

39. June 10, 1993 – Handwritten notes regarding SEWD special meeting. (SE07937)

40. July 2, 1993 – Memo to SEWD Directors from Edward Steffani regarding New Melones. (SE15613)

41. July 8, 1993 – Letter to The Honorable Senator Barbara Boxer from Edward Steffani regarding New Melones – Fish Flows. (SE15609)

42. August 12, 1993 – Letter to Roger Patterson from Reid W. Roberts regarding New Melones Water Contract. (US_002488)

43. August 12, 1993 – Letter to Frank Demick from Reid W. Roberts regarding New Melones Water Allotment. (US_002487)

44. August 31, 1993 – Letter to Reid W. Roberts from Roger K. Patterson regarding New Melones Water Allotment (Your Letter Dated August 12, 1993 to Roger Patterson and Frank Dimick) (Water District). (US_012875)

45. September 1, 1993 – Letter to SEWD from Marvin L. Plenert regarding the use this year of a portion of the Central Valley Project yield dedicated to the fish and wildlife by Title 34 of Public Law 102-575. (SE15662)

46. September 3, 1993 – Handwritten notes regarding meeting with Roger Patterson, Marv Plenert, Lowell Ploss, Bill Shake, and Jim McKevitt. (SE07940)

47. October 22, 1993 – Letter to Theodore Roefs from Ed Steffani regarding New Melones Water Delivery Schedule. (US_007436)

48. February 15, 1994 – The Bureau of Reclamation's Central Valley Project Water Supply for 1994. (SE05743)

49. February 15, 1994 – Announcement of the Bureau of Reclamation's 1994 Water Outlook for Friant Division Central Valley Project. (SE05745)

50. March 9, 1994 – Letter to SEWD from Roger Patterson regarding Accounting of New Melones Reservoir Water (Your Letter Dated January 14, 1994). (SE01776)
51. March 14, 1994 – News Release regarding the Bureau of Reclamation's Central Valley Project Water Supply for 1994. (SE05748)
52. March 15, 1994 – Letter to Roger Patterson from Ed Steffani regarding New Melones – 1994 Supply. (US_007395)
53. March 17, 1994 – Letter to Roger Patterson from Reid Roberts regarding USBR Contract No 4-07-20-W0329 1994 Water Allocation. (US_000336)
54. March 22, 1994 – 1994 Water Allocation. (SE 01787)
55. April 15, 1994 – News Release regarding Critically Dry Year Prevails: Available Central Valley Project Supplies Affected by Lack of Precipitation and Snowpack Runoff. (SE05823)
56. May 4, 1994 – Letter to Roger Patterson from Edward Steffani regarding SEWD – New Melones. (SE15528)
57. May 9, 1994 – News Release regarding Lack of Precipitation and Snowmelt Runoff Reduces Central Valley Project Allocations to Sacramento River Water Rights Holders and San Joaquin Exchange Contractors. (SE05769)
58. May 24, 1994 – Letter to Ed Steffani from Franklin Dimick acting for Roger Patterson regarding Water Service Contract – Central valley Project (Your Letter Dated May 4, 1994). (SE07971)
59. June 2, 1994 – Letter to John Marshall from Richard Archbold regarding the need to preserve the 20,000 acre feet of water which would have been available for Stockton East Water District and Central San Joaquin Water Conservation District. (US_007375)

60. August 2, 1994 – Letter to Roger Patterson from Ed Steffani regarding New Melones – SEWD/USBR Contract. (US_007374

61. August 30, 1994 – Letter to Ed Steffani from Roger Patterson regarding Water Service Contract – Central Valley Project (Your Letter Dated August 2, 1994). (US_007373)

62. October 3, 1994 – Letter to Roger Patterson from Ed Steffani regarding New Melones – clarification on the outstanding request for water by SEWD. (US_00329)

63. October 7, 1994 – Letter to James Turner, Franklin Dimick and Roger Guinee from Jeanne Zolezzi regarding Agreement for the Purchase of Water Between the United States of America and Oakdale Irrigation District and South San Joaquin Irrigation District Agreement No. 4-07-20-W1190. (US_023293)

64. October 25, 1994 – Letter to Roger Patterson from Reid Roberts regarding New Melones 1995 Water Service Per Contract No. 4-07-20-W0330 – water for the 1995 irrigation season. (US_027113)

65. November 10, 1994 – Letter to Ed Steffani from Thomas Aiken regarding 1995 Water Deliveries – Water Service Contract No. 4-07-20-W0329 – New Melones Reservoir – Central Valley Project, California. (US_007371 and US_ 00327)

66. November 23, 1994 – Letter to Ed Steffani from Daniel Beard regarding contract water from New Melones Reservoir. (US_007357)

67. November 28, 1994 – Letter to Reid Roberts from Thomas Aiken regarding requested delivery of water from New Melones Reservoir for calendar year 1995. (US_027115)

68. December 7, 1994 – Letter to Daniel Beard from Ed Steffani regarding contract between SEWD and the US for a water supply from New Melones Reservoir.(US_007358)

69. February 15, 1995 – 1995 Water Outlook for Friant Division Central Valley Project.

70. February 15, 1995 – The Bureau of Reclamation's Central Valley Project Water Supply for 1995. (SE05895)

71. February 15, 1995 – Letter to Roger Patterson from Jeanne Zolezzi regarding requested water deliveries for New Melones water. (US_006267)

72. March 14, 1995 – Letter to Michael Machado from Bruce Babbit regarding concerns in some detail with regard to the availability of water supplies for SEWD. (US_028942)

73. March 20, 1995 – Forecast of New Melones Demands. (SE05986)

74. April 10, 1995 – New Release regarding Extremely Wet Conditions in March Means a 100 Percent Supply for all Central Valley Project Contractors. (SE05903)

75. April 10, 1995 – Faxogram to Reid Roberts from Thomas Aikens regarding Reclamation has determined that 37,000 acre feet of water can be made available from New Melones Reservoir this year. (US_027108)

76. May 4, 1995 – Letter to Roger Patterson, Franklin Dimick and John Renning from Jeanne Zolezzi regarding requested full supply of water under SEWD contract for 1995. (SE08078)

77. May 26, 1995 – Memo to Secretary of the United States Department of the Interior from Daniel P. Beard regarding 1995 Water Allocation for SEWD- Central Valley Project, California. (US_007260)

78. June 9, 1995 – Letter to Reid Roberts from Thomas Aiken regarding Reclamation allocated 37,000 acre feet of water from New Melones Reservoir to the Central San Joaquin Water Conservation District this year. (US_002481)

79. June 14, 1995 – Letter to Roger Patterson from Edward Steffani regarding Water Conservation Plan. (001169)

80. June 20, 1995 – Letter to Thomas Aiken from Reid Roberts regarding 1995 Water Deliveries – Water Service Contract No. 4-07-20-W0330 – New Melones Reservoir – Central Valley Project, California. (US_000305)

81. July 5, 1995 – Based on Water Year (1994/95) forecast of full natural inflow of 2.3 MAF. (SE05924)

82. July 10, 1995 – Letter to Reid Roberts from Thomas Aiken regarding 1995 Water Deliveries – Carryover Storage and Water Conservation Plans – Contract No. 4-07-20-W0330 – New Melones Reservoir – Central Valley Project, California. (SE15761)

83. August 2, 1995 – Letter to Jeanne Zolezzi from Roger Patterson regarding your letter dated May 4, 1995. (SE08099) (SE02378)

84. August 4, 1995 – Faxogram to Reid Roberts from Thomas Aiken regarding 1995 Water Deliveries- Contract No. 4-07-20-W0330 – New Melones Reservoir – Central Valley Project, California. (US_027093)

85. August 10, 1995 – Letter to SEWD from Thomas Aiken regarding 1995 Water Deliveries- Contract No. 4-07-20-W0330 – New Melones Reservoir – Central Valley Project, California. (SE08103)

86. August 17, 1995 – Letter to Thomas Aiken from Ed Steffani regarding New Melones – 1995 Water Delivery – Contract No. 4-07-20-W0329 accepting 8-10-95 offer of 32,000 acre feet during 1995 and 1996. (SE08104)

87. August 21, 1995 – Letter to SEWD from Thomas Aiken regarding 1995 Water Deliveries- Contract No. 4-07-20-W0330 – New Melones Reservoir – Central Valley Project, California. (US_012470)

88. August 24, 1995 – Letter to Thomas Aiken from Jeanne Zolezzi regarding 1995 Water Deliveries – New Melones Reservoir. (SE08106)

89. September 12, 1995 – Letter to Peggy Manza from Edward Steffani regarding New Melones – Water Management Plan (SE16241)

90. September 15, 1995 – Letter to Jeanne Zolezzi from Thomas Aiken regarding SEWD – 1995 Water Deliveries – Central Valley Project, California. (SE02419)

91. September 20, 1995 – Letter to Thomas Aiken from Jeanne Zolezzi regarding SEWD – 1995 Water Deliveries – Central Valley Project, California. (SE02421)

92. October 12, 1995 – Letter to Thomas Aiken from Jeanne Zolezzi regarding SEWD – 1995 Water Deliveries – Central Valley Project, California. (US_007148)

93. October 27, 1995 – Letter to Roger Patterson from Ed Steffani regarding request for amounts of water to be released from New Melones Reservoir for diversion at the District's Goodwin Dam Tunnel. (SE16143)

94. November 6, 1995 – Letter to Jeanne Zolezzi from Thomas Aiken regarding SEWD – 1995 Water Deliveries – Central Valley Project, California. (US_008001)

95. November 6, 1995 – Letter to Clifford Quinton from Reid Roberts regarding reschedule of 1995 Water Allocation. (US_000298)

96. November 17, 1995 – Letter to Ed Steffani from Thomas Aiken regarding 1996 Water Deliveries. (SE16260)

97. November 29, 1995 – Letter to Roger Patterson from Ed Steffani regarding New Melones – Rescheduling of 1995 Water. (US_008018)

98. November 30, 1995 – Letter to Thomas Aiken from Reid Roberts regarding request for water service delivery for 1996. (US_000284)

99. November 30, 1995 – Letter to Reid Roberts and Edward Steffani from Thomas Aiken regarding Rescheduling Unused 1995 Water – New Melones Reservoir- Central Valley Project, California. (SE 16256)

100. December 9, 1995 – Letter to Reid Roberts and Ed Steffani from Thomas Aiken regarding rescheduling unused 1995 water – New Melones Reservoir – Central Valley Project, California. (US_002479)

101. December 29, 1995 – Letter to Thomas Aiken from Edward Steffani regarding New Melones – Rescheduling of 1995 Water. (SE16171)

102. January 11, 1996 – Letter to Thomas Aiken from Edward Steffani regarding New Melones – Rescheduling of 1995 Water.

103. January 19, 1996 – News Release regarding Bureau of Reclamation Makes Preliminary Water Allocation Announcement at Annual Water Users Conference.

104. January 19, 1996 – News Release regarding Bureau of Reclamation makes Preliminary Water Allocation Announcement for the Central Valley Project's Friant Division at Annual Water Users Conference.

105. February 15, 1996 – News Release regarding Bureau of Reclamation Makes Initial Water Supply Allocation for Water Year 1996.

106. February 22, 1996 – Letter to Reid Roberts from Thomas Aiken regarding Reclamation has determined that 49,000 acre feet of water is available form New Melones Reservoir this year. (US_002478)

107. March 15, 1996 – News Release regarding Bureau of Reclamation Updates Water Supply Allocation for 1996. (SE05997)

108. March 19, 1996 – Letter to SEWD from Thomas Aiken regarding 1996 Water Deliveries – Water Service Contract No. 4-07-20-W0329 – New Melones Reservoir – Central Valley Project, California. (SE06000)

109. March 27, 1996 – Letter to Thomas Aiken from Edward Steffani regarding New Melones – 1996 Deliveries. (SE16167)

110. April 15, 1996 – News Release regarding Bureau of Reclamation Issues Updated Water Supply Allocation for 1996.

111. May 17, 1996 – News Release regarding Bureau of Reclamation Issues Updated Water Supply Allocation for 1996. (SE06003)

112. May 20, 1996 – Letter to Thomas Aiken from Edward Steffani regarding New Melones – 1996 Water Deliveries. (SE16166)

113. September 9, 1996 – Letter to Tom Aiken from Edward Steffani regarding New Melones – Rescheduling of 1996 Water. (SE08259)

114. November 27, 1996 – Letter to Thomas Aiken from Jeanne Zolezzi regarding Guidelines – Rescheduling Unused 1996 Water – New Melones Reservoir – Central Valley Project, California. (SE02821 and US_026191)

115. December 2, 1996 – Letter to United States Department of Interior, Bureau of Reclamation from Reid Roberts regarding Water Service Contract Number 4/07/20/W0330/1997 Water Delivery Schedule. (US_000280)

116. February 10, 1997 – Letter to Reid Roberts from Thomas Aiken regarding 1997 Water Deliveries – Water Service Contract No. 4-07-20-W0330 – New Melones Reservoir – Central Valley Project, California. (US_000279)

117. February 14, 1997 – New Release regarding Bureau of Reclamation Allocates 100 Percent Supply to Water Service Contractors and Refuges and Meets Recommended Experimental Fish Restoration Flow.

118. February 19, 1997 – Letter to Ed Steffani from Thomas J. Aikens regarding 1997 Water Deliveries – Water Service Contract No. 5-07-20-W0329 – New Melones Reservoir – Central Valley Project, California. (SE17005) (US Dep. EX #150)

119. February 24, 1997 – Letter to Thomas Aiken from Edward Steffani regarding New Melones Deliveries – 1997. (SE17232)

120. April 17, 1997 – News Release regarding Bone Dry Conditions Cause Reduction in Central Valley Project Supplies.

121. August 11, 1997 – Letter to John Garamendi from Ed Steffani regarding New Melones Contract. (SE06055)

122. October 23, 1997 – Letter to Thomas Aiken from Edward Steffani regarding New Melones Deliveries – 1998. (SE16164)

123. January 23, 1998 – News Release regarding Preliminary Water Allocation Announced at Annual Water Users Conference.

124. February 13, 1998 – News Release regarding Bureau of Reclamation Announces Central Valley Project Water Supply Availability for 1998.

125. April 15, 1998 – News Release regarding Unusually Wet Conditions in 1998 Means a 100-Percent Supply for All Central Valley Project Water Service Contractors.

126. September 9, 1998 – Letter to Tom Aiken from Jeanne Zolezzi regarding SEWD/New Melones Contract. (US_029468)

127. November 18, 1998 – Letter to Jeanne Zolezzi from Thomas Aiken regarding Request for Relief from Build Up Schedule due to Interim Operation of East Side Division, Central Valley Project, California. (US_029466)

128. January 22, 1999 – News Release regarding Preliminary Water Allocation Announced at Annual Water Users Conference.

129. February 16, 1999 – News Release regarding Bureau of Reclamation Announces Water Allocation for Water Year 1999.

130. March 16, 1999 – News Release regarding Bureau of Reclamation Announces Updated Water Allocation for Water Year 1999.

131. January 21, 2000 – News Release regarding Preliminary Water Allocation Announced at Annual Water Users Conference.

132. February 17, 2000 – News Release regarding Bureau of Reclamation Announces Initial Water Allocations for Water Year 2000. (SE08906)

133. February 17, 2000 – News Release regarding CVP Allocations Summary Table Corrected.

134. March 20, 2000 – News Release regarding Bureau of Reclamation Updates Water Allocations for Water Year 2000.

135. February 15, 2001 – News Release regarding Reclamation Announces Initial Water Supply Allocation for Water Year 2001.

136. March 15, 2001 – News Release regarding Reclamation Increases Water Supply Allocation for Water Year 2001.

137. April 16, 2001 – News Release regarding Reclamation Updates Water Supply Allocation for Water Year 2001. (SE08932)

138. May 16, 2001 – News Release regarding Reclamation Updates Water Supply Allocation for Water Year 2001.

139. July 23, 2001 – Letter to Cecil Leslie from Kevin M. Kauffman regarding New Melones Deliveries – 2000, 2001 and 2002. (US_000349)

140. January 25, 2002 – News Release regarding Bureau of Reclamation Announces Initial Water Supply Outlook for Water Year 2002.

141. February 15, 2002 – News Release regarding Reclamation Announces Initial Water Supply Allocation for Water Year 2002.

142. March 15, 2002 – News Release regarding Reclamation Announces Water Supply Allocation Update for Water Year 2002.

143. April 15, 2002 – News Release regarding Reclamation Announces Water Supply Allocation Update for Water Year 2002.

144. May 16, 2002 – News Release regarding Reclamation Announces an Increase in CVP Water Supply Allocation for Water Year 2002.

145. June 4, 2002 – Letter to Kevin Kauffman from Thomas Aiken regarding Water Supply Allocation, East Side Division, Central Valley Project – Water allocation forecast of May 16, 2002. (US_000352)

146. June 4, 2002 – Letter to Board of Directors for Central San Joaquin Water Conservation District from Thomas Aiken regarding Water Supply Allocation, East Side Division, Central Valley Project – Water allocation forecast of May 16, 2002. (US_000344)

147. June 19, 2002 – Letter to Thomas Aiken from Kevin Kauffman regarding Schedule of Project Deliveries for Contract/Calendar Year 2002. (SE17245)

148. February 14, 2003 – News Release regarding Reclamation Announces Initial Water Supply Allocation for Water Year 2003.

149. March 18, 2003 – News Release regarding CVP March 2003 Water Supply Allocations Remain Unchanged.

150. April 23, 2003 – News Release regarding Reclamation Increases CVP April 2003 Water Supply Allocations.

151. May 6, 2003 – Letter to Cecil Leslie from Kevin Kauffman regarding New Melones Deliveries – 2003. (SE17244)

152. May 9, 2003 – Letter to Kirk Rodgers from Reid Roberts regarding 2003 Water Allocation – Central San Joaquin Water Conservation District. (US_002476)

153. May 22, 2003 – News Release regarding CVP Water Supply Allocation for Water Year 2003 Increases Another 5 Percent. (US_000342)

154. June 12, 2003 – Letter to Board of Directors for the Central San Joaquin Water Conservation District from Thomas Aiken regarding Water Supply Allocation, East Side Division, CVP notifying of the water allocation forecast of May 22, 2003. (US_00341)

155. June 12, 2003 – Letter to Kevin Kauffman from Thomas Aiken regarding Water Supply Allocation, East Side Division, CVP notifying of the water allocation forecast of May 22, 2003. (US_016185)

156. June 20, 2003 – Letter to Emmett Cartier from Kevin Kauffman regarding New Melones Delivery for 2003 (Revised) to provide the proposed CVP East Side water delivery schedule for 2003 contract. (SE16159)

157. July 1, 2003 – News Release regarding CVP Water Supply Allocation Increases Another 5 Percent for Water Year 2003.

158. January 23, 2004 – News Release regarding Bureau of Reclamation Announces Initial Water Supply Outlook for Water Year 2004.

159. February 13, 2004 – News Release regarding Reclamation Announces Initial Water Supply Allocation for Water Year 2004.

160. May 24, 2004 – Letter to Chet Bowling from Reid Roberts regarding New Melones Water Service Contract. (SE18197)

161. June 17, 2004 – Letter to Chet Bowling from Reid Roberts regarding New Melones Water Service Contract.

162. June 21, 2004 – Letter to Reid Roberts from Michael R. Finnegan regarding New Melones Water Service Contract (Your Letters Dated May 24, 2004 and June 17, 2004)

163. September 20, 2004 – CVP East Side Division – Water Supply Allocations.

164. Stockton East Water District Water Conservation Plan (June 1986).

165. Letter from Bureau of Reclamation to Steffani re Water Conservation Plan, December 14, 1992.

166. December 1993 – SEWD Water Conservation Plan prepared for Unites States Department of the Interior Bureau of Reclamation.

167. Central San Joaquin Water Conservation District Water Conservation Plan (December 1993).

168. Letter from Zolezzi to Bureau of Reclamation, February 15, 1995.

169. April 17, 1995 – Letter to Richard Roos-Collins from Roger Patterson regarding request for information pertaining to New Melones Dam (Your Letter Dated March 28, 1995). (SE02155)

170. Letter from Bureau of Reclamation to Roberts, June 9, 1995.

171. Letter from Roberts to Bureau of Reclamation, June 20, 1995.

172. May 30, 1995 – Letter from Jeanne Zolezzi to Chet Bowling regarding Releases from New Melones Reservoir. (SE 02247)

173. October 10, 1995 – Letter from Jeanne Zolezzi to David Read regarding New Melones Water Management Study. (SE 08166)

174. March 6, 1996 – Letter from Jeanne Zolezzi to Roger Patterson regarding New Melones Information. (SE 08200)

175. July 9, 1996 – Letter from Jeanne Zolezzi to John Davis regarding Administrative Proposal for Stanislaus River. (SE 02704)

176. July 22, 1996 – Letter from Jeanne Zolezzi to John Davis regarding Administrative Proposal for Section 3406(b)(2) Water (800,000 Acre-Feet). (SE 08236)

177. November 22, 1996 – Letter from Karna Harrigfeld to John W. Pulver regarding Draft of New Melones Water Management Study. (SJ01510)

178. January 16, 1998 – Memorandum from Robert Stackhouse to Manager, Ratesetting and Economic Services regarding Central Valley Project “Take and Pay” Water.

179. February 2, 1998 – Agenda for Meeting with Roger Patterson.

180. March 23, 1998 – Letter from Jeanne Zolezzi to Roger Patterson and Richard Whitson regarding Stockton East Water District/New Melones Stakeholders’ Process. (SE 08521)

181. April 9, 1998 – Letter from Jeanne Zolezzi to Lowell Ploss regarding Stockton East Water District/New Melones Stakeholders Process. (SE 08523)

182. April 15, 1998 – Letter from Lowell Ploss to Jeanne Zolezzi regarding new Melones Stakeholders' Process and Implementation of Central Valley Project Improvement Act (CVPIA) (Your file No. 1026-016). (SE 08526)

183. April 28, 1998 – Answers to Questions Submitted by Jeanne Zolezzi from Letter dated April 28, 1996. (SE 08530)

184. April 28, 1998 – Letter from Jeanne Zolezzi to Lowell Ploss and Chet Bowling regarding Stockton East Water District/New Melones Stakeholders' Process. (SE 08532)

185. April 30, 1998 – Letter from Jeanne Zolezzi to Donna Tegelman regarding Stockton East Water District/New Melones Contract. (US_007856)

186. June 16, 1998 – Letter from Jeanne Zolezzi to Roger Patterson regarding San Joaquin River Agreement. (SE 03345)

187. July 28, 1998 – Letter from Lowell Ploss to Jeanne Zolezzi regarding San Joaquin River Agreement. (SE 08539)

188. March 17, 1999 – Letter from Jeanne Zolezzi to Kirk Rogers and Lowell Ploss regarding Stockton East Water District/Stanislaus River Issues. (SE 08678)

189. July 20, 1999 – Letter from Lowell Ploss to Karna Harrigfeld regarding Stockton East Water District/Stanislaus River Matters, Your File No. 1026-003 (Your facsimile dated June 17, 1999). (US_011569)

190. July 27, 1999 – Letter from Jeanne Zolezzi to Lowell Ploss regarding Stockton East Water District/Stanislaus River Matters. (SE 03635)

191. November 16, 1999 – Letter from Karna Harrigfeld to Kevin Kauffman regarding Stockton East Water District/CVPIA AFRG/(b)(2). (SE 08859)

192. December 13, 1999 – Letter from Meri Moore to Jeanne Zolezzi regarding Response to Stockton East Water District's Request for an Additional Fishery Meeting. (SE 08891)

193. February 21, 2000 – Letter from Karna Harrigfeld to Kellye Kennedy regarding Stockton East Water District/CVPIA Water Acquisition. (US_011516)

194. February 29, 2000 – Memorandum from Karna Harrigfeld to Kevin Kauffman and Jeanne Zolezzi regarding Stockton East Water District/New Melones Stakeholders' Process. (SE 08912)

195. March 29, 2000 – Questions to USBR from Jeanne Zolezzi from meeting on March 29, 2000. (US_023423)

196. January 2, 2001 – Letter from Jeanne Zolezzi to Lowell Ploss regarding Stockton East Water District/New Melones Contract. (SE09662)

197. March 21, 2001 – Letter from Lester Snow to Jeanne Zolezzi regarding Stockton East Water District New Melones Contract. (SE 08931)

198. August 7, 2001 – Letter from Barry Mortimeyer to Jeanne Zolezzi regarding the denial of a FOIA for Paul Fujitani's evaluation of New Melones shortage compared to other contractor shortages. (SE 08937)

199. February 4, 2002 – Facsimile from Karna Harrigfeld to Peggy Manza and Paul Fujitani forwarding Questions on 2001 New Melones Operations. (SE 08946)

200. February 9, 2002 – Letter from Karna Harrigfeld to Chet Bowling and Paul Fujitani regarding Stockton East District/New Melones Reservoir Releases. (SE 08950)

201. February 26, 2002 – Letter from Karna Harrigfeld to Kevin Kauffman regarding Stockton East Water District/CALFED Operations Group Meeting. (SE 08954)

202. February 28, 2002 – Letter from Jeanne Zolezzi to Chet Bowling and Paul Fujitani regarding Stockton East Water District/Stanislaus River Matters. (SE 08957)

203. March 13, 2002 – Letter from Chester Bowling and Carl Torgersen to Celeste Cantu regarding Water Year 2002 Vernalis Flow Standard Operations. (US_003494)

204. April 18, 2002 – Letter from Wayne White to Celeste Cantu regarding a March 28, 2002 letter from the Bureau of Reclamation that indicated that the Bureau of Reclamation had not met the Vernalis flow objective of 2,280 cfs as required pursuant to D-1641 for February and March. (SE08962)

205. May 1, 2002 – Letter from Celeste Cantu to Carl Torgersen and Chester Bowling regarding Compliance with the Vernalis Flow Objective in February and March 2002. (SE 08964)

206. May 3, 2002 – Letter from Chester Bowling to Karna Harrigfeld regarding Bureau of Reclamation (Reclamation) Elects to Increase Releases from New Melones Reservoir (Your Letter February 9, 2002). (SE 03828)

207. May 16, 2002 – Letter from Karna Harrigfeld to Kirk Rogers regarding Stockton East Water District/Stanislaus River Operations. (SE 08969)

208. June 10, 2002 – Agenda for Meeting with Stockton East Water District, Oakdale Irrigation District, Central San Joaquin Water Conservation District, Kirk Rodgers. (SE 09665)

209. June 13, 2002 – Letter from Jeanne Zolezzi to John Davis regarding Stockton East Water District/Stanislaus River Matters. (SE 08970)

210. July 11, 2002 – Letter from Chester Bowling to Jeanne Zolezzi regarding Stanislaus River Fishery Flow Computation (Your Letter February 28, 2002) (SE 03837)

211. July 17, 2002 – Letter from Jeanne Zolezzi to Chet Bowling regarding Stockton East Water District/Stanislaus River Matters. (SE 03843)

212. July 31, 2002 – Letter from Chester Bowling to Jeanne Zolezzi regarding Stockton East Water District Request for Information.

213. October 28, 2002 – Letter from Kirk Rodgers to Arthur Baggett regarding Compliance with the Vernalis Flow Objective in February and March 2002. (SE 08983)

214. November 5, 2002 – Letter from Jeanne Zolezzi to John Davis regarding Stockton East Water District/Stanislaus River Matters. (SE 08999)

215. November 5, 2002 – Letter from Jeanne Zolezzi to Chet Bowling regarding Stockton East Water District/Stanislaus River Matters. (SE 03845)

216. November 15, 2002 – Letter from John F. Davis to Jeanne Zolezzi regarding Stockton East Water District/Stanislaus River Matters. (SE 04049)

217. February 6, 2003 – Letter from Karna Harrigfeld to Kirk Rogers and Chet Bowling regarding Stockton East Water District/New Melones Reservoir Releases. (SE 09011)

218. February 24, 2003 – Issues for Discussion, Meeting with USBR and Interested Stakeholders.

219. February 24, 2003 – Letter from Karna Harrigfeld to Kirk Rogers regarding Stockton East Water District/Stanislaus River Operations. (SE 09013)

220. February 26, 2003 – Letter from Arthur Baggett, Jr. to Kirk Rodgers regarding Compliance with the San Joaquin Flow Objectives in February and March 2002. (SE 09015)

221. March 13, 2003 – Letter from John Davis to Jeanne Zolezzi regarding Stockton East Water District/Stanislaus River Matters. (SE 04082)

222. March 18, 2003 – Letter from Chester Bowling to Celeste Cantu regarding Water Year 2003 Vernalis Flow Standard Operations. (SE 09018)

223. May 7, 2003 – Email from Karna Harrigfeld to Peggy Manza and Kevin Kauffman regarding Stanislaus River Hydrology. (SE17238)

224. October 13, 2003 – Letter from Jeanne Zolezzi to John Davis and Paul Fujitani regarding Stockton East Water District/Stanislaus River Matters. (SE 09038)

225. February 12, 2004 – Letter from Jeanne Zolezzi to Kirk Rodgers regarding Stockton East Water District/Stanislaus River Matters. (US_003419)

226. May 28, 2004 – Letter from Karna Harrigfeld to Chet Bowling regarding Stockton East Water District/Stanislaus River. (SE17346)

227. Contract Between Central San Joaquin Water Conservation District and Stockton East Water District. (January 31, 1990) (SE16570-SE16585)

228. Contract between Stockton East Water District and Central, San Joaquin Water Conservation District [for wheeling of water through Lower Farmington Canal] (August 29, 1991).

229. Contract Between Central San Joaquin Water Conservation District and Stockton East Water District. (January 4, 2000) (SE16566-SE16569)

230. Stockton East Bond Documents

231. Central's Bond Documents

232. Stockton East Budget Documents

233. Central's Budget Documents

234. Stockton East's infrastructure planning documents

235. Central's infrastructure planning documents

236. November 21, 1990 – Letter to Reid Roberts from James D. Earles of CH2MHILL regarding Consulting Engineer's Report and Report. (CJ02312-CJ02331) (US EX #179)

237. Engineering-Science, R.B. Welty & Consultants, USBR Loan Application (New Melones Supply) prepared for Central San Joaquin Water Conservation District (April 1985)

238. Westhoff-Martin & Associates Financing Plan for Stockton East Water District – New Melones Conveyance Project (December 20, 1989).

239. Leedshill-Herkenhoff, Inc., New Melones Water Conveyance Project Summary Report prepared for the City of Stockton (December 1989) (US 003317-3327)

240. California Water Service Company, Future Water Supply for Stockton (January 20, 1970).

241. Resolution of the East San Joaquin Water Users Association Relative to the Stanislaus River Basin, July 1, 1980.

242. East San Joaquin Water Users Association Meeting Notice, March 5, 1982.

243. East San Joaquin Water Users Association Meeting Attendance Record, September 16, 1981.

244. Memorandum to East San Joaquin Water Users from George Barber, San Joaquin County Board of Supervisors, April 6, 1982 and Response Letter from Michael Camy, April 22, 1982.

245. Letter from Stockton East Water District to Bureau of Reclamation re estimates of water needs, May 17, 1982.

246. City Council of the City of Stockton, Resolution No. 39336, August 23, 1982.

247. Meeting Attendance Record, New Melones Contracting Program, September 23, 1982.

248. Correspondence from Stockton East to San Joaquin County's Board of Supervisors, re: District's Water Action Plan Steering Committee. (February 16, 1983) (SE13255)

249. New Melones Water Conservation Project Summary Report Prepared for City of Stockton. (December 1989) (SE16646-SE16660)

250. Contract between Stockton East Water District, the California Water Service Company, the City of Stockton, the Lincoln Village Maintenance District, and the Colonial Heights Maintenance District, Providing for the Sale of Treated Water (February 11, 1975).

251. First Amendment to Contract Between Stockton East Water District, California Water Service Company, City of Stockton, Lincoln Village Maintenance District, and Colonial Heights Maintenance District, Providing for the Sale of Treated Water. (May 31, 1977) (SE09124-SE09135)

252. Second Amended Contract Among Stockton East Water District, The California Water Service Company, The City of Stockton, and the Lincoln Village Maintenance District, and the Colonial Heights Maintenance District Providing for the Sale of Treated Water (September 1987)

253. City of Stockton "1990 Update Urban Management Plan". (August 1991) (CW00335-CW00411)

254. City of Stockton "Urban Water Shortage Contingency Plan". (January, 2002) (CW00207-CW00266)

255. California Water Service Company's "Urban Water Management Plan", for the Stockton District. (August, 2001) (CW0014-CW00206)

256. California Water Service Company's "Urban Water Management Plan", for the Stockton District (June, 2004) (CW00001-CW00113)

257. Water Transfer Agreement By and Between the Oakdale Irrigation District, South San Joaquin Irrigation District and Stockton East Water District, et al. (April 1, 1997) (SE18140-SE18161)

258. Agreement to Extend Water Transfer Agreement. (October 15, 1998) (SE18162-SE18169)

259. Agreement between the City, California Water, County, SEWD and Central dated September 25, 1995 (SE17892-17899)

260. Agreement between the City, California Way, County, SEWD and Central dated June 19, 1996 (SE17884-17890)

261. Documents Regarding the City of Stockton's Delta Water Supply Project

262. Modeling of operations provided to the SWRCB by the United States to obtain storage and direct diversion rights.

263. Testimony submitted to the SWRCB by the United States to obtain storage and direct diversion rights.

264. California State Water Resources Control Board, Decision 1422 (April 1973).

265. California State Water Resources Control Board, Water Right Order 83-3 (March 1983).

266. California State Water Resources Control Board, Decision 1616 (January 1988).

267. California State Water Resources Control Board, Water Right Order 88-6 (1988).

268. California State Water Resources Control Board, Water Right Order 95-6 (1995).

269. California State Water Resources Control Board, Decision 1641 as amended (2000).

270. California State Water Resources Control Board, Water Right Order 2000-02 (2000).

271. Avry Dotan's Expert Report

272. Mr. Dotan's Interactive New Melones Model for use at trial to run various scenarios of fishery, water quality and CVP contractor releases.

273. Exhibits prepared to explain Mr. Dotan's opinion, such as tables and graphs summarizing the data relied on or the results of model runs.

274. Peggy Manza's Rebuttal Expert Report

275. Annual forecasts for New Melones prepared by the Bureau of Reclamation

276. Forecasting information for each year from CDEC

277. Chart of Allocations to all CVP contractors during relevant time period

278. Responses to Interrogatories and Requests for Admissions by the United States

279. Maps for Illustrative Purposes of the Region, conveyance system, each Plaintiff's area of delivery or prospective delivery

280. Maps and Photos of New Melones Conveyance System

281. DVD showing construction of the Goodwin Tunnel

282. Summary of force Majeure Clauses in Other CVP Contracts. The Summary has been compiled from a review of CVP contracts provided to Plaintiffs' counsel by contracting entities in response to formal Public Records Act requests. All such contracts are also in Defendant's possession.

283. Electronic documents on CD's produced by the United States that were reviewed at the depositions of Peggy Manza.

284. Biological Opinions relevant to the issues raised at trial

Other Previously Identified Deposition Exhibits that may be used at trial:

| **Exhibit No.** | **Beg. Bates No.** | **Date** | **Title** |
|---|---|---|---|
| 3 | US003451 | July 1969 | Agreement between USBR and Regional Water Quality Control Board |
| 17 | None | 1987 | 1987 DFG Agreement. |
| 20 | None | 1997 | Framework Agreement |
| 21 | SE05804 | 12/15/94 | Principles for Agreement |
| 22 | SE08014 | 1995 | 1995 SWRCB Water Quality Control Plan for the Bay-Delta |
| 24 | US023399 -23402 | 5/13/96 | Renning Memo to USBR personnel re New Melones operations |
| 25 | SE08679 | 4/5/99 | San Joaquin River Agreement plus Appendices |
| 28 | None | 1999 | John Renning submitted written testimony at Bay-Delta Hearings |
| 29 | None | 1999 | Actual Testimony of Renning at Bay Delta Hearings from Transcript |
| 30 | None | 1999 | 2nd day - Actual Testimony of Renning at Bay Delta Hearings from Transcript |
| 31 | None | 1999 | 3rd day - Actual Testimony of Renning at Bay Delta Hearings from Transcript |
| 35 | US013484 -13488 | 95-96 | Renning Memo re export pulse flow and CVPIA |
| 39 | | | Renning email re CVPIA cause of non delivery of contracts |
| 40 | US003337 | 1991 | DFG/USBR Corresp re contract for fish water |
| 42 | US012875 | 8-31-93 | USBR ltr to contracts re no water due to CVPIA |
| 43 | None | 6-8-87 | Letter from William Wirtz of the office of the solicitor enclosing eight copies of the USBR exhibits for the water rights hearing on 6-23-87 |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| 45 | None | 3-15-96 | New Melones Water Management Study |
| 46 | None | 4-26-96 | USBR letter to Tom Howard |
| 47 | US011822 | 5-1-97 | USBR letter to Stanislaus River basin Stakeholders regarding transmittal of New Melones Interim Plan of Operations |
| 48 | SE03819, several | 2002 (several) | Zolezzi & Bowling Correspondence to USBR regarding Peggy Manza summary of the methodology used to implement formula |
| 49 | US030907 | 6-29-04 | New Melones Lake Operations – Goodwin Release Log |
| 50 | None | 1-1-91 | Releases From New Melones Reservoir in Thousand Acre-Feet |
| 51 | None | 1-1-91 | Main file for computing daily releases from New Melones |
| 52 | None | 6-1-93 | Daily EC and/or DO data hi lo mean |
| 53 | Se05761 | 5-27-93 | USBR interoffice memorandum regarding fish and wildlife service management of 600,000 acre-feet of central valley project yield for fish and wildlife under the central valley project improvement act |
| 54 | None | 4-2-93 | Proposed lower Stanislaus river streamflow March 1, 1993 through February 28, 1994 |
| 55 | SE01828 | 5-5-94 | USBR Interoffice Memorandum regarding fish and wildlife service management of 800,000 acre-feet of central valley project yield for fish and wildlife under the central valley project improvement act |
| 56 | US012715 | 9-28-94 | USBR interoffice memorandum regarding water acquisition from TriDam and fish and wildlife service management for fish and wildlife in the Stanislaus river |
| 57 | SE01944 | 2-9-95 | USBR interoffice memorandum regarding CVPIA, 3406(b)(2) – fish and wildlife service management of 800,000 acre-feet of central valley project yield for fish and wildlife purposes pursuant to the CVPIA, section 3406(b)(2) |
| 58 | US012681 | 1995 | 1995 Forecast of Goodwin Fishery Release |
| 59 | US012721 | 3-20-95 | Forecast of New Melones Demands |
| 60 | SE02142 | 4-14-95 | USBR interoffice memorandum regarding use of 800,000 acre feet in 1995 water year |
| 61 | US013548 | 6-7-95 | Release from Goodwin Dam to the Stanislaus River (1995/1996) Preliminary Estimate |
| 62 | US012686 | 7-10-95 | USBR interoffice memorandum regarding fish and wildlife service management of 800,000 acre-feet of central valley project yield for fish and wildlife purposes pursuant to the CVPIA, section 3406(b)(2) |
| 63 | US018394 | 12-6-95 | Draft Anadromous Fish Restoration Plan |
| 64 | SE08264 | 10-25-96 | Proposed Delta Anadromous Fish Restoration Program |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| | | | Actions for the 1997 Water Year Requiring Water Above the Bay/Delta Accord and 1995 WQCP |
| 65 | None | 1-9-01 | Final Restoration Plan for the Anadromous Fish Restoration Program |
| 66 | SE06100 | 10-5-99 | Decision of Implementation of Section 3406(b)(2) of the Central Valley Project Improvement Act |
| 67 | None | None | 90% Forecast Preliminary Comparison Table |
| 68 | None | 3-20-00 | South of Delta Ag = 60% |
| 69 | None | 1-28-99 | 903 Forecast w/(b)(2) and EWA |
| 70 | None | 10-31-00 | Water year 2001 SWP/CVP Operations Plan Including Implementation of EWA and b(2) Actions |
| 70 | None | 11-27-00 | Delta Export Reductions in December 2000 and January 2001 |
| 72 | None | None | 90% forecast Preliminary Comparison Chart |
| 73 | None | 4-2-01 | WY – 2001 B2 Accounting Based on March 1 – 50% Exceedance |
| 74 | None | 1-28-99 | 90% Forecast w/D1485 - February 15th Forecast |
| 75 | None | 12-18-02 | Draft: Decision on Implementation of Section 3406(b)(2) of the Central Valley Project Improvement Act |
| 80 | SE06164 | 5-9-03 | Decision of Implementation of Section 3406(b)(2) of the Central Valley Project Improvement Act |
| 81 | None | 12-17-03 | USBR interoffice memorandum regarding guidance for implementation of section 3406(b)(2) of the CVPIA |
| 82 | None | 6-10-94 | Actual March through September 1994 Releases from Goodwin Dam to Lower Stanislaus River (Thousand Acre-Feet) |
| 83 | US012822 | 3-9-94 | USBR letter to Ed Steffani regarding accounting of new melones reservoir water re letter dated January 14, 1994 |
| 84 | SE08831 | 11-4-99 | Briefing on CVPIA (b)(2) Implementation, Coordination/Consultation Process and Water Supply Actions |
| 85 | US023423 | 3-29-00 | Questions to USBR from Jeanne Zolezzi |
| 86 | None | None | DOI b(2) Accounting |
| 87 | None | None | Water Year 2000 Sec. 3406(b)(2) Accounting |
| 88 | None | 12-20-00 | WY-2000 b(2) Accounting/WY-2001 Operations Plan Agenda |
| 89 | SE08939 | 11-16-01 | Summary of (b)(2) Fish Actions for October 2000 – September 2001 |
| 90 | None | 2-22-02 | Preliminary Forecast of b(2) Expenditures (50% Forecast) |
| 91 | None | 4-19-02 | WY-2002 CVPIA 3406(b)(2) and Environmental Water Account Accounting and Operations |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| 92 | SE09000 | 12-2-02 | Summary of (b)(2) Fish Actions for October |
| 93 | None | 4-23-03 | Summary of (b)(2) fish Actions for October 2002 – February 2003 |
| 94 | None | None | WY 2003 Sacramento River Operations (Data from draft daily accounting through Feb + USBR 90% forecast) |
| 95 | None | None | Preliminary b(2) accounting for Oct '92 – Sep '03 |
| 96 | None | 12-10-03 | Water Year 2003 CVPIA section 3406b(2) and CALFED Environmental Water Account (EWA) Accounting |
| 97 | None | None | Preliminary b(2) accounting for Oct '03 – Sep '04 |
| 98 | None | 4-28-04 | Summary of (b)(2) fish Actions for October 2003 – March 2004 |
| 99 | None | 12-1-04 | Water Year 2004 CVPIA section 3406b(2) and CALFED Environmental Water Account (EWA) Accounting |
| 100 | None | 4-2-05 | Preliminary Forecast of b(2) operational differences (90% Forecast) |
| 101 | None | 3-25-03 | Emails from Peggy Manza to Chet Bowling regarding comments on Roger G's email (and attachments) |
| 102 | None | 5-18-04 | Email from Peggy Manza to Chet Bowling regarding SEWD allocation methods |
| 103 | None | 4-23-04 | Email from Peggy Manza to Chet Bowling and Paul Fujitani regarding notices of allocations |
| 105 | US012765 | 3-1-95 | Questions for the Bureau of Reclamation From Representative Frank Riggs |
| 106 | US013520 | 3-20-95 | Memo from Ploss regarding New Melones Demands |
| 107 | US013580 | 10-1-97 | Memo from Whitson regarding New Melones Long Term Plan |
| 108 | US025467 | None | Stanislaus River Basin – New Melones Reservoir Operations Planning Action Plan |
| 109 | None | 3-30-95 | Operations Plan for the San Joaquin River April-May Pulse Flow |
| 110 | US012747 | 6-14-95 | Briefing Statement regarding Stanislaus River – use of 800,000 acre-feet for 1995 Water Year |
| 111 | US014269 | 2-15-96 | Memo regarding insect interpretations |
| 112 | US024892 | None | Stanislaus River B2 Accounting and Operation Plan Revision Issues |
| 113 | US003514 | 5-3-02 | USBR letter to Karna Harrigfeld regarding Bureau of Reclamation Elects to Increase Releases from New Melones Reservoir (letter dated February 9, 2002) |
| 114 | None | 2-26-03 | SWRCB letter to Rodgers regarding Compliance with the San Joaquin River Flow Objectives in February and March 2002 |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| 115 | None | 4-25-03 | Email from Fujitani to Bowling, Burke, Manza and Renning regarding New Melones Draft Letter |
| 116 | None | 5-19-03 | Email from Bruce Oppenheim to John Burke regarding draft petition to SWRCB |
| 117 | None | 2-27-04 | Fish and Game letter to Whitney regarding Notice of Petition for Temporary Urgency Change in Permit Term for New Melones Dam and Reservoir |
| 118 | US010859 | 10-15-04 | USBR letter to Whitney regarding report of operations and mitigation for fishery impacts pursuant to water rights order 2004-2005 |
| 119 | US010909 | 11-18-04 | USBR letter to Cantu regarding plan for meeting fish and wildlife flow requirements at Vernalis for water year 2005 (letter dated April 28, 2004) |
| 120 | None | 1-4-05 | Letter to Whitney regarding petition for temporary urgency change |
| 121 | SE09038 | 10-13-03 | Zolezzi letter to John Davis and Fujitani |
| 122 | None | 5-29-03 | Email from Fujitani to Bowing regarding VNS flow objectives |
| 123 | None | 6-2-03 | Email from Manza to Bowling regarding B2 expenditures on Stan |
| 124 | None | 6-4-03 | Email from Michael Jackson to Heffler, Renning and Tapia regarding impact on other CVP contractors |
| 125 | None | 12-22-03 | Email from Kiteck to Bailey, Bowling, Cheester, Eckert, Fujitani, Heaton, Hootkins, Manza and Toscano regarding meeting on water quality/new melones issues |
| 126 | None | 5-4-04 | Email from Fuller to various regarding Stanislaus flo2w post-VAMP |
| 127 | None | 5-19-04 | Email from Harrigfeld to Fujitani regarding Goodwin Dam Release Change |
| 128 | None | 5-17-04 | Email from Kiteck to Guinee, Rodger and hilts regarding post vamp pulse |
| 129 | None | 10-4-04 | Email from Manza to Bowling and Fujitani regarding NWM difference water. |
| 130 | None | 7-27-04 | Draft 2004 B2 Actions thru March |
| 131 | None | 12-13-04 | Annual transfer approval process for the water transfer program the san Joaquin river exchange contractors water authority (exchange contractors) |
| 132 | None | 7-23-04 | Email from Manza to Bowling and Sanberg regarding the SSJID proposal “really bothering me” |
| 133 | SE17239 | 4-17-03 | Letter from Richard Pombo regarding lack of water being made available |
| 134 | None | None | Email from Roger to Dave regarding followup at WOMT meeting on January 25, 2005 |
| 135 | None | 12-17-04 | CALSIM Eastside IRMP Test Simulation |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| 136 | None | 6-9-95 | Memo from Renning regarding Stockton East Water District |
| 137 | US013556 | 7-27-90 | USBR Memo regarding telephone conference regarding Vernalis Water Quality – Goodwin Dam Releases |
| 138 | None | None | New Melones Operations Outline |
| 139 | US023395 | 5-30-90 | USBR interoffice memorandum to CVOCO Files from Fujitani—meeting on May 30, 1990 |
| 140 | US014389 | 6-1-90 | Memo to file from Fujitani regarding new melones reservoir – delivered from reservoir – meeting on May 30, 1990 |
| 141 | None | 11-18-90 | New Melones Reservoir Alternative Analysis Summary |
| 142 | None | 5-17-?? | Memo to MP-700 from MP2810 regarding Environmental Documentation Related to Operation Below Minimum Power Pool, New Melones Reservoir – CVP (draft memo dated 3-15-91) |
| 143 | None | None | Letter from Donald Paff to George Nokes regarding fishery habitat flow release schedule – Stanislaus river (letter dated 9-17-90) river management |
| 144 | US014365 | 4-19-91 | Letter from Donald Paff regarding new melones reservoir forecast of operations (water supply) |
| 145 | US013575 | 4-23-92 | Tri-Dam Project fax to Fujitani regarding alternate proposals for pulse schedule A |
| 146 | None | None | Document beginning with: "Operations at New Melones Dam proved to be most difficult during the severe drought of 1987 through 1992…." |
| 147 | US013744 | 4-15-92 | Stanislaus River Water Quality Releases – Vernalis |
| 148 | None | None | Draft Instream Flow Study – Stanislaus River |
| 149 | US013696 | 2-92 | Draft Instream Flow Requirements for Fall-Run Chinook Salmon Spawning and Rearing in the Stanislaus River, California |
| 150 | SE05458 | 5-93 | The Relationship Between Instream Flow and Physical Habitat Availability for Chinook Salmon in the Stanislaus River, California |
| 151 | US013821 | None | Spreadsheet NEWMEL |
| 152 | None | None | Preliminary Spreadsheet NEWMELWQ.CAL |
| 153 | US014654 | None | Summary of Ultimate Yield Study for New Melones Reservoir Done for 1983 Hearings before the State Board |
| 154 | US028250 | None | New Melones Yield Studies Comparison |
| 155 | US001528 | 2-10-94 | Memorandum for Record regarding 1-6-94 meeting of Stanislaus river group to discuss new melones |
| 156 | SE07951 | 4-22-94 | Re-evaluation of historical yield – new melones reservoir |
| 157 | SE08080 | 6-30-95 | USBR letter to all interested parties regarding work plan |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| | | | for the new melones office |
| 158 | US013474 | 1-31-96 | Work plan for new melones water management study |
| 159 | US013653 | 4-1-96 | SEWD letter to Lowell Ploss regarding new melones operations plan |
| 160 | US013648 | 10-1-96 | Basic Assumptions for latest series of STANMOD runs |
| 161 | US013645 | 11-12-96 | O'Laughlin letter regarding 1997-1998 new melones operation plan |
| 162 | None | 3-14-96 | Mar 96 90% Forecast |
| 163 | US014805 | 9-27-99 | Draft project workplan recirculation feasibility study |
| 164 | US025419 | 10-28-99 | Memo from Meri Moore regarding Summary of new melones briefing |
| 165 | US023404 | 4-16-01 | Memo from David Read regarding comments |
| 166 | None | 5-13-04 | Email from Manza to Bowing regarding idea for allocation to SEWD/CSJWCD |
| 167 | None | 2-8-05 | SEWD'S request for justification of CADFG '87 agreement supply released in 2000 |
| 168 | None | 12-5-91 | Hand written notes regarding Tracy mitigation water |
| 169 | None | 5-3-90 | Hand written notes regarding NWM operation schedule |
| 170 | None | 8-1-90 | Hand written notes regarding Ed Steffani |
| 171 | US015729 | 4-1-97 | Letter to Joel Medlin from Lowell Ploss regarding operations plan for the san joaquin river April-May 1997 san Joaquin river pulse flow |
| 172 | US019488 | 11-10-99 | Email from Roger Guinee regarding meeting of B2IT biologists on Monday Nov. 15th |
| 173 | None | 11-17-99 | Email from Chet Bowling regarding B2IT file. |
| 174 | None | 12-14-99 | Email from David Read regarding Interim-Interim |
| 175 | None | 12-9-99 | Email from Roger Guinee regarding Update on 12/6 and 12/7/99 B2IT meeting and near-term future |
| 176 | None | 12-31-99 | Preliminary assessment of water supply impact of proposed B(2) actions and use of joint point of diversion in WY 2000 |
| 177 | None | 1-7-00 | Email from Roger Guinee regarding B2IT meeting on Jan 7, 2000 |
| 178 | None | 1-13-00 | Email from David Read regarding B2 Forecast |
| 179 | None | 4-4-00 | Email from Roger Guinee regarding B2IT meeting – March 30, 2000 |
| 180 | None | 6-27-00 | Email from Roger Guinee regarding 6/23/00 B2IT meeting |
| 181 | None | 3-28-00 | Questions to USBR from Jeanne Zolezzi regarding meeting on 3-29-00 |
| 182 | US023405 | 4-15-01 | Email from David Read regarding comments regarding Stanislaus issues discussed during Friday's B2IT meeting |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| 183 | None | 7-1-03 | Email from Roger Guinee regarding use of 20,000 acre feet of fishery actions |
| 184 | US019833 | None | Issue paper on CVPIA B(2) Water – Delta Accord |
| 185 | US029483 | 1-12-95 | USBR memo from program manager to regional director regarding Fish and Wildlife Service's comments on the underlined allegations |
| 186 | None | 01-2002 | Total Maximum Daily Load for Salinity and Boron in the Lower San Joaquin River |
| 187 | SE06300 | 3-19-81 | USBR memo to Acting Solicitor regarding appeal recommendation district court's decision in United States v. California (New Melones) |
| 188 | SE07777 | 1-19-82 | Memo to Commissioner from Regional Director regarding Basis of negotiation – New Melones Unite – CVP, California |
| 189 | | | Hand written notes on New Melones |
| 190 | | 10-30-92 | Hand written notes on Meeting with BOR Re Stan./Calaveras |
| 191 | | 11/30/92 | Hand written notes on Stanislaus – Calaveras Study |
| 192 | SE10926 | 10-10-86 | Agreement on Framework for Settling Litigation Brought by the South Delta Water Agency Against the United States and the California Department of Water Resources |
| 193 | US013526 | 1993 | Reclamation Staff Operational Agreement Concept for 1993 CVP-SWP Operations (July – Nov.) |
| 194 | SE01753 | 4-5-93 | DFG Letter to Lowell Ploss regarding conjunctive use of required fishery and water quality water supplies from New Melones |
| 195 | SE01751 | 4-20-93 | Letter to George D. Nokes regarding proposed Goodwin Release Schedule (Your Letter dated April 8, 1993) (River Management) |
| 196 | US003569 | 5-12-93 | Letter Regarding Water Supply Allocation for New Melones Unit, Central Valley Project, California (Water Allocation) |
| 197 | US003559 | 9-1-93 | Letter to the Assistant Commissioner regarding Draft Response to Senator Barbara Boxer's Inquiry about Allocation of Water from New Melones Reservoir to Stockton East Water District (CVPIA) (Water Conveyance) |
| 198 | US014738 | 11-19-93 | Required Goodwin Releases Summary |
| 199 | | 1-12-93 | Hand written letter to Lloyd and Loi regarding 1994 operation allocations for the operations of New Melones Reservoir |
| 200 | SE17388 | 1-28-93 | Agenda for the Stanislaus River Basin and Calaveras River Water Use Program |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| 201 | US014718 | 1-7-94 | Memorandum for Record regarding 1-6-94 Meeting of Stanislaus River Group to discuss New Melones' Yield Study |
| 202 | US001528 | 2-10-94 | Memorandum for Record regarding 1-6-94 Meeting of Stanislaus River Group to discuss New Melones' Yield Study |
| 203 | US023045 | 10-12-93 | Draft Review of Studies Done by the California Department of Water Resources to Evaluate the Water cost of Delta Standards proposed by the environmental protection agency |
| 204 | SE01801 | 4-13-94 | Letter to George D. Nokes regarding Instream Flow Schedule for Lower Stanislaus for March 1994 through February 1995 (Your Letter dated March 29, 1994) |
| 205 | US029482 | 5-25-95 | Memo from Lowell Ploss regarding a June 14th meeting to present a plan to Frank Dimick on resolving water supply issue for SEWD |
| 206 | SE08716 | 5-12-99 | Declaration of Lowell Ploss in Support of Federal Defendants' Opposition to Application for Temporary Restraining Order |
| 207 | SE08730 | 6-24-99 | Declaration of Lowell Ploss in Support of federal Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Summary Judgment |
| 208 | | 4-26-93 | Communication Records regarding New Melones (Stanislaus) AKA – CVPIA(P) |
| 209 | SE08970 | 6-13-02 | HCB Letters to John Davis regarding June 10th meeting regarding New Melones operations |
| 210 | | 6-1-05 | Notice of Deposition of the United States of America |
| 211 | | 6-15-05 | CD 1 Models Disk 1 of 3 – CVO |
| 212 | | 6-15-05 | CD 2 Models Disk 2 of 3 – CVO |
| 213 | | 6-15-05 | CD 3 Accounting Spreadsheets Disk 3 of 3 – CVO |
| 214 | | 4-18-05 | CVP(b)(2) Accounting Spreadsheets H:\Data\Public\~Water_B2 4/18/2005 - CVO |
| 215 | | 3-30-95 | 1995 Forecast of Goodwin Fishery Release |
| 216 | | 1-31-01 | Email from Derek Hilts regarding documentation of Stanislaus spreadsheet |
| 217 | | 8-19-02 | Email from Roger Guinee regarding B2Water for Stan Flows this Fall |
| 218 | | 4-23-04 | Email from Roger Guinee regarding Draft Preliminary (b)(2) Priorities for 2004 |
| 219 | | 10-5-04 | Email from Derek Hilts regarding difference water and related items |
| 220 | | 4-16-93 | Guinee B2IT Meeting Notes |
| 221 | US008411 | 9-83 | Memo to Regional Director regarding report on meeting with other agencies and units of the Bureau of |

| Exhibit No. | Beg. Bates No. | Date | Title |
|---|---|---|---|
| | | | Reclamation |
| 222 | | 7-13-05 | Interim WK4 |
| 223 | US008334 | 9-80 | Memo to Regional Director regarding Report of meeting with other agencies and units of the water and power resources service |
| 224 | US008337 | 3-19-82 | USBR Letter to Carla Bard responding to letter of request to voluntarily comply with storage limitations imposed by the Stat eon New Melones Reservoir |
| 225 | US008339 | 1-21-82 | SWRCB letter to James Watt regarding reasonable and temporary limits upon initial storage at New Melones dam |
| 226 | | 5-9-03 | B(2) Meeting Notes |
| 227 | None | 7-25-05 | Files Which Address the Implementation of 3406(d), Bureau of Reclamation, Sacramento, CA |

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated September 25, 2006

Counsel for Plaintiffs

Of counsel:

Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)