**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, et al., Plaintiffs, | ) | No. 04-541L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | ) | |

**PLAINTIFFS' TRIAL WITNESS LIST**

Plaintiffs Stockton East Water District, Central San Joaquin Water Conservation District, County of San Joaquin, City of Stockton, and California Water Service Company, in accordance with RCFC Appendix A ¶ 15, submit the following list of witnesses which plaintiffs intend to call at trial with the exception of those witnesses which may be called for impeachment purposes.

1. **Chester Bowling**
United States Bureau of Reclamation
Central Valley Project
3310 El Camino, Suite 300
Sacramento, CA 95821
(916) 979-2199

Chester Bowling is a civil engineer and is the former Operations Manager for the Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation. Mr. Bowling is identified as an adverse witness. Mr. Bowling will testify to Operations of New Melones Reservoir and the Operations of the Central Valley Project, and such other matters as are covered in his depositions and declarations. Estimated time for direct examination: 2 hours.

2. **Richard Bozzano**
300 N. Arata
Stockton, CA 95205
(209) 931-2692

Richard Bozzano served on the Board of Directors of Stockton East Water District between approximately 1982 and 1990. Mr. Bozzano will testify as to New Melones Contract negotiations and demand for and use of water within Stockton East Water District, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 30 minutes.

3. **Mike Camy**
3722 Gleneagles Circle
Stockton, CA 95219
(209) 478-0708

Mike Camy was Stockton District Manager of the California Water Service Company from approximately 1977 to 2001. Mr. Camy will testify as to California Water Service Company's interest in the New Melones contract and water supply, the demand for and use of water in Cal Water's service area, Cal Water's damages, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 30 minutes.

4. **Michael Catino**
1021 La Sierra Dr.
Sacramento, CA 95864
(916) 489-1707

Michael Catino is the former Regional Director for the Mid-Pacific Region of the Bureau of Reclamation. Mr. Catino is identified as an adverse witness. Mr. Catino will testify as to the planning and contracting for the New Melones Project, operations of the CVP, the 1981 Special Report, the Record of Decision, the Basis of Negotiations, negotiations with fishery agencies, and such other matters as are covered in his depositions and declarations. Estimated time for direct examination: 1 hour.

5. **James Denny**
2410 Walnut Oaks Lane
Carmichael, CA 95608
(916) 489-6660

James Denny is a former civil engineer for the Division of Planning of the Bureau of Reclamation, and was the author of the 1980 Special Report. Mr. Denny is identified as an adverse witness. Mr. Denny will testify as to the planning and contracting for the New Melones Project. Estimated time for direct examination: 1 hour.

6. **Joseph Dondero**
2210 Murray Road
Linden, CA 95236
(209) 931-1775

Joseph Dondero served on the Board of Directors of Stockton East Water District between 1969 and 1976 and between 1980 and 1998. Mr. Dondero will testify as to New Melones Contract negotiations and demand for and use of water within Stockton East Water District, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 30 minutes.

7. **Paul Fujitani**
United States Bureau of Reclamation
3310 El Camino Avenue, Suite 300
Sacramento, CA 95821
(916) 979-2179

Paul Fujitani is a civil engineer and currently serves as the Chief of the Water Operations Division, Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation. Mr. Fujitani is identified as an adverse witness. Mr. Fujitani will testify to Operations of New Melones Reservoir and the Operations of the Central Valley Project, and such other matters as are covered in his depositions and declarations. Estimated time for direct examination: 1 hour.

8. **Merv de Haas**
1073 Gold Hill Court
Placerville, CA 95667
(530) 622-0493

Merv de Haas was formerly a Repayment Specialist for the Resource Management Division, Mid-Pacific Region, Bureau of Reclamation. Mr. de Haas is identified as an adverse witness. Mr. De Haas will testify as to the planning and contracting for the New Melones Project. Estimated time for direct examination: 1 hour.

9. **Karna Harrigfeld, Esq.**
Herum Crabtree Brown
2291 West March Lane, Suite B-100
Stockton, CA 95207
(209) 472-7700

Karna Harrigfeld is counsel for Stockton East Water District. Ms. Harrigfeld will testify regarding oral and written communications with the United States regarding New Melones operations and performance of the contract during the relevant time period and such other matters as are covered in her deposition. Estimated time: 30 minutes.

10. **David Houston**
980 Ninth Street, 16th Floor
Sacramento, CA 95814
(916) 449-9609

David Houston is the former Deputy Assistant Secretary of the Department of the Interior for Land and Water. Mr. Houston is identified as an adverse witness. Mr. Houston will testify as to the planning and contracting for the New Melones Project, the 1981 Special Report, the Record of Decision, the Basis of Negotiations, negotiations with fishery agencies, operations of the CVP, and such other matters as are covered in his depositions and declarations. Estimated time for direct examination: 2 hours.

11. **Gary Ingraham**
3441 Gleneagles Drive
Stockton, CA 95209
(209) 951-0428

Gary Ingraham is a consultant for the City of Stockton and was Assistant City Manager for the City of Stockton from 1986 to 2005. Mr. Ingraham was also Director of Finance for the City of Stockton from 1977 to 1986. Mr. Ingraham will testify as to the City of Stockton's interest in the New Melones contract and water supply and the City's damages, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 30 minutes.

12. **Kevin Kauffman**
Stockton East Water District
Post Office Box 5157
Stockton, CA 95205-0157
(209) 948-0333

Kevin Kauffman is the General Manager of Stockton East Water District. Mr. Kauffman will testify regarding the structure, governance and financing of Stockton East Water District, Contract Performance, oral and written communications with the United States regarding New Melones operations and performance of the contract during the relevant time period, use of and demand for water in Stockton East, the state of groundwater overdraft conditions, Stockton East's damages as a result of the breach, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 2 hours.

13. **Dr. Melvin Lytle**
1810 Hazelton Avenue
Stockton, CA 95201
(209) 468-3089

Melvin Lytle is the Water Resource Coordinator for San Joaquin County Public Works. Dr. Lytle will testify as to the County's interest in the New Melones contract and water supply and the County's damages, the demand for and use of water in the County, the state of the

groundwater basin in the County, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 30 minutes.

14. **Mark Madison**
2500 Navy Drive
Stockton, CA 95206
(209) 937-8700

Mark Madison is the Director of Municipal Utilities for the City of Stockton. Mr. Madison will testify as to the City of Stockton's interest in the New Melones contract and water supply, the demand for and use of water in the City, the City's damages, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 30 minutes.

15. **Peggy Manza**
United States Bureau of Reclamation
CVP Operations
3310 El Camino Avenue, Suite 300
Sacramento, CA 95821
(916) 979-2683

Peggy Manza is a Hydraulic Engineer for the Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation. Ms. Manza is identified as an adverse witness. Ms. Manza will testify to Operations of New Melones Reservoir and the Operations of the Central Valley Project, and such other matters as are covered in her depositions and declarations. Estimated time for direct examination: 2 hours.

16. **Lloyd Peterson**
2800 Cottage Way
Sacramento, CA 95825
(916) 978-5075

Lloyd Peterson is the Chief of the Reservoir Systems Analysis Branch, Mid-Pacific Region, Bureau of Reclamation. Mr. Peterson is identified as an adverse witness. Mr. Peterson will testify to Operations of New Melones Reservoir and the Operations of the Central Valley Project, and such other matters as are covered in his depositions and declarations. Estimated time for direct examination: 1 hour.

17. **Lowell Ploss**
2800 Cottage Way
Sacramento, CA 95825
(916) 788-7206

Lowell Ploss was the Operations Manager of the Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation from 1993 until 2000, and was Deputy Regional Director of the Mid-Pacific Region from 2000 until his retirement from the Bureau in February 2002. Mr.

Ploss is identified as an adverse witness. Mr. Ploss will testify to Operations of New Melones Reservoir and the Operations of the Central Valley Project, and such other matters as are covered in his depositions and declarations. Estimated time for direct examination: 2 hours.

18. **John Renning**
United States Bureau of Reclamation
3310 El Camino Avenue, Suite 300
Sacramento, CA 95821

John Renning was formerly a water rights specialist for the Resource Management Division, Mid-Pacific Region, Bureau of Reclamation. Prior to that, Mr. Renning served as a Hydraulic Engineer for the Mid-Pacific Region. Mr. Renning is identified as an adverse witness. Mr. Renning will testify to New Melones water right permitting issues with the State Water Resources Control Board, Operations of New Melones Reservoir and the Operations of the Central Valley Project, and such other matters as are covered in his depositions and declarations. Estimated time for direct examination: 30 minutes.

19. **Reid Roberts, Esq.**
Roberts & Roberts
311 East Main Street
Stockton, CA 95202
(209) 941-8714

Reid Roberts is counsel for Central San Joaquin Water Conservation District. Mr. Roberts will testify regarding the negotiation of the New Melones contract, structure, governance and financing of Central San Joaquin Water Conservation District, New Melones Contracting, the 1981 Special Report, the Record of Decision, Contract Performance, oral and written communications with the United States regarding New Melones operations and performance of the contract during the relevant time period, demand for and use of water in Central, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 2 hours.

20. **Edward Steffani**
North San Joaquin Water Conservation District
c/o 221 West Pine Street
Lodi, CA 95240
(209) 333-6706

Edward Steffani was General Manager for Stockton East Water District from 1983 to 1999. Mr. Steffani will testify regarding the structure, governance and financing of Stockton East Water District, New Melones Contracting, 1981 Special Report, the Record of Decision, Contract Performance, oral and written communications with the United States regarding New Melones operations and performance of the contract during the relevant time period, demand for and use of water in Stockton East, conditions of groundwater overdraft, Stockton East's damages as a result of the breach, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 2 hours.

21. **Grant Thompson**
Central San Joaquin Water Conservation District
311 East Main Street
Stockton, CA 95202
(209) 941-8714

Grant Thompson is Chairman of the Board of Directors of Central San Joaquin Water Conservation District. Mr. Thompson will testify regarding Contract Negotiations, Water Use and Operations in Central, demand for and use of water in Central, conditions of groundwater overdraft, and Central's damages as a result of the breach, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 1 hour.

22. **James Turner**
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
(916) 978-5685

James Turner is Assistant Regional Solicitor for the Office of the Solicitor, Pacific Southwest Region, United States Department of the Interior. Mr. Turner is identified as an adverse witness. Mr. Turner will testify as to the planning and contracting for the New Melones Project, contracting for the CVP in general, and such other matters as are covered in his depositions and declarations. Estimated time for direct examination: 30 minutes.

23. **Henry Wind**
1550 West Fremont Street
Stockton, California
(209) 547-7910

Henry Wind is District Manager of the California Water Service Company. Mr. Wind will testify as to California Water Service Company's interest in the New Melones contract and water supply, demand for and use of water in Cal Water's service area and Cal Water's damages, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 30 minutes.

24. **Steven Winkler**
Post Office Box 1810
Stockton, CA 95201
(209) 468-3031

Steven Winkler is the Deputy Director of Public Works for San Joaquin County. Mr. Winkler will testify as to the County's interest in the New Melones contract and water supply, demand for and use of water within the County's service area, the County's damages, and such other matters as are covered in his deposition and declarations. Estimated time for direct examination: 30 minutes.

25. **Jeanne Zolezzi, Esq.**
Herum Crabtree Brown
2291 West March Lane, Suite B-100
Stockton, CA 95207
(209) 472-7700

Jeanne Zolezzi is counsel for Stockton East Water District. Ms. Zolezzi will testify regarding oral and written communications with the United States regarding New Melones operations and performance of the contract during the relevant time period, and such other matters as are covered in her deposition. Estimated time for direct examination: 1 hour.

Respectfully submitted,

/s Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: September 25, 2006

Counsel for Plaintiffs

Of counsel:

Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)