COPY

**U.S. Department of Justice**

Environment and Natural Resources Division

*Natural Resource Section*
*Sacramento Field Office*
*501 I Street, Suite 9-700*
*Sacramento, CA 95814-2322*

*Telephone (916) 930-2207*
*Facsimile (916) 930-2210*

September 14, 2006

Roger J. Marzulla
Marzulla & Marzulla
1350 Connecticut Ave., N.W., Suite 410
Washington, DC 20036
roger@marzulla.com

Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Land
Suite B100
Stockton, CA 95207
JSPALETTA@herumcrabtree.com

**BY Email, Original to Follow by U.S. Mail**

Re: Stockton East Water District v. United States, No. 04-541 L (Fed. Cl.)

Dear Counsel:

We have completed an initial review of Plaintiffs' Preliminary Exhibit List, dated September 11, 2006. There are several documents that we are unable to identify. Please let us know the Bates Numbers of each of the following:

GOVERNMENT EXHIBIT
1

CARDELS 800-783-0399

| Plaintiffs' Exhibit Number | Date | Plaintiffs' Exhibit Number | Date |
|---|---|---|---|
| | | **227** | **7/25/05** |
| 13 | 3/6/81 | 228 | 8/29/81 |
| 15 | 9/9/80 | 230 | (no dates) |
| 16 | 10/31/80 | 231 | (no dates) |
| 17 | 12/15/83 | 232 | (no dates) |
| 23 | 6/2/05 | 233 | (no dates) |
| 24 | Jan. 1980 | 234 | (no dates) |
| 25 | 10/1/85 | 235 | (no dates) |
| 103 | 1/19/96 | 237 | 4/1/85 |
| 104 | 1/19/96 | 238 | 12/20/89 |
| 133 | 2/17/00 | 250 | 2/11/75 |
| 163 | 9/20/04 | 273 | (no dates) |
| 164 | 6/1/86 | 282 | (no dates) |
| 166 | Dec. 1993 | 284 | (no dates) |
| 167 | Dec. 1993 | 240-247 | various dates |
| 171 | 6/20/95 | 261-263 | (no dates) |
| 178 | 1/16/98 | 275-277 | (no dates) |
| 179 | 2/2/98 | 279-280 | (no dates) |
| 212 | 7/31/02 | | |

In addition, the document dated October 31, 2000, identified as Plaintiffs' Deposition Exhibit 70, appears to be misidentified. Please provide the Bates Number for that document as well. To the extent any of these documents have not been previously provided to us, we reserve the right to object in accordance with the rules of the Court.

You should have all of the documents we identified on our list, including several documents that were hand-delivered to Roger's office on September 11. If you are unable to locate any of the documents on our list, please let us know.

Sincerely,

William J. Shapiro
Trial Attorney

## Sparks, Deedee (ENRD)

**From:** Sparks, Deedee (ENRD)
**Sent:** Thursday, September 14, 2006 11:43 AM
**To:** Marzulla Roger & Nancie (roger@marzulla.com); (JSPALETTA@herumcrabtree.com)
**Subject:** Letter from Bill Shapiro requesting Bates Numbers

**Attachments:** Shapiro Letter- Request for Bates Numbers 09-14-06.pdf

Attached is a copy of a letter to you from Bill Shapiro dated today. A hardy copy is being sent to you today via the U.S. Postal Service.

Shapiro Letter- Request for Ba...

Thank You,

Deedee Sparks
Legal Assistant
U.S. Department of Justice
Environment & Natural Resources Division
501 I Street, Suite-9-700
Sacramento, CA 95814-2322
Tel: 916-930-2200
Fax:916-930-2210

**Shapiro, William (ENRD)**

**From:** JSPALETTA@herumcrabtree.com
**Sent:** Friday, September 15, 2006 12:07 PM
**To:** Shapiro, William (ENRD)
**Cc:** roger@marzulla.com; TBosque@herumcrabtree.com
**Subject:** Response to your letter of September 14, 2006

**Attachments:** tmp.htm

tmp.htm (14 KB)

Dear Bill:

In your letter of September 14, 2006 you listed several documents on our exhibit list that you were unable to locate. I have reviewed this list:

Item 23 is a law which is a matter of public record. However, it was also part of the SEWD production, but you may not have copied it.

I believe that items 13, 15, 16, 17, 24, 25, 103, 104, 133, 163, 164, 166, and 171 were all exhibits used by either the Plaintiffs or Defendants in the Summary Judgment motion. They are located in the appendices that the parties submitted. Many of these documents are Bureau issued documents.

I will obtain the bates numbers and copies of the documents identified as Exhibits 178, 179, 212, 238. I am sure they were produced. Two of them are Bureau letters.

Items 227, 228, 237, 250, were used by the United States as deposition exhibits.

Items 230 and 231 are the bond documents. These were all produced and bates numbered. The United States used some of them as deposition exhibits. We used some of them as exhibits in the Motion for Summary Judgment.

Items 232-233 are budget documents for the districts that would have been part of the board packets you reviewed for each district.

Items 234-235 will be more specifically identified for you, but you did already receive all of these documents. They relate to the planning and construction of the facilities.

Items 262-263 are documents produced by the United States in this case, or are available as public records at the SWRCB.

Items 230-235 and 262-263 are voluminous. We are reserving the right to use them at trial for now, but expect that we can limit what is actually introduced to a smaller subset of these documents, or representative examples.

Item 282 was the DVD that was produced and was the subject of a motion by the United States during summary judgment.

Item 284 are the electronic documents that you produced to me and that I reviewed with Ms. Manza at her deposition. You can identify them from the review of the transcript and the CD index.

Items 240-247, 277 were all part of the summary judgment exhibits.



CARDELS 800-783-0399 GOVERNMENT EXHIBIT 2

Item 275 are Bureau documents. I have very few of them and anticipated that you would produce them in response to Ms. Manza's deposition notice.

Item 276 is available on-line and was produced at Mr. Dotan's deposition.

Item 279 is your written discovery responses.

Item 280 are maps that we have yet to provide you, although we used similar maps as exhibits in the motion for summary judgment.

Items 261 should have already been produced. I will follow-up on this item.

Very truly yours,

Jennifer Spaletta
Attorney at Law
HERUM CRABTREE BROWN
2291 W. March Lane Suite B100
Stockton, California 95207
T: (209)472-7700
F: (209)472-7986
jspaletta@herumcrabtree.com

**Shapiro, William (ENRD)**

| | |
|---|---|
| **From:** | JSPALETTA@herumcrabtree.com |
| **Sent:** | Saturday, September 16, 2006 3:26 PM |
| **To:** | Shapiro, William (ENRD); Tardiff, Kristine (USANH) |
| **Subject:** | Exhibit References |
| **Attachments:** | tmp.htm; 58328.pdf |

tmp.htm (3 KB) 58328.pdf (62 KB)

Dear Bill:

Please find attached the exhibit references you requested. For those items that I could not quickly find the reference, I will bring a copy to the deposition on Monday. The remaining items have not yet been prepared or selected from a voluminious set. As soon as they are ready, you will receive a copy.

Jennifer L. Spaletta

HERUM CRABTREE BROWN

2291 W. March Lane, Suite B-100

Stockton, California 95207

Phone: (209) 472-7700

Fax: (209) 472-7986

jspaletta@herumcrabtree.com <mailto:jspaletta@herumcrabtree.com>

---

[This electronic mail transmission and any accompanying documents are privileged and confidential and are intended only for review of the addressee(s). If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.]

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
3

Provided to Mr. Shapiro 9/16/2006

| **Plaintiffs' Exhibit Number** | **Date** | **Bates Number** | Plaintiffs' MSJ Exhibit | Note |
|---|---|---|---|---|
| 13 | 03/06/1981 | US_008308 | | |
| 15 | 09/09/1980 | US_008309 | Plaintiffs' MSJ Exhibit No. 61-G, Vol. 6 (0 00959-0 00960) | |
| 16 | 10/31/1980 | US_009545 | Plaintiffs' MSJ Exhibit No. 61-H, Vol. 6 (0 00961-0 00962) | |
| 17 | 12/15/1983 | US_023817 | Plaintiffs' MSJ Exhibit No. 60-K, Vol. 6 (0 00893-0 00896) | |
| 23 | 06/02/2005 | | Plaintiffs' MSJ Exhibit No. 3, Vol. I (0 00003-0 00046) | |
| 24 | 1/1980 | | Plaintiffs' MSJ Exhibit No. 4, Vol. I (0 00047-0 00070) | |
| 25 | 10/01/1985 | SE 04990 | | |
| 103 | 01/19/1996 | | | Send copy |
| 104 | 01/19/1996 | | | Send copy |
| 133 | 02/17/2000 | | Plaintiffs' Supplemental Exhibit Appendix Exhibit No. 85, (001381) | |
| 163 | 09/20/2004 | | | Send copy |
| 164 | 06/01/1986 | US_006904 | Plaintiffs' Supplemental Exhibit Appendix Exhibit No. 77-J, (001133-001135) | |
| 166 | 12/1993 | US_006285 | Plaintiffs' Supplemental Exhibit Appendix Exhibit No. 77-L, (001137-001166) | |

Provided to Mr. Shapiro 9/16/2006

| **Plaintiffs' Exhibit Number** | **Date** | **Bates Number** | Plaintiffs' MSJ Exhibit | Note |
|---|---|---|---|---|
| 167 | 12/1993 | US_000305 | Plaintiffs' Supplemental Exhibit Appendix Exhibit No. 81-G, (001364-001365) | |
| 171 | 06/20/1995 | US_000305 | Plaintiffs' Supplemental Exhibit Appendix Exhibit No. 81-G, (001364-001365) | |
| 178 | 01/16/1998 | | | Send copy |
| 179 | 02/02/1998 | | | Send copy |
| 212 | 07/31/2002 | | | Send copy |
| Pl. Deposition Exhibit 227 | 07/25/2005 | Plaintiffs' Deposition Exhibit 227 (Deposition of Dan Meier) | | Send copy |
| 228 | 08/29/1981 | SE16827 | Plaintiffs' MSJ Exhibit No. 10, Vol. I (0 00187-0 00193) | |
| 230 | | | Plaintiffs' MSJ Exhibit No. 28, Vol. 4 (0 00646-0 00655) | |
| 231 | | | Plaintiffs' MSJ Exhibit No. 29, Vol. 4 (0 00656-0 00658) | To be specified |
| 232 | | | | To be specified |
| 233 | | | | To be specified |
| 234 | | | | To be specified |
| 235 | | | | To be specified |
| 237 | 04/01/1985 | | | Send copy |
| 238 | 12/20/1989 | | | Send copy |
| 250 | 02/11/1975 | SE 09146 | Plaintiffs MSJ Supp. Exhibit App. Exhibit 78G 01207-1293 | |
| 273 | | | | To be specified |
| 282 | | | | To be specified |
| 284 | | | | To be identified |

Provided to Mr. Shapiro 9/16/2006

| **Plaintiffs' Exhibit Number** | **Date** | **Bates Number** | Plaintiffs' MSJ Exhibit | Note |
|---|---|---|---|---|
| | | | | after Manza deposition |
| 240 | 01/20/1970 | CW00412-417 | Plaintiffs MSJ Supp. Exhibit App. Exhibit 78A 001182-87 | |
| 241 | 07/07/1980 | | Plaintiffs MSJ Supp. Exhibit App. Exhibit 78B 001188-96 | |
| 242 | 03/05/1982 | CW01051-53 | Plaintiffs MSJ Supp. Exhibit App. Exhibit 78C 001197-99 | |
| 243 | 09/16/1981 | CW01099 | Plaintiffs MSJ Supp. Exhibit App. Exhibit 78D 001200 | |
| 244 | 04/6/1982, 04/22/1982 | CW01048-50, 1047 | Plaintiffs MSJ Supp. Exhibit App. Exhibit 78E 001201-1204 | |
| 245 | 05/17/1982 | CW01045-46 | Plaintiffs MSJ Supp. Exhibit App. Exhibit 78F 001205-1206 | |
| 246 | 08/23/1982 | SE09464 | Plaintiffs MSJ Supp. Exhibit App. Exhibit 79 001294 | |
| 247 | 09/23/1982 | | Plaintiffs MSJ Supp. Exhibit App. Exhibit 80 001295-96 | |
| 261 | | | | To be specified |
| 262 | | | | To be specified |
| 263 | | | | To be specified |
| 275 | | | | Expect to be produced at Manza deposition |
| 276 | | | | Produced at Dotan deposition |

Provided to Mr. Shapiro 9/16/2006

| **Plaintiffs' Exhibit Number** | **Date** | **Bates Number** | Plaintiffs' MSJ Exhibit | Note |
|---|---|---|---|---|
| 277 | | | Plaintiffs' MSJ Supp. App. tab 74 001090-1092 | From USBR website |
| 279 | | | | To be provided |
| 280 | | | | To be provided |

\\2003-prolaw\Prolaw\documents\1026-095\TB\58328.doc