# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, SAN JOAQUIN COUNTY, STOCKTON CITY, CALIFORNIA WATER SERVICE COMPANY<br>Plaintiffs<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-541 L<br><br>Judge Christine Odell Cook Miller |

**PLAINTIFF CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

PROPOUNDING PARTY: Defendant United States of America

RESPONDING PARTY: Plaintiff Central San Joaquin Water Conservation District

SET NUMBER: One (1)

Pursuant to Rule 26 and 33 of the United States Court of Federal Claims, Plaintiff CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT ("CENTRAL") responds to defendant UNITED STATES OF AMERICA'S first set of special interrogatories as follows:

## INTRODUCTORY RESPONSE AND GENERAL OBJECTIONS

1. Discovery in this action and investigation into all facts underlying the causes of action have not been completed. CENTRAL reserves the right to supplement these responses as additional information is discovered.

2. No response to any portion of these interrogatories shall be deemed a waiver of any objection not set forth herein which could be made to any such portion of the interrogatories concerning the relevancy of the response, or the information set forth, and/or any other matter affecting potential admissibility of such information at the trial of this action.

Stockton East v. US, No. 04-541L
Exhibit 1 to Def.'s Mot. in Limine
on Damages (filed 9/29/2006)
Page 1 of 3

**RESPONSE TO INTERROGATORY NUMBER 7:**

Reclamation diverted Plaintiffs' water (see Response to In..rrogatory No. 6) for other purposes, including but not limited to CVPIA releases, as well as releases under the authority of ESA, rather than making such water available to Plaintiffs. These takings of property for public use occurred annually from 1993 to the present. Plaintiff continues to investigate the precise dates and quantities of water taken by the United States.

**INTERROGATORY NUMBER 8:**

Identify the damages you claim Central incurred as a result of the United States' alleged breach of the Central Contract and that you contend you are entitled, to recover from the United States in this action. In answering, explain in full the components of the claimed damages, the corresponding damage amounts, and the full factual basis for your contention that you are entitled to recover each claimed component of damages. Your response should distinguish those damages allegedly incurred as a result of the United States' failure to deliver "firm water" from those allegedly incurred as a result of the United States' failure to deliver "interim water," as defined in the Central Contract.

**RESPONSE TO INTERROGATORY NUMBER 8:**

These answering parties are unable to provide this information at this time, having made no calculation of damages sufficient to respond to this interrogatory. The parties to this litigation have agreed to bifurcate the liability and damages phases of this case. These answering parties will calculate and provide a detailed statement of damages at the appropriate point.

**INTERROGATORY NUMBER 9:**

For each year of the relevant time period, identify the quantities of water that Central requested from USBR under the Central Contract.

**RESPONSE TO INTERROGATORY NUMBER 9:**

CENTRAL objects to this interrogatory on the grounds that the term "requests" is vague and ambiguous and the interrogatory assumes a request for water was required under the terms of the contract. Without waiving the objections, CENTRAL responds as follows:

Stockton East v. US, No. 04-541L
Exhibit 1 to Def.'s Mot. in Limine
on Damages (filed 9/29/2006)
Page 2 of 3

//

Respectfully submitted,

Nancie Marzulla by JLS

Nancie G. Marzulla
Roger J. Marzulla
Marzulla & Marzulla
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Counsel for Plaintiffs

Dated: March 1, 2005

Counsel for Plaintiffs:
Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane, Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)