# EXHIBIT A

# United States Department of the Interior

BUREAU OF RECLAMATION
Central Valley Operations Office
3310 El Camino Avenue, Suite 300
Sacramento, California 95821

IN REPLY REFER TO:
CVO-400
WTR-4.10

MAY 01 1997

To: Stanislaus River Basin Stakeholders
Other Interested Parties
(See Attached List)

From: Lowell F. Ploss
Operations Manager, Central Valley Operations

Subject: Transmittal of New Melones Interim Plan of Operation

Attached is the interim plan of operation for New Melones Reservoir. The interim plan was developed as a joint effort between The Bureau of Reclamation (Reclamation) and the Fish and Wildlife Service (FWS) in conjunction with the Stanislaus River Basin Stakeholders. This process began in 1995 with a goal to develop a management plan with clear operating criteria for available water supplies in the Stanislaus Basin on a long-term basis. In 1996, that effort was continued with a group of Stanislaus stakeholders; however, the focus shifted to an interim plan for 1997 and 1998 operations. During a meeting of the stakeholders on January 29, 1997, a final interim plan of operation for New Melones Reservoir was agreed to in concept. The details of this plan are attached. Also attached are examples of operations under the 50 percent probability of exceedance (most probable) and 90 percent probability of exceedance (90 percent chance of having increased inflows) hydrologic conditions which include Water Years 1997 and 1998. This plan is contingent upon all elements as described in this document. It was also decided at the January 29, 1997, meeting that between now and late 1998 additional work on a long-term plan would continue.

If you have any questions regarding this interim plan, please call Dave Read (Reclamation) at 979-2684 or Roger Guinee (FWS) at 979-2760.

Lowell F. Ploss

Attachments

cc: Fish & Wildlife: Maria Macoubrie
Joel Medlin
Dick Jewell

Tom Aiken
Bureau of Reclamation
Central California Area Office
7794 Folsom Dam Road
Folsom, CA 95630-1799

Morris Allen
City of Stockton
2500 Navy Drive
Stockton, CA 95206

John Aud
Stanislus County Department
Environmental Resources
1716 Morgan Road
Modesto, CA 95358

Bob Azevedo
Stanislaus County
1716 Morgan Road
Modesto, CA 95358

Anthony Barkett
Stockton East Water District
42 N. Sutter #305
Stockton, CA 95202

Rick Barza
Oakdale Irrigation District
1205 East F Street
Oakdale, CA 95361

Julian Bava
San Joaquin County Resource
Conservation District
12023 E. 8-Mile Road
Stockton, CA 95212-8335

Tom Boardman
Westlands Water District
3130 N. Fresno Street
Fresno, CA 93703

Gary Bobker
Bay Institute
625 Grand Ave, Suite 250
San Rafael, CA 94901

Virginia Cahill
City of Stockton
McDonough, Holland & Allen
555 Capitol Mall, Suite 950
Sacramento, CA 95814

Mike Camy
California Water Service Company
1111 N. El Dorado Street
Stockton, CA 95202

Hal Candee, Senior Attorney
Natural Resources Defense Council
71 Stevenson Street, Room 1825
San Francisco, CA 94105

Rebecce Davis
County Counsel's Office
222 E. Weber, Rm. 711
Courthouse
Stockton, CA 95202

Jim Denny, Consultant
Stockton East Water District
5420 Alder Glen Court
Carmichael, CA 95608

Larry Diamond
Calaveras County Water District
P.O. Box 846
San Andreas, CA 95249

William Dunn
Calaveras County Water District
P.O. Box 940
West Point, CA 95255

Glenda Edwards
Stanislaus River Council
17860 Wards Ferry Road
Sonora, CA 95370

Nannette Engelbrite
WAPA-SNR
114 Parkshore Drive
Folson, CA 95630

Ed Formosa
City of Stockton
2500 Navy Drive
Stockton, CA 95206

Kathy Freas
CH2M Hill
2485 Natomas Park Drive, Suite 600
Sacramento, CA 95833

Dan Fults
Friant Water Users Authority
1521 I Street
Sacramento, CA 95814

Daniel Gallery, Attorney
Feather Water District:
Tuolume Utilities District
926 J Street, Suite 505
Sacramento, CA 95814

Arthur Godwin, Attorney
Griffith, Masuda, and Godwin
Turlock Irrigation District
P.O. Box 510
Turlock, CA 95381-0510

Les Grober
Regional Water Quality Control Board
3443 Routier Road
Sacramento, CA 95827-3098

Karna Harringfeld, Attorney
Neumiller and Beardslee Attorneys
P.O. Box 20
Stockton, CA 95201-3020

Michael Heaton
Law Office
926 J Street, Suite 505
Sacramento, CA 95814

John Herrick
South Delta Water Agency
General Counsel
P.O. Box 70383
Stockton, CA 95267

Alex Hildebrand
South Delta Water Agency
23442 South Hays Road
Manteca, CA 95336

Derek Hilts
Fish and Wildlife Service
3310 El Camino Ave, Suite 130
Sacramento, CA 95821

Gary Ingram
City of Stockton
425 North El Dorado Street
Stockton, CA 95202

US_011823

[illegible]nning & Community Dev.
[illegible] CA 95354

[illegible]udermilk
[illegible] Department of Fish & Game
[illegible] E. Shaw
Fresno, CA 93710

Rebekah Mcovire
CSWC/SRC
St. Rt. 3, Box 145
Angels Camp, CA 95222

Michael McGrew
San Joaquin County Counsel
222 East Weber Ave., Room 711
Stockton, CA 95202

Richard Moss, General Manager
Friant Water Users Authority
854 North Harvard Avenue
Lindsay, CA 93247-1715

Tim O'Laughlin & Paris
870 Manzanita Court, Suite B
Chico, CA 95926

John Pulver
Water Resources Coordinator
County of San Joaquin
P.O. Box 1810
Stockton, CA 95201

Richard Roos-Collins
Stanislaus River Council
Natural Heritage Institute
114 Sansome Street
San Francisco, CA 94104

Jim Spence
Department of Water Resources
3310 El Camino Ave, Suite 300
Sacramento, CA 95821

Michel Togonolini, Associate Civil Engineer
East Bay Municipal Utilities District
375 Eleventh Street
Oakland, CA 94607-4240

Barrett Kehl, General Manager
Oakdale Irrigation District
P.O. Box 188
Oakdale, CA 95361

Richard Martin, General Manager
South San Joaquin Irrigation District
11011 East Highway 120
Manteca, CA 95336

Laurie McCann, Coordinator
Stanislaus River Council
1506 17th Street
Sacramento, CA 95814

Carl Mesick
Carl Mesick Consultants
7981 Crystal Blvd.
El Dorado, CA 95623

John Murphy
Cal Trout
Board Member
1012 11th Street, Suite 103
Modesto, CA 95354

Pat Paul
Stanislaus County, Board of Supervisors
Supervisor, District 1
1100 H Street
Modesto, CA 95354

Reid Roberts
Central San Joaquin
WCD
311 E. Main #202
Stockton, CA 95202

Spreck Rosekrans
Environmental Defense Fund
5655 College Ave., Suite 304
Oakland, CA 94618

Ed Steffani
Stockton East Water District
P.O. Box 5157
Stockton, CA 95205

Joe Waldhofer
109 East Walnut Street
Stockton, CA 95202

Ed Kisling, Operation Foreman
Tri-Dam Project
P.O. Box 1158
Pinecrest, CA 95364

Roger Masuda
Griffith, Masuda & Godwin,
Attorneys At Law
Gen. Counsel for Turlock Irrigation District
P.O. Box 510
Turlock, CA 95381

Tim McCullough
Tuolumne Utilities District
P.O. Box 3728
Sonoma, CA 95370

Barry Mortimeyer, Principal Engineer
RW Beck
Point West Gardens, Suite 200
1851 Heritage Lane
Sacramento, CA 95815-1710

Dante Nomellini
Central Delta Water Agency
P.O. Box 1461
Stockton, CA 95201-1461

Jason Peltier, Manager
Central Valley Project Water Association
1521 I Street
Sacramento, CA 95814

Ed Roman
SMUD
P.O. Box 15830
Sacramento, CA 95852

Katrina Schneider
Environmental Defense Fund
5655 College Avenue, Suite 304
Oakland, CA 94618

Daniel Steiner
San Francisco Public Utilities
Consultant
P.O. Box 2175
Roseville, CA 95746-2175

Dick Weinkle
Calaveras County Water District
P.O. Box 846
San Andreas, CA 95249

Jim White
California Department of Fish & Game
1416 Ninth Street, Room 1341
Sacramento, CA 95814

John Williams, PhD
875 Linden Lane
Davis, CA 95616

Kevin Wolf
724 "N" Street
Davis, CA 95616

Jeanne Zolezzi
Stockton East Water District
P.O. Box 20
Stockton, CA 95201

bc: Bureau of Reclamation: MP-102 Laura King
CCAO-Tom Aiken MP-180 Al Candlish
CVO-Lowell Ploss MP-700 Dick Whitson
Chet Bowling MP-700 Lenore Thomas
Dave Read MP-700 Peggy Manza

## New Melones Interim Plan of Operation

**Annual Water Supply Categories**

Table 1 shows the five annual water supply categories to be used in the interim plan of operation and the corresponding ranges of February end of month storage plus March through September forecast of inflow to New Melones Reservoir.

**Table 1**

| Annual Water Supply Category | Mar.-Sept. Forecast plus Feb. End of Month Storage (TAF) | |
|---|---|---|
| | From | To |
| Low | 0 | 1,400 |
| Medium-Low | 1,400 | 2,000 |
| Medium | 2,000 | 2,500 |
| Medium-High | 2,500 | 3,000 |
| High | 3,000 | 6,000 |

**Water Distribution**

Table 2 shows the distributions of annual (March through February) water supplies measured at Goodwin Dam, based on Table 1 categories, for fishery, Vernalis water quality, Bay-Delta, and Central Valley Project (CVP) contractors. The annual deliveries for these purposes will be determined by interpolating user allocation against the corresponding Table 1 hydrologic category. Allocations to Oakdale and South San Joaquin Irrigation Districts will be pursuant to their 1988 agreement with Bureau of Reclamation (Reclamation). It was agreed that Reclamation and Fish and Wildlife Service (Service) will acquire water from Oakdale and South San Joaquin Irrigation Districts (up to 50 TAF per year during 1997 and 1998) for fishery purposes. The release patterns for fishery purposes will be developed by Service and Reclamation in cooperation with the California Department of Fish and Game (DFG) and in consultation with interested agencies/parties. As part of the interim plan, it was negotiated that CVP contractors will receive 50 TAF per year during 1997 and 1998; therefore, this interpolation procedure will not apply to them for the interim period. The allocation in Table 2 for CVP Contractors is presented for information only. It should be noted that the low water supply category has been deleted from Table 2, because it is not anticipated that it will be reached during 1997 and 1998.

**Table 2**
(1,000 acre-feet)
(measured at Goodwin)

| New Melones Storage plus Inflow | | Fishery | | Vernalis Water Quality | | Bay-Delta | | CVP Contractors | |
|---|---|---|---|---|---|---|---|---|---|
| From | To | From | To | From | To | From | To | From | To |
| 1,400 | 2,000 | 98 | 125 | 70 | 80 | 0 | 0 | 0 | 0 |
| 2,000 | 2,500 | 125 | 345 | 80 | 175 | 0 | 0 | 0 | 59 |
| 2,500 | 3,000 | 345 | 467 | 175 | 250 | 75 | 75 | 90 | 90 |
| 3,000 | 6,000 | 467 | 467 | 250 | 250 | 75 | 75 | 90 | 90 |

Preliminary water supply allocations will be announced by February 15 of each year, with updates by the 15th of each subsequent month through June. Although an initial fishery release pattern has been developed by the Service in consultation with the DFG, Reclamation will continue to request annual schedules from DFG pursuant to the June 1987 agreement between Reclamation and DFG. The Service will consult with DFG to schedule additional quantities allocated pursuant to this plan. The terms of the 1987 agreement will continue to be met during 1997 and 1998.

**Stanislaus River Releases**

The derived release patterns for each purpose (from Goodwin Dam to the Stanislaus River) must be consistent with Table 2. All river releases up to the amount of the fishery pattern will be included in the annual fishery allocation. All river releases up to the amount of the Bay-Delta pattern excluding fishery will be included in the annual Bay-Delta allocation. All river releases up to the amount of the Vernalis water quality requirement excluding fishery and Bay-Delta will be included in the annual Vernalis water quality allocation. Water quality criteria as stated on pages 17 and 19 of the May 1995, Water Quality Control Plan for the San Francisco Bay/Sacramento-San Joaquin Delta Estuary will be met up to the maximum indicated allocation. If necessary, additional Goodwin river releases will be made to meet the Ripon dissolved oxygen requirement. Additional releases for fishery purposes (temporary water acquisition during 1997 and 1998) will be made on top of all other releases. Releases from Goodwin Dam to the Stanislaus River (except for flood control) shall not exceed 1,500 $ft^3/s$.

It should be noted that Table 2 yields quantities that are additive. However, Table 2 does not show the total benefit to fishery, Vernalis water quality, and Bay-Delta. Releases for these purposes yield multiple benefits. For example, a release to meet fishery may also benefit Bay-Delta and/or Vernalis water quality even though it is included only in the fishery allocation.

During 1997 and 1998, it is anticipated that all objectives will be met according to the understanding that was reached in the Stanislaus Stakeholders meeting, and pursuant to Reclamation's April 4, 1997, letter to the Service and the Service's April 8, 1997, response (both attached). However, should extremely dry conditions or some unforeseen circumstance occur, Reclamation and the Service will convene a meeting with the Stakeholders to seek a solution.

Lowell F. Ploss
Operations Manager, Central
Valley Operations Office
Bureau of Reclamation

Wayne White
Field Supervisor
Fish and Wildlife Service

NEW MELONES Forecast Model With Acq
Prorate Plan

End of February Storage Plus Forecasted Mar - Sep Inflow 2023.5 TAF

| * Actual Data for WY | 1997 | Oct* | Nov* | Dec* | Jan* | Feb* | Mar* | Apr | May | Jun | Jul | Aug | Sep | WY Totals (TAF) | Mar-Feb Allocat'n (TAF) | Mar-Feb Totals (TAF) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inflow (TAF) | 50% | 60 | 60 | 215 | 600 | 187 | 155 | 130 | 170 | 151 | 66 | 50 | 45 | 1889 | | |
| Evap (TAF) | | 3 | 2 | 1 | 2 | 2 | 2 | 4 | 6 | 8 | 8 | 7 | 6 | 49 | | |
| Total NM Release (TAF) | | 75 | 73 | 235 | 482 | 444 | 179 | 159 | 185 | 169 | 132 | 85 | 78 | 2315 | | |
| Full Stor (TAF) | 84.5 | 57 | 57 | 57 | 57 | 57 | 59 | 63 | 67 | 67 | 67 | 67 | 64 | | | |
| Gdwn AFRP Rel (CFS) | | 426 | 296 | 296 | 296 | 296 | 363 | 1087 | 1087 | 970 | 300 | 300 | 300 | 363 | 424 | 424 |
| Acqd Water Effect (CFS), Wet or Dry Sched | D | 0 | 0 | 0 | 0 | 0 | 0 | 413 | 413 | 0 | 0 | 0 | 0 | 50 | 50 | 50 |
| Goodwin WQ Flows (CFS) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 224 | 0 |
| Goodwin Spill/DO (CFS) | | 368 | 931 | 3518 | 7704 | 7704 | 1866 | 0 | 0 | 0 | 0 | 0 | 0 | 1311 | | |
| Goodwin Bay-Delta (CFS), X2 W or E | E | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Total Goodwin Release(CFS) | | 794 | 1226 | 3814 | 8000 | 8000 | 2227 | 1500 | 1500 | 970 | 300 | 300 | 300 | 1723 | | |
| OID/SSJID (TAF) | | 30 | 0 | 0 | 0 | 0 | 40 | 60 | 93 | 106 | 106 | 61 | 55 | 550 | | |
| CVP Contractors (TAF) | | 4 | 0 | 0 | 0 | 0 | 1 | 6 | 8 | 8 | 8 | 7 | 6 | 42 | 50 | 50 |
| Storage (TAF) | 1966 | 1965 | 1991 | 2011 | 2243 | 2057 | 2022 | 1989 | 1958 | 1933 | 1890 | 1816 | 1780 | | | |
| Elevation (Feet) | | 1051 | 1051 | 1053 | 1073 | 1057 | 1054 | 1051 | 1048 | 1046 | 1039 | 1035 | 1032 | | | |
| S.J. above VNS (CFS) | | 2244 | 2282 | 7725 | 28916 | 28072 | 11319 | 3613 | 2862 | 1697 | 1447 | 1919 | 2941 | 5422 | | |
| S.J. @ VNS (CFS) | | 3039 | 3508 | 11539 | 34916 | 34072 | 13547 | 5113 | 4362 | 2668 | 1747 | 2219 | 3241 | 7145 | | |
| Estimated S.J. WQ @ VNS (TDS ppm) | | 332 | 328 | 218 | 185 | 128 | 218 | 349 | 354 | 318 | 337 | 423 | 339 | | | |

Non-required DO Released in addition to acquired water: Yes
Non-required WQ Released in addition to acquired water: Yes
Non-required BD Released in addition to acquired water: No

End of February Storage Plus Forecasted Mar - Sep Inflow 2532.6 TAF

| | 1998 | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | WY Totals (TAF) | Mar-Feb Allocat'n (TAF) | Mar-Feb Totals (TAF) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inflow (TAF) | 50% | 35 | 35 | 40 | 50 | 80 | 105 | 180 | 250 | 150 | 45 | 40 | 40 | 1030 | | |
| Evap (TAF) | | 3 | 2 | 1 | 2 | 1 | 2 | 4 | 5 | 6 | 8 | 7 | 6 | 48 | | |
| Total NM Release (TAF) | | 87 | 24 | 24 | 24 | 22 | 37 | 159 | 195 | 147 | 129 | 124 | 74 | 1047 | | |
| Full Stor (TAF) | 63.5 | 57 | 57 | 57 | 57 | 57 | 58 | 63 | 67 | 67 | 67 | 67 | 64 | | | |
| Gdwn AFRP Rel (CFS) | | 1163 | 362 | 362 | 362 | 362 | 332 | 1156 | 1019 | 602 | 282 | 282 | 282 | 397 | 374 | 374 |
| Acqd Water Effect (CFS), Wet or Dry Sched | D | 0 | 0 | 0 | 0 | 0 | 0 | 344 | 481 | 0 | 0 | 0 | 0 | 50 | 50 | 50 |
| Goodwin WQ Flows (CFS) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 1 | 193 | 1 |
| Goodwin Spill/DO (CFS) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Goodwin Bay-Delta (CFS), X2 W or E | W | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Total Goodwin Release(CFS) | | 1163 | 362 | 362 | 362 | 362 | 332 | 1500 | 1500 | 602 | 282 | 291 | 282 | 447 | | |
| OID/SSJID (TAF) | | 18 | 0 | 0 | 0 | 0 | 13 | 60 | 93 | 106 | 106 | 100 | 55 | 550 | | |
| CVP Contractors (TAF) | | 4 | 2 | 2 | 2 | 2 | 2 | 6 | 6 | 6 | 7 | 7 | 6 | 50 | 50 | 50 |
| Storage (TAF) | 1780 | 1725 | 1734 | 1749 | 1773 | 1830 | 1896 | 1883 | 1942 | 1939 | 1846 | 1755 | 1714 | | | |
| Elevation (Feet) | | 1026 | 1027 | 1029 | 1031 | 1036 | 1043 | 1042 | 1047 | 1047 | 1038 | 1029 | 1025 | | | |
| S.J. above VNS (CFS) | | 1317 | 1546 | 1447 | 1643 | 2899 | 3041 | 2706 | 2846 | 1681 | 1464 | 1301 | 1143 | 1365 | | |
| S.J. @ VNS (CFS) | | 2480 | 1908 | 1816 | 2005 | 3261 | 3373 | 4206 | 4346 | 2282 | 1746 | 1592 | 1425 | 1832 | | |
| Estimated S.J. WQ @ VNS (TDS ppm) | | 341 | 490 | 451 | 398 | [illegible] | [illegible] | [illegible] | 354 | 361 | 336 | 455 | 473 | | | |

End of February Storage Plus Forecasted Mar - Sep Inflow 2577.2 TAF

| | 1999 | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | WY Totals (TAF) | Mar-Feb Allocat'n (TAF) | Mar-Feb Totals (TAF) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inflow (TAF) | 50% | 35 | 35 | 40 | 50 | 80 | | | | | | | | | | |
| Evap (TAF) | | 3 | 1 | 1 | 2 | 1 | | | | | | | | | | |
| Total NM Release (TAF) | | 71 | 22 | 23 | 23 | 21 | | | | | | | | | | |
| Full Stor (TAF) | 63.5 | 57 | 57 | 57 | 57 | 57 | | | | | | | | | | |
| Gdwn AFRP Rel (CFS) | | 911 | 332 | 332 | 332 | 332 | | | | | | | | 135 | NA | NA |
| Acqd Water Effect (CFS), Wet or Dry Sched | D | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | NA | NA |
| Goodwin WQ Flows (CFS) | | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | NA | NA |
| Goodwin Spill/DO (CFS) | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | |
| Goodwin Bay-Delta (CFS), X2 W or E | W | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | |
| Total Goodwin Release(CFS) | | 911 | 332 | 332 | 332 | 332 | | | | | | | | | | |
| OID/SSJID (TAF) | | 18 | 0 | 0 | 0 | 0 | | | | | | | | | | |
| CVP Contractors (TAF) | | 4 | 2 | 2 | 2 | 2 | | | | | | | | 12 | NA | NA |
| Storage (TAF) | 1714 | 1675 | 1687 | 1703 | 1729 | 1787 | | | | | | | | | | |
| Elevation (Feet) | | 1021 | 1022 | 1024 | 1027 | 1032 | | | | | | | | | | |
| S.J. above VNS (CFS) | | 1317 | 1846 | 1447 | 1643 | 2899 | | | | | | | | | | |
| S.J. @ VNS (CFS) | | 2228 | 1878 | 1779 | 1975 | 3231 | | | | | | | | | | |
| Estimated S.J. WQ @ VNS (TDS ppm) | | 373 | 505 | 458 | 403 | 341 | | | | | | | | | | |

04/23/97 02:12 PM NEWM2PLP.WK4

US_011830

**NEW MELONES Forecast Model With Acq**
**Prorate Plan**

End of February Storage Plan
Forecasted Mar - Sep Inflow 2079.6 TAF

| Actual Data for WY | 1997 | Oct* | Nov* | Dec* | Jan* | Feb* | Mar* | Apr | May | Jun | Jul | Aug | Sep | WY Totals (TAF) | Mar-Feb Allocat'n (TAF) | Mar-Feb Totals (TAF) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inflow (TAF) | 90% | 60 | 60 | 215 | 600 | 187 | 155 | 111 | 119 | 92 | 54 | 48 | 44 | 1745 | | |
| Evap (TAF) | | 3 | 2 | 1 | 2 | 2 | 2 | 4 | 6 | 6 | 8 | 7 | 6 | 48 | | |
| Total NM Release (TAF) | | 75 | 73 | 235 | 492 | 444 | 179 | 159 | 195 | 152 | 131 | 86 | 75 | 2296 | | |
| Cal. Stor (TAF) | 84.5 | 57 | 57 | 57 | 57 | 57 | 59 | 63 | 67 | 67 | 67 | 67 | 64 | | | |
| Goodwin AFRP Rel (CFS) | | 426 | 296 | 296 | 296 | 296 | 339 | 1128 | 1047 | 682 | 289 | 289 | 289 | 342 | 389 | 389 |
| Acq'd Water Effect (CFS), Wet or Dry Sched | D | 0 | 0 | 0 | 0 | 0 | 0 | 372 | 453 | 0 | 0 | 0 | 0 | 50 | 50 | 50 |
| Goodwin WQ Flows (CFS) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 1 | 202 | 1 |
| Goodwin Sal/DO (CFS) | | 368 | 931 | 3518 | 7704 | 7704 | 1888 | 0 | 0 | 0 | 0 | 0 | 0 | 1312 | | |
| Goodwin Bay-Delta (CFS), X2 W or E | E | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Total Goodwin Release(CFS) | | 794 | 1226 | 3814 | 8000 | 8000 | 2227 | 1600 | 1500 | 682 | 289 | 298 | 289 | 1705 | | |
| OID/SSJID (TAF) | | 30 | 0 | 0 | 0 | 0 | 40 | 80 | 93 | 108 | 108 | 61 | 55 | 550 | | |
| CVP Contractors (TAF) | | 4 | 0 | 0 | 0 | 0 | 1 | 6 | 6 | 6 | 8 | 7 | 6 | 42 | 50 | 50 |
| Storage (TAF) | 1988 | 1985 | 1991 | 2011 | 2243 | 2057 | 2022 | 1970 | 1898 | 1822 | 1737 | 1692 | 1655 | | | |
| Elevation (Feet) | | 1051 | 1051 | 1053 | 1073 | 1057 | 1054 | 1050 | 1042 | 1036 | 1027 | 1023 | 1019 | | | |
| Flow above VNS (CFS) | | 2244 | 2282 | 7725 | 26916 | 26072 | 11319 | 3210 | 2732 | 1697 | 1441 | 1265 | 1161 | 5245 | | |
| Flow @ VNS (CFS) | | 3039 | 3506 | 11539 | 34916 | 34072 | 13547 | 4710 | 4232 | 2380 | 1730 | 1563 | 1471 | 6949 | | |
| Estimated S J WQ @ VNS (TDS ppm) | | 332 | 326 | 216 | 165 | 129 | 216 | 353 | 355 | 350 | 340 | 455 | 485 | | | |

Non-required DO Released in addition to acquired water: Yes
Non-required WQ Released in addition to acquired water: Yes
Non-required BD Released in addition to acquired water: No

End of February Storage Plan
Forecasted Mar - Sep Inflow 1921.6 TAF

| | 1998 | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | WY Totals (TAF) | Mar-Feb Allocat'n (TAF) | Mar-Feb Totals (TAF) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inflow (TAF) | 90% | 25 | 20 | 20 | 20 | 25 | 45 | 75 | 80 | 40 | 30 | 30 | 30 | 440 | | |
| Evap (TAF) | | 3 | 1 | 1 | 2 | 1 | 2 | 4 | 5 | 8 | 7 | 6 | 5 | 42 | | |
| Total NM Release (TAF) | | 76 | 22 | 23 | 23 | 21 | 30 | 123 | 145 | 123 | 110 | 105 | 68 | 869 | | |
| Cal. Stor (TAF) | 63.5 | 57 | 57 | 57 | 57 | 57 | 59 | 63 | 67 | 67 | 67 | 67 | 64 | | | |
| Goodwin AFRP Rel (CFS) | | 1013 | 339 | 339 | 339 | 339 | 145 | 298 | 659 | 32 | 32 | 32 | 32 | 216 | 122 | 122 |
| Acq'd Water Effect (CFS), Wet or Dry Sched | D | 0 | 0 | 0 | 0 | 0 | 0 | 193 | 201 | 0 | 0 | 0 | 0 | 24 | 25 | 25 |
| Goodwin WQ Flows (CFS) | | 0 | 0 | 0 | 0 | 0 | 98 | 511 | 80 | 487 | 136 | 0 | 0 | 79 | 79 | 79 |
| Goodwin Sal/DO (CFS) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 96 | 235 | 208 | 33 | | |
| Goodwin Bay-Delta (CFS), X2 W or E | W | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Total Goodwin Release(CFS) | | 1013 | 339 | 339 | 339 | 339 | 243 | 962 | 940 | 519 | 264 | 267 | 240 | 351 | | |
| OID/SSJID (TAF) | | 17 | 0 | 0 | 0 | 0 | 12 | 56 | 76 | 87 | 87 | 82 | 52 | 468 | | |
| CVP Contractors (TAF) | | 4 | 2 | 2 | 2 | 2 | 2 | 6 | 8 | 6 | 7 | 7 | 6 | 50 | 50 | 50 |
| Storage (TAF) | 1655 | 1601 | 1597 | 1593 | 1589 | 1592 | 1604 | 1553 | 1483 | 1395 | 1309 | 1228 | 1165 | | | |
| Elevation (Feet) | | 1014 | 1013 | 1013 | 1012 | 1013 | 1014 | 1009 | 1001 | 992 | 982 | 972 | 967 | | | |
| Flow above VNS (CFS) | | 927 | 1109 | 1073 | 1057 | 1260 | 1447 | 1126 | 1025 | 723 | 699 | 569 | 639 | 702 | | |
| Flow @ VNS (CFS) | | 1540 | 1448 | 1413 | 1396 | 1600 | 1699 | 2068 | 1965 | 1241 | 963 | 836 | 875 | 1053 | | |
| Estimated S J WQ @ VNS (TDS ppm) | | 379 | 580 | 480 | 417 | 425 | 650 | 418 | 414 | 455 | 474 | 502 | 568 | | | |

End of February Storage Plan
Forecasted Mar - Sep Inflow 1541.4 TAF

| | 1999 | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | WY Totals (TAF) | Mar-Feb Allocat'n (TAF) | Mar-Feb Totals (TAF) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inflow (TAF) | 90% | 25 | 20 | 20 | 20 | 25 | | | | | | | | | | |
| Evap (TAF) | | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | |
| Total NM Release (TAF) | | 23 | 14 | 15 | 11 | 10 | | | | | | | | | | |
| Cal. Stor (TAF) | 63.5 | 57 | 57 | 57 | 57 | 57 | | | | | | | | | | |
| Goodwin AFRP Rel (CFS) | | 124 | 208 | 208 | 145 | 145 | | | | | | | | 50 | NA | NA |
| Acq'd Water Effect (CFS), Wet or Dry Sched | D | 28 | 0 | 0 | 0 | 0 | | | | | | | | 1 | NA | NA |
| Goodwin WQ Flows (CFS) | | 0 | 0 | 0 | 0 | 0 | | | | | | | | 0 | NA | NA |
| Goodwin Sal/DO (CFS) | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | |
| Goodwin Bay-Delta (CFS), X2 W or E | W | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | |
| Total Goodwin Release(CFS) | | 144 | 208 | 208 | 145 | 145 | | | | | | | | | | |
| OID/SSJID (TAF) | | 17 | 0 | 0 | 0 | 0 | | | | | | | | | | |
| CVP Contractors (TAF) | | 4 | 2 | 2 | 2 | 2 | | | | | | | | 12 | NA | NA |
| Storage (TAF) | 1165 | 1184 | 1189 | 1193 | 1201 | 1214 | | | | | | | | | | |
| Elevation (Feet) | | 967 | 967 | 968 | 969 | 970 | | | | | | | | | | |
| Flow above VNS (CFS) | | 927 | 1109 | 1073 | 1057 | 1260 | | | | | | | | | | |
| Flow @ VNS (CFS) | | 1671 | 1517 | 1281 | 1282 | 1405 | | | | | | | | | | |
| Estimated S J WQ @ VNS (TDS ppm) | | 642 | 632 | 524 | 476 | 477 | | | | | | | | | | |

4/23/97 02:51 PM

NEWM2PUR.WK4