# EXHIBIT D

RESOLUTION NO. 83-84-06

RESOLUTION BEFORE THE BOARD OF DIRECTORS OF STOCKTON EAST WATER DISTRICT AUTHORIZING EXECUTION OF NEW MELONES CONTRACT

WHEREAS, the Bureau of Reclamation has presented to the District a proposed contract between the United States and Stockton East Water District providing for project water service, Contract No. REV. R.O. 9/7-1983; and

WHEREAS, the District has reviewed this contract; and

WHEREAS, it is to the District's advantage to execute this contract providing for access to water from New Melones Reservoir; and

WHEREAS, the contract may be terminated within a period of five (5) years if the District does not own or have available to it facilities adequate for the conveyance and distribution of water;

NOW, THEREFORE BE IT RESOLVED and it is hereby resolved that Stockton East Water District shall enter into this contract with the United States Department of Interior, Bureau of Reclamation; and

BE IT FURTHER RESOLVED that the President and Secretary of the Board of Directors of the District are hereby authorized and directed to execute all necessary documents in order to carry out this resolution.

RESOLUTION NO. 83-84-06 PAGE TWO

PASSED AND ADOPTED this 4th day of October, 1983 at a regular meeting of the Board of Directors of Stockton East Water District by the following vote. TO WIT:

AYES: EILERS, DONDERO, TAFT, HUCKINS, BOZZANO
NOES: NONE
ABSTENTION: NONE
ABSENT: MACNEAR

Perry H. Taft

PERRY H. TAFT, President
Board of Directors
Stockton East Water District

ATTEST:

EDWARD M. STEFFANI, Secretary
Board of Directors
Stockton East Water District

(SEAL)

## SECRETARY'S CERTIFICATE

I, EDWARD M. STEFFANI, Secretary of the Board of Directors of the STOCKTON-EAST WATER DISTRICT, Stockton, California, do hereby certify as follows:

The foregoing is a full, true and correct copy of a resolution duly adopted at a Regular Meeting of the Board of Directors of said District duly and regularly and legally held at the regular meeting place thereof on OCTOBER 4, 1983, of which meeting all of the members of said Board of Directors had due notice and at which a majority thereof were present.

I have carefully compared the same with the original minutes of said meeting on file and of record in my office, and the foregoing is a full, true, and correct copy of the original resolution adopted at said meeting and entered in said minutes.

Said resolution has not been amended, modified, or rescinded since the date of its adoption, and the same is now in full force and effect.

Dated: October 4, 1983

EDWARD M. STEFFANI
Secretary of the Board
STOCKTON-EAST WATER DIST

(SEAL)