# EXHIBIT E

RESOLUTION NO. 83-10

RESOLUTION OF THE BOARD OF DIRECTORS OF THE CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT FOR APPROVAL AND EXECUTION OF PROPOSED CONTRACT BETWEEN THE UNITED STATES OF AMERICA AND THE CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT

---

WHEREAS, the District is in need of a surface water supply; and

WHEREAS, the District has been negotiating with the Bureau of Reclamation of the United States Department of Interior for a firm and interim water supply from the New Melones Unit of the Central Valley Project; and

WHEREAS, a proposed contract to provide a firm and interim supply of water to the District from said New Melones Unit, designated as Rev. R. O. Draft 9/7-1983, has been submitted to the Board; and

WHEREAS, the Bureau of Reclamation has requested Board approval and authority for execution of the proposed draft form of contract; and

WHEREAS, the Board has reviewed said Rev. R. O. Draft 9/7-1983;

NOW, THEREFORE, BE IT RESOLVED that the Board approves said Rev. R. O. Draft 9/7-1983 form of contract, and authorizes the President and Secretary to execute and attest said form of contract.

PASSED AND ADOPTED by the Board of Directors of the Central San Joaquin Water Conservation District on the 12th day of October, 1983.

Grant Thompson

GRANT THOMPSON, President
Board of Directors, Central San
Joaquin Water Conservation District

I certify that this is a true copy of Resolution 83-10, as passed by the Board of Directors of the Central San Joaquin Water Conservation District at the regularly scheduled Board meeting in Farmington, California, on October 12, 1983.

DATED: October 12, 1983

Reid Roberts

REID W. ROBERTS, Secretary
Central San Joaquin Water
Conservation District



CJ01889