# EXHIBIT F

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---oOo---

STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and CALIFORNIA WATER SERVICE COMPANY,

Plaintiff,

vs.

UNITED STATES,

Defendants.

No. 04-541L

COPY

---oOo---

DEPOSITION OF PEGGY MANZA

VOLUME I Pages 1 - 230

Tuesday, April 5, 2005

Taken at the location of:

LAW OFFICES OF HERUM, CRABTREE & BROWN

2991 W March Lane, Suite B-100

Stockton, California 95207

---oOo---

Reported by Mary Jackson, CSR #8688

11:42:47 range of 0 to 90 in the Interim Plan of Operations?
11:42:50 A. The Interim Plan of Operations was
11:42:53 intended to be in place for two years. Reclamation
11:42:57 representatives asked Stockton East Water District
11:43:01 and Central San Joaquin Water District, "How much
11:43:04 water can you actually take and use in the next two
11:43:09 years? How much do you have the ability to actually
11:43:14 use?" And the answer was no more than 90,000.
11:43:18 Q. In the next two years?
11:43:19 A. In the next two years. So we put in
11:43:21 90,000 as the cap for that two-year period.
11:43:24 Q. And that was the only rationale for the
11:43:26 90,000 cap in the Interim Operations Plan?
11:43:29 A. Correct.
11:43:34 Q. And the Bureau has continued to use the
11:43:34 Interim Operations Plan with the 90,000 cap on CVP
11:43:36 deliveries since that time?
11:43:39 A. Yes.
11:43:40 Q. Even though STANMOD contains a range for
11:43:43 CVP deliveries between 0 and 155?
11:43:47 A. STANMOD contains whatever you put in it.
11:43:50 Q. Does the current version of STANMOD still
11:43:53 contain a range for CVP deliveries between 0 and
11:43:58 155?
11:43:58 A. STANMOD is obsolete.