**Shapiro, William (ENRD)**

**From:** JSPALETTA@herumcrabtree.com
**Sent:** Wednesday, September 20, 2006 11:13 PM
**To:** Shapiro, William (ENRD)
**Subject:** Summary Shortage Prov in CVP Contracts.doc

**Attachments:** tmp.htm; Summary Shortage Prov in CVP Contracts.pdf

tmp.htm (3 KB) Summary Shortage Prov in CVP C...

Dear Mr. Shapiro:

Please find attached the summary of CVP contract shortage provisions that appears on our exhibit list.


Jennifer L. Spaletta

HERUM CRABTREE BROWN

2291 W. March Lane, Suite B-100

Stockton, California 95207

Phone: (209) 472-7700

Fax: (209) 472-7986

jspaletta@herumcrabtree.com <mailto:jspaletta@herumcrabtree.com>


----------------------------------------------------------------------

[This electronic mail transmission and any accompanying documents are privileged and confidential and are intended only for review of the addressee(s). If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.]

## SUMMARY OF SHORTAGE PROVISIONS IN CVP CONTRACTS

**The following summarizes the shortage provisions in each contract and groups the contracts by shortage provision type:**

**Type 1: "in no event shall liability accrue"**

"There may occur at times a shortage during any year in the quantity of water [or "Project Water"] available for furnishing to the District by the United States pursuant to this contract through and by means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, therefrom."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Mercy Springs Water District | 14-06-200-3365A | 6/21/1967 | 13,300 acre-feet/year | Ag |
| Gravelly Ford Water District | 1-07-20-W0242 | 6/28/1981 | 3,000-14,000 acre-feet/year | Ag |
| West Stanislaus Irrigation District | 14-06-200-1072 | 7/14/1953 | 20,000 acre-feet/year | Ag |
| West Stanislaus Irrigation District | 14-06-200-1072-IR1 | 2/28/1994 | 50,000 acre-feet/year | Ag |
| Reclamation District 1606 | 14-06-200-3802A | 11/28/1967 | 342 acre-feet/year | Ag |
| Colusa County Water District | 14-06-200-304-A | 11/14/1962 | 45,400 acre-feet/year | Ag |
| Contra Costa Water District | I75r-3401 | 11/9/1970 | 195,000 acre-feet/year | Ag |
| Placer County Water Agency | 14-06-200-5082A | 9/18/1970 | 120,000 acre-feet/year | Ag and M&I |

"There may occur at times a shortage during any year in the quantity of water available to the agency pursuant to this contract through and by the means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect therefrom, either to the Agency, its contractors, or others."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Centerville Community Service District | 14-06-200-3367A | 6/30/1967 | 5,000 acre-feet/year | M&I |
| Shasta County Water Agency | 14-06-200-3367A | 6/30/1967 | 5,000 acre-feet/year | M&I |

"There may occur at times a shortage during any year in the quantity of firm water available for furnishing to the City by the United States pursuant to this contract on account of drought, errors in operation, or other causes but in no event shall any liability accrue against the United States or any of its officers, agents, or employees from any damage, direct or indirect, arising therefrom. In any year in which there may occur a shortage, the United States reserves the right to apportion, in a manner to be prescribed by the contracting officer, the available water among the City and others entitled, under existing contracts, to receive water from the San Luis unit."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| City of Coalinga | 14-06-200-4173A | 10/28/1968 | 10,000 acre-feet/year | M&I only |
| City of Avenal | 14-06-200-4619A | 11/20/1969 | 3,500 acre-feet/year | M&I unless obtain written authorization first |

**Type 2: " in no event shall liability accrue against the United States...for any damage...arising from shortage on account of errors in operation, drought, or any other causes."**

"There may occur at times during any year a shortage in the quantity of water available for furnishing to the District through and by means of the Project , but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage from a shortage on account of errors in operation, drought, or any other causes. . . ."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Westland Water District | 14-06-200-495A | 6/5/1963 | 1,008,000 acre-feet/year | Ag only |
| Tranquility | 14-06-200- | 12/23/1963 | 20,200 to 15,700 | Ag; but suppl. |

| | | | | |
|---|---|---|---|---|
| Irrigation District | 701A | | acre-feet/year + 13,800 acre-feet/year of suppl. water | water may be used for M&I |
| Garfield Water District | 14-06-200-3421 | 7/24/1961 | 3,500 acre-feet/year | Ag |

"On account of drought, errors in operation, or other causes there may occur at times a shortage during any year in the quantity of water available for furnishing to the district by the United States pursuant to this contract through and by means of the project, and in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect arising therefrom.."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Feather Water District | 14-06-200-171 | 6/26/1962 | 20,000 acre-feet/year | Ag |

"There may occur at times during any year a shortage in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project and, except for the adjustment provided for in subdivision (b) of this article, in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or other causes."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| International Water District | 14-06-200-585A | 8/23/1963 | 1,200 acre-feet/year | Ag |

"Notwithstanding any other provisions in this contract, the United States shall be obligated to deliver water hereunder only at times and in quantities for which facilities and water are available, as conclusively determined by the Contracting Officer.

There may, occur at times during any year, a shortage in the quantity of Project water to be made available for delivery to the Contractor pursuant to this contract. In no event shall any liability accrue against the United States, the State, or any of their officers, agents, or employees for any damage, direct or indirect, arising from such a shortage on account of errors in operation, drought, or any other cause."

Contracts with this provision

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Tri-Valley Water District | 14-06-200-8565A | 8/5/1976 | 982 acre-feet/year | Ag at $1.10 per acre-feet/year; M&I at $20 acre-feet/year |

**Type 3: "in no event shall liability accrue against the United States...for any damage...arising from shortage on account of errors in operation, drought, or unavoidable causes."**

"There may occur at times a shortage during any year in the quantity of water available for furnishing to the district by the United States pursuant to this contract through and by means of the Project and in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damages, direct or indirect, arising from a shortage on account of errors in operation, drought, or unavoidable causes."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| San Juan Water District | 14-06-200-152A | 6/19/1962 | 40,000 acre-feet/year | Ag and M&I |

"There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operations, drought, or other [sometimes "unavoidable"] causes. In any year in which there may occur a shortage from any cause, the United States will furnish Schedule 2 water in accordance with Article 3 hereof and reserves the right to apportion the available supplemental water supply among the District and others entitled under existing and future contracts, to receive water from the Delta-Mendota Canal or Mendota Pool, or both, in accordance with a conclusive determination of the Contracting Officer."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| James Irrigation District | 14-06-200-700-A | 12/23/1963 | 7,600-9,700 acre-feet/year plus 35,300 acre-feet/year of suppl. water | Ag and M&I |

"There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operations, drought, or other unavoidable causes."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Dunning Water District | 14-06-200-399-A | 2/5/1963 | 19,000 acre-feet/year | Ag only |
| Del Puerto Water District | 14-06-200-922 | 6/10/1953 | 10,000 acre-feet/year | Ag only |

"There may occur at times a shortage during any year in the quantity of Project Water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project and in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operations, drought, or unavoidable causes."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Del Puerto Water District | 14-06-200-922-IR1 | 12/28/1994 | 12,060 acre-feet/year | Ag |
| Westside Water District | 14-06-200-8222 | 9/16/1964 | 25,000 acre-feet/year | Ag |
| Kanawha Water District | 14-06-200-466-A | 4/15/1977 | 11,250 – 45,000 acre-feet/year | Ag & M&I |
| Shasta County Water Agency (Keswick?) | 14-06-200-1307A | 9/16/1964 | 500 acre-feet/year | M&I only |

"Investigations by the United States of the streamflow of the Sacramento River, the Trinity River, the American River and the San Joaquin River and their tributaries indicate that there will be available for furnishing to the district hereunder the quantities of water herein specified in Article 3 to be furnished by the United States and accepted and paid for by the District. There may, however, occur at times a shortage during any year in the quantity of water available for furnishing to the district by the United States pursuant to this contract through and by means of the Project, and in no event shall any liability accrue against the United States or any of it officers, agents or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or unavoidable causes. In any year in which there may occur a shortage from any cause, the United States reserves the right to apportion the available water supply among the District and others

entitled, under existing and future contracts, to receive water from the Sacramento Canals in accordance with conclusive determination of the contracting officer. . .

In the event that in any year there is delivered to the District, by reason of any shortage or apportionment, as provided in subdivision (a) of this article, or any discontinuance or reduction of service as set forth in Article 8(e) hereof, less than the quantity of water which the District otherwise would be entitled to receive hereunder, there shall be made an adjustment on account of the amounts paid to the United States by the District for water for said year, in a manner similar to that provided for in Article 6 hereof. To the extent of such deficiency, such adjustment shall constitute the sole remedy of the District or anyone having or claiming to have by, through, or under the District, the right to the use of any of the water supply provided for herein."

Contracts with this provision

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Corning Water District | 14-06-200-6575 | 8/1/1957 | 25,300 acre-feet/year | Ag only |
| Westside Water District | Illegible; last digits are "222" | 3/16/1960 | 22,100 acre-feet/year | Ag only |

**Type 4: "Contractor will use all reasonable means to guard against condition of shortage" and shortage due to "drought, errors in operations, or other causes which the contracting officer has determined are beyond the control of the United States"**

"In its operation of the Project, the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the Contractor pursuant to this contract. Nevertheless, if a shortage does occur during any year because of drought, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States, no liability shall accure against United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Stockton East Water District | 4-07-20-W0329 | 12/19/1983 | 75,000 acre-feet per year | Ag and M&I |
| Central San Joaquin Water Conservation District | 4-07-20-W0330 | 12/19/1983 | 80,000 acre-feet per year | Ag |

The United States shall use all reasonable means in its operation and management of the CVP [or "project"] to make full supplies of CVP [or "project"] water specified in this contract available to the district each year. If, nevertheless, the United States is unable to make such full supplies available to the district in any year on account of drought, errors in operation, or other causes which the contracting officer has determined are beyond the control of the united states, the district shall hold the united states its officers agents and employees harmless from any and all liability and/or damages arising therefrom.

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| Contra Costa Water District | 175r-3401 | 5/26/1994 | 195,000 acre-feet/year | Primarily M&I |
| Panoche Water District | 14-06-200-7864A | 8/30/1974 | 80,000-94,000 acre-feet/year | Ag and M&I |

"In its operations of the Project the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the District [or "Contractor"] pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the Contracting Officer are beyond his control, in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising therefrom."

Contracts with this provision

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| East Bay Municipal Utility District | 14-06-200-5183A | 12/22/1970 | 150,000 acre-feet/year | Ag and M&I |

"In its operations of the Project the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the Contractor pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States, in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising therefrom: Provided, That nothing contained herein shall be construed as an assumption of liability by the Contractor with respect to such matters."

Contracts with this provision

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| San Luis Water District | 14-06-200-7773A | 6/18/1974 | 80,000-128,000 acre-feet/year | Ag; M&I subject to add'l terms |

"In its operations of the Project the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the Contractor pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States, in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising therefrom: Provided, That nothing contained herein shall be construed as an assumption of liability by the Contractor with respect to such matters: Provided further, That the foregoing shall not affect the obligations of the United States under contracts entered into for water service in other areas prior to the execution of this contract or under water rights settlements."

Contracts with this provision

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| City of Tracy | 14-06-200-7858A | 7/22/1974 | 1,000-10,000 acre-feet/year | M&I |

"In its operations of the project the contracting officer will use all reasonable means to guard against a condition of shortage in the quantity of project water to be made available to the district pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the contracting officer are beyond his control in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage direct or indirect arising therefrom."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| SMUD | 14-06-200-5198A | 11/20/1970 | 75,000 acre-feet/year | M&I |
| Glide Water District | 7-07-20-W0040 | 6/20/1977 | 2,600-10,500 acre-feet/year | Ag at $3.50 per acre-foot; M&I at $16 per acre-foot |

**Type 5 - Used "Contractor will use all reasonable means to guard against condition of shortage" and shortage due to "errors in physical operations of the Project, drought, or other physical causes beyond the control of the Contracting Officer or actions taken...to meet legal obligations..."**

"In its operations of the Project, the Contracting Officer will use all reasonable means to guard against a condition of shortage in the quantity of Project Water [or "water"] to be made available to the Contractor pursuant to this Contract. Insofar as determined by the Contracting Officer to be practicable, the Contracting Officer will, in the event a shortage appears probable, notify the Contractor of such determinations as soon as possible.
If there is a reduction in the project water supply available to the Contractor during any Year because of errors in physical operations of the Project, drought, or other physical causes beyond the control of the Contracting Officer or actions taken by the Contracting Officer to meet the legal obligations, no liability shall accrue against the United States, or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom, so long as actions based upon the opinions or determinations of the Contracting Officer are consistent with the standards of Article 18."

Contracts with this provision:

| Contracting Entity | Contract Number | Contract Date | Amount of Water | Use Type (Ag v. M&I) |
|---|---|---|---|---|
| San Juan Water District | 6-07-20-W1373 | 4/8/1999 | 13,000 acre-feet/year | M&I |
| San Juan Water District | 14-06-200-152A-IR3 | 2/29/2000 | 11,200 acre-feet/year | Irrigation and/or M&I |
| San Juan Water District | 14-06-200-152A-IR5 | 2/28/2001 | 11,200 acre-feet/year | Irrigation and/or M&I |
| Tranquility Irrigation District | 14-06-200-701-A-IR1 | 11/11/2003 | 2,300 acre-feet/year | Irrigation and/or M&I |
| Santa Clara Valley Water District | 14-06-200-3365A-IR2 | 2/20/1998 | 13,300 acre-feet/year | Irrigation and/or M&I |
| Santa Clara Valley Water District | 14-06-200-3365A-IR3-B | 2/29/2000 | 6,260 acre-feet/year | Irrigation and/or M&I |
| Santa Clara Valley Water District | 14-06-200-3365A-IR5-B | 2/28/2001 | 6,260 acre-feet/year | Irrigation and/or M&I |
| Widren Water District | 14-06-200-8018-IR2 | 2/20/1998 | 2,990 acre-feet/year | Irrigation and/or M&I |
| Widren Water District | 14-06-200-8018-IR3 | "2000 Draft" | 2,990 acre-feet/year | Irrigation and/or M&I |
| Corning Water District | 14-06-200-6575-IR2 | 2/20/1998 | 25,300 acre-feet/year | Irrigation |
| Corning Water District | 14-06-200-6575-IR3 | 2/29/2000 | 23,200 acre-feet/year | Irrigation and/or M&I |

| | | | | |
|---|---|---|---|---|
| Corning Water District | 14-06-200-6575-IR5 | 2/28/2001 | 23,000 acre-feet/year | Irrigation and/or M&I |
| Bella Vista Water District | 14-06-200-851-A-IR2 | 12/12/1997 | 24,000 acre-feet/year | Irrigation and/or M&I |
| Bella Vista Water District | 14-06-200-851-A-IR3 | 2/27/1998 | 24,000 acre-feet/year | Irrigation and/or M&I |
| Bella Vista Water District | 14-06-200-851-A-IR4 | 2/29/2000 | 24,000 acre-feet/year | Irrigation and/or M&I |
| Bella Vista Water District | 14-06-200-851A-IR6 | 2/28/2001 | 24,000 acre-feet/year | Irrigation and/or M&I |
| Mercy Springs Water District | 14-06-200-3365A-IR2 | 2/20/1998 | 13,300 acre-feet/year | Irrigation and/or M&I |
| Mercy Springs Water District | 14-06-3365A-IR3-A | 2/28/2000 | 7,040 acre-feet/year | Irrigation and/or M&I |
| Mercy Springs Water District | 14-06-200-3365A-IR5-A | 2/28/2001 | 7,040 acre-feet/year | Irrigation and/or M&I |
| Sacramento County Water Agency | 6-07-20-W1372 | 6/8/1999 | 22,000 acre-feet/year | M&I |
| Garfield Water District | 14-06-200-9421-IR2 | 2/23/1998 | 3,500 acre-feet/year | Irrigation |
| Garfield Water District | 14-06-9421-IR3 | 2/29/2000 | 3,500 acre-feet/year | Irrigation |
| Gravelly Ford Water District | 1-07-20-W0242-IR2 | 2/20/1998 | 14,000 acre-feet/year | Irrigation |
| Gravelly Ford Water District | 1-07-20-W0242-IR3 | 2/29/2000 | 14,000 acre-feet/year | Irrigation |
| Tri-Valley Water District | 14-06-200-8565A-IR2 | 2/20/1998 | 1,142 acre-feet/year | Irrigation and/or M&I |
| Tri-Valley Water District | 14-06-200-8565A-IR3 | 2/29/2000 | 1,142 acre-feet/year | Irrigation and/or M&I |
| Tri-Valley Water District | 14-06-200-8565A-IR5 | 3/6/2001 | 1,142 acre-feet/year | Irrigation and/or M&I |
| Orland-Artois Water District | 14-06-200-8382A-IR3 | 2/29/2000 | 53,000 acre-feet/year | Irrigation and/or M&I |
| Orland-Artois Water District | 14-06-200-8382A-IR5 | 2/28/2001 | 53,000 acre-feet/year | Irrigation and/or M&I |
| West Stanislaus Irrigation District | 14-06-200-1072-IR4 | 2/20/1998 | 50,000 acre-feet/year | Irrigation |
| West Stanislaus Irrigation District | 14-06-200-1072-IR5 | 2/29/2000 | 50,000 acre-feet/year | Irrigation |
| Del Puerto Water District | 14-06-200-922-IR4 | 2/20/1998 | 140,210 acre-feet/year | Irrigation and/or M&I |
| Del Puerto | 14-06-200-922- | 2/29/2000 | 140,210 acre- | Irrigation |

| | | | | |
|---|---|---|---|---|
| Water District | IR5 | | feet/year | and/or M&I |
| Del Puerto Water District | 14-06-200-922-IR7 | 2/28/2001 | 140,210 acre-feet/year | Irrigation and/or M&I |
| Eagle Field Water District | 14-06-200-7754-IR2 | 7/7/1997 | 4,550 acre-feet/year | Irrigation and/or M&I |
| Eagle Field Water District | 14-06-200-7754-IR3 | 2/20/2000 | 4,550 acre-feet/year | Irrigation and/or M&I |
| Eagle Field Water District | 14-06-200-7754-IR5 | 2/28/2001 | 4,550 acre-feet/year | Irrigation and/or M&I |
| Colusa County Water District | 14-06-200-8310-IR3 | 2/29/2000 | 60,000 acre-feet/year | Irrigation and/or M&I |
| Westside Water District | 14-06-200-8222-IR2 | 2/20/1998 | 25,000 acre-feet/year | Irrigation |
| Westside Water District | 14-06-200-8222-IR3 | 2/29/2000 | 25,000 acre-feet/year | Irrigation |
| Westside Water District | 14-06-200-8222-IR5 | 2/28/2001 | 25,000 acre-feet/year | Irrigation and/or M&I |
| Kanawha Water District | 14-06-200-466-A-IR2 | 2/20/1998 | 45,000 acre-feet/year | Irrigation and/or M&I |
| Kanawha Water District | 14-06-200-466-A-IR3 | 2/29/2000 | 45,000 acre-feet/year | Irrigation and/or M&I |
| Kanawha Water District | 14-06-200-A-IR5 | 2/28/2001 | 45,000 acre-feet/year | Irrigation and/or M&I |
| Byron Bethany Water District | 14-06-200-785-IR5 | 2/29/2000 | 20,600 acre-feet/year | Irrigation and/or M&I |
| Glide Water District | 7-07-20-W0040-IR2 | 2/20/1998 | 10,500 acre-feet/year | Irrigation and/or M&I |
| Glide Water District | 7-07-20-W0040-IR3 | 2/29/2000 | 10,500 acre-feet/year | Irrigation and/or M&I |
| Glide Water District | 7-07-20-W0040-IR5 | 2/28/2001 | 10,500 acre-feet/year | Irrigation and/or M&I |
| Shasta County Water Agency | 14-06-200-3367A-IR1 | 1/18/2005 | 2,100 acre-feet/year | M&I only |
| Clear Creek Community Services District | 14-06-200-489-A-IR2 | 12/24/1997 | 15,300 acre-feet/year | Irrigation and/or M&I |
| Clear Creek Community Services District | 14-06-200-489-A-IR3 | 2/20/1998 | 15,300 acre-feet/year | Irrigation and/or M&I |
| Clear Creek Community Services District | 14-06-200-489-A-IR4 | 2/29/2000 | 15,300 acre-feet/year | Irrigation and/or M&I |
| Clear Creek Community Services | 14-06-200-489-A-IR6 | 2/28/2001 | 15,300 acre-feet/year | Irrigation and/or M&I |

| | | | | |
|---|---|---|---|---|
| District | | | | |
| Feather Water District | 14-06-200-171-A-IR2 | 3/1/1995 (Date K goes in effect) | 20,000 acre-feet/year | Irrigation and/or other purposes |
| Feather Water District | 14-06-200-171-A-IR3 | 3/1/998 (Date K goes in effect) | 20,000 acre-feet/year | Irrigation or other |
| Feather Water District | 14-06-200-171-A-IR4 | 1/1/2000 (?) | 20,000 acre-feet/year | Irrigation and/or other purposes |
| Feather Water District | 14-06-200-171-A-IR6 | 7/22/2001 (?) | 20,000 acre-feet/year | Irrigation and/or other purposes |
| International Water District | 14-06-200-585A-IR2 | 2/20/1998 | 1,200 acre-feet/year | Irrigation and/or M&I |
| International Water District | 14-06-200-585A-IR3 | 2/29/2000 | 1,200 acre-feet/year | Irrigation and/or M&I |

"In its operations of the Project, the Contracting Officer will use all reasonable means to guard against a condition of shortage in the quantity of Project Water [or "water"] to be made available to the Contractor pursuant to this Contract. Insofar as determined by the Contracting Officer to be practicable, the Contracting Officer will, in the event a shortage appears probable, notify the Contractor of such determinations as soon as possible [or "practicable"].

If there is a reduction in the project water supply available to the Contractor during any Year because of errors in physical operations of the Project, drought, or other physical [sometimes "or legal"] causes beyond the control of the Contracting Officer or actions taken by the Contracting Officer to meet the legal obligations, no liability shall accrue against the United States, or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom,"

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Garfield Water District | 14-06-200-9421-IR1 | 2/28/1995 | 3,500 acre-feet/year | Irrigation |
| City of Shasta Lake | 2-07-20-W1024 | 5/27/1993 | 2,750 acre-feet/year | M&I |
| City of Shasta Lake | 4-07-20-W1134 | 3/1/1994 | 2,750 acre-feet/year | M&I |
| City of Shasta Lake | 04-07-20-W1134-IR2 | 3/10/1995 | 2,750 acre-feet/year | M&I |
| City of Shasta Lake | 04-07-20-W1134-IR4 | 1/27/1998 | 2,750 acre-feet/year | M&I |
| Glide Water District | 7-07-20-W0040-IR1 | 2/27/1995 | 10,500 acre-feet/year | Irrigation and/or M&I |
| Feather Water | 14-06-200- | 12/28/1994 | 20,000 acre- | Irrigation or |

| | | | | |
|---|---|---|---|---|
| District | 171-A-IR1 | | feet/year | Other Water |
| Placer County Water Agency | 14-06-200-5082A | 2/26/2002 | 35,000 acre-feet/year | Irrigation and/or M&I |
| San Juan Water District | 14-06-200-152A-IR1 | 3/1/1995 | 11,200 acre-feet/year | Irrigation and/or M&I |
| Bella Vista Water District | 14-06-200-851-A-IR1 | 12/28/1994 | 18,725 acre-feet/year | Irrigation and/or M&I |
| Mercy Springs Water District | 14-06-200-3365A-IR1 | 2/27/1995 | 13,300 acre-feet/year | Irrigation and/or M&I |
| Widren Water District | 14-06-200-8018-IR1 | 2/27/1995 | 2,990 acre-feet/year | Irrigation and/or M&I |
| Corning Water District | 14-06-200-06575-IR1 | 2/27/1995 | 25,300 acre-feet/year | Irrigation |
| Gravelly Ford Water District | 1-07-20-W0242-IR1 | 2/28/1995 | 14,000 acre-feet/year | Irrigation |
| Tri-Valley Water District | 14-06-200-8565A-IR1 | 2/29/1996 | 1,142 acre-feet/year | Irrigation and/or M&I |
| West Stanislaus Irrigation District | 14-06-200-1072-IR2 | 2/27/1995 | 50,000 acre-feet/year | Irrigation |
| West Stanislaus Irrigation District | 14-06-200-1072-IR3 | 2/25/1997 | 50,000 acre-feet/year | Irrigation |
| Dunning Water District | 14-06-200-399-A-IR1 | 11/16/1994 | 19,000 acre-feet/year | Irrigation |
| Del Puerto Water District | 14-06-200-922-IR2 | 2/27/1995 | 129,370 acre-feet/year | Irrigation and/or M&I |
| Del Puerto Water District | 14-06-200-4323-IR1 | 2/29/1996 | 10,840 acre-feet/year | Irrigation and/or M&I |
| Del Puerto Water District | 14-06-200-922-IR3 | 2/25/1997 | 140,210 acre-feet/year | Irrigation and/or M&I |
| Eagle Field Water District | 14-06-200-7754-IR1 | 2/21/1995 | 4,550 acre-feet/year | Irrigation and/or M&I |
| Westside Water District | 14-06-200-822-IR1 | 2/27/1995 | 25,000 acre-feet/year | Irrigation |
| Reclamation District 1606 | 14-06-200-3802A-LTR1 | 2/25/2005 | 228 acre-feet/year | Irrigation and M&I |
| Kanawha Water District | 14-06-200-466-A-IR1 | 2/27/1995 | 45,000 acre-feet/year | Irrigation and/or M&I |
| Colusa County Water District | 1-07-20-W0220 | 12/12/1994 | 60,000 acre-feet/year | Irrigation and/or M&I |
| Clear Creek Community Services District | 14-06-200-489-A-IR1 | 12/28/1994 | 15,300 acre-feet/year | Irrigation and/or M&I |
| Orland-Artois | 14-06-200- | 3/1/1995 | 53,500 acre- | Irrigation |

| | | | | |
|---|---|---|---|---|
| Water District | 8382A-IR1 | (undated; date K goes in effect) | feet/year | and/or M&I |
| International Water District | 14-06-200-585A-LTR1 | 1/20/2001 | 1,200 acre-feet/year | Irrigation and M&I |

"In its operations of the Project, the Contracting Officer will use all reasonable means to guard against a condition of shortage in the quantity of water to be made available to the Contractor pursuant to this Amendatory Contract. In the event the Contracting Officer determines that a Condition of Shortage appears probable, the Contracting Officer will notify the Contractor of such determinations as soon as possible.

If there is a Condition of Shortage because of errors in physical operations of the Project, drought, other physical causes beyond the control of the Contracting Officer or actions taken by the Contracting Officer to meet legal obligations then, except as provided in subdivision (a) of Article 18 of this Contract, no liability shall accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom."

Contracts that have this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| East Bay Municipal Utility District | 14-06-200-5183A-1 | 7/20/2001 | Up to 133,000 acre-feet/year at Freeport/Sac. River; up to 150,000 acre-feet/year at Site 5/Amer. River; up to 150,000 acre-feet/year at Station 666+50 on Folsom So. Canal | M&I |

"The United States shall use all reasonable means in its operation and management of the project to make full supplies of project water [or "M&I Water"] specified in this contract available to the contractor each year. If there is a reduction in the total water supply available to the contractor during any year because of errors in physical operations of the project, drought, or other physical causes beyond the control of the contracting officer or actions taken by the contracting officer to meet the legal obligations, no liability shall accrue against the United States or any of its officers, agents or employees for any damages, direct or indirect, arising therefrom, so long as actions based upon the opinions or determinations of the contracting officer are consistent with the standards of Article 16 [or "Article 14"]."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| City of Shasta Lake | 4-07-20-W1134-IR3 | 10/7/1997 | 2,750 acre-feet/year | M&I |
| City of Shasta Lake | 4-07-20-W1134-IR5 | 2/20/2000 | 2,750 acre-feet/year | M&I |

| | | | | |
|---|---|---|---|---|
| City of Shasta Lake | 04-07-W1134-IR7 | 2/28/2001 | 2,750 acre-feet/year | M&I |
| Centerville Community Service District | 14-06-200-3367X-IR1 | 2/11/2005 | 2,900 acre-feet/year | M&I |

"In its operation of the project, the contracting officer will use all reasonable means to guard against a Condition of Shortage in the quantity of water to be made available to the agency pursuant to this contract. In the event the contracting officer determines that a condition of shortage appears probable, the contracting officer will notify the Contractor of said determination [sometimes "notify the agency"] as soon as practicable.
If there is a condition of shortage because of errors in physical operations of the project, drought, other physical causes beyond the control of the contracting officer or actions taken by the contracting officer to meet the legal obligations then, except as provided in subdivision (a) of article 18 of this contract, no liability shall accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Shasta County Water Agency | 14-06-200-3367A-LTR1 | 5/27/2005 | 1,022 acre-feet/year | M&I |
| Madera County Water District | 14-06-200-2406A-LTR1 | 2/12/2001 | 200 acre-feet/year | M&I |
| Centerville Community Services District | 14-06-200-3367X-LTR1 | 5/10/2005 | 2,900 acre-feet/year | M&I |
| Garfield Water District | 14-06-200-9421-LTR1 | 1/20/2001 | 3,500 acre-feet/year | Irrigation |
| Gravelly Ford Water District | 1-07-20-W0242-LTR1 | 1/20/2001 | 14,000 acre-feet/year | Irrigation |
| Dunning Water District | 14-06-200-A-LTR1 | 2/25/2005 | 19,000 acre-feet/year | Irrigation and M&I |

will, upon the resumption of service, approximate, as nearly as may be feasible and in accordance with Article 3(d), the quantity of water which would have been furnished to the District in the absence of such contingency.

UNITED STATES NOT LIABLE FOR WATER SHORTAGE

9. (a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project, and in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or unavoidable causes. In any year in which there may occur a shortage from any cause, the United States reserves the right to apportion the available water supply among the District and others entitled, under existing and future contracts, to receive water from Mendota Pool and the Delta-Mendota Canal in accordance with conclusive determination of the contracting officer as follows:

(i) A determination shall be made of the total amount of water agreed to be accepted during the respective year under all contracts then in force for the delivery of water from Mendota Pool and the Delta-Mendota Canal, the amount so determined being herein referred to as the contractual commitments.

delivered after a discontinuance or reduction the Contractor shall be relieved of its scheduling and payment obligations for such quantity of Project Water.

(c) The United States reserves the right to all seepage and return flow water derived from water delivered to the Contractor hereunder which escapes or is discharged beyond boundaries of the Contractor's service area: Provided, however, That this shall not be construed as claiming for the United States any right to seepage or return flow being put to reasonable and beneficial use pursuant to this contract within the Contractor's boundaries by the Contractor or those claiming by, through, or under the Contractor.

WATER SHORTAGE AND APPORTIONMENT

11. There may occur at times a shortage during the Year in the quantity of Project Water available for furnishing to the Contractor by the United States pursuant to this contract through and by means of the Project and in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operations, drought, or unavoidable causes. In the Year in which there may occur a shortage from any cause, the Contracting Officer reserves the right to equitably apportion the available Project Water supply among the Contractor and others entitled, under existing and future contracts, to receive Project Water from Mendota Pool and the Delta-Mendota Canal in accordance with conclusive determination of the Contracting Officer.

UNAVOIDABLE GROUNDWATER PERCOLATION

12. The Contractor shall not be deemed to have furnished Irrigation Water to Excess lands or Ineligible lands within the meaning of this contract if such lands are

disturbed so long as the District shall fulfill all of its obligations under this contract and any renewal thereof.

UNITED STATES NOT LIABLE FOR WATER SHORTAGE

8. (a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project and, except for the adjustment provided for in subdivision (b) of this article, in no event shall any liability accrue against the United States or any of its officers, agents, or employees, for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or unavoidable causes. In no event shall the United States:

(i) Deliver from Friant Dam in any year any Class 2 water pursuant to this or any other contract heretofore or hereafter entered into involving the same Project water supply until the Contracting Officer shall have determined that the quantity of Class 1 water required to be delivered to the District from Friant Dam hereunder and to others under any such other contract will be available for delivery in said year; nor

(ii) Execute contracts which, together with this contract, shall in the aggregate provide for furnishing during the life of this contract Class 1 water from Friant

(e) The right to the beneficial use of supplemental water furnished to the District pursuant to the terms of Article 3 and other applicable provisions of this contract and any renewal thereof, insofar as the renewal relates to the furnishing of water for agricultural use, shall not be disturbed so long as the District shall fulfill all of its obligations under this contract and any such renewal.

UNITED STATES NOT LIABLE FOR WATER SHORTAGE

8. (a) There may occur at times during any year a shortage in the quantity of water available for furnishing to the District through and by means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or other causes. In any year in which there may occur a shortage from any cause, the United States will furnish Schedule 2 water in accordance with Article 3 hereof and reserves the right to apportion the available supplemental water supply among the District and others entitled under the then existing contracts to receive water from the Delta-Mendota Canal or Mendota Pool, or both, in accordance with conclusive determinations of the Contracting Officer, as follows:

(1) A determination shall be made of the total quantity of supplemental water agreed to be accepted during the respective

year under all contracts then in force for the delivery of water from the Delta-Mendota Canal or Mendota Pool, or both, the quantity so determined being hereinafter referred to as the contractual commitments;

(ii) A determination shall be made of the total quantity of water from the Delta-Mendota Canal or Mendota Pool, or both, which is in excess of the quantity necessary to meet the requirements of the Amended Contract for Exchange of Waters, No. Ilr-1144, dated March 17, 1956, and which is available for meeting the contractual commitments, the quantity so determined being hereinafter referred to as the available supply;

(iii) The total quantity of supplemental water agreed to be furnished to the District by the United States during the respective year under Article 3 hereof shall be divided by the contractual commitments, the quotient thus obtained being hereinafter referred to as the District's contractual entitlement; and

(iv) The available supply shall be multiplied by the District's contractual entitlement and the result shall be the quantity of supplemental water required to be delivered by the United States to the District for the respective year.

Insofar as determined by the Contracting Officer to be practicable, in the event a shortage appears probable the United States shall notify the District of such determination in advance of the irrigation season.

(b) In the event that in any year there is delivered to the District, by reason of any shortage or apportionment as provided in subdivision (a) of this article or any discontinuance or reduction of service as set forth in subdivision (d) of Article 7 hereof, less than the quantity of supplemental water which the District otherwise would be entitled to receive, there shall be made an adjustment on account of the amounts paid to the United States by the District for water for said year in a manner similar to that provided for in Article 6 hereof. To the extent of such deficiency, such adjustment shall constitute the sole remedy of the District or anyone having or claiming to have by, through, or under the District the right to the use of any of the water supply provided for herein.

(c) The rights of the District to supplemental water under this contract are subject to the terms of the Amended Contract for Exchange of Waters, No. Ilr-1144, dated March 17, 1956.

**TRANSFER OF CARE, OPERATION, AND MAINTENANCE OF SAN LUIS UNIT TO STATE OF CALIFORNIA**

16. The United States has transferred the San Luis Unit to the State of California for care, operation, and maintenance but such transfer shall not affect the rights or obligations of either party to this contract.

**DRAINAGE STUDIES AND FACILITIES**

17. To aid in determining the source and solution of future potential drainage problems the Contractor shall initiate and maintain, in a manner satisfactory to the Contracting Officer, a program of groundwater observation in order to delineate shallow water table areas and shall furnish annually to the Contracting Officer during the term of this contract and any renewal thereof, records and analyses of such observations as they relate to potential drainage problems. The Contractor shall construct such drainage works as are necessary to protect the irrigability of lands within the Contractor's service area.

**WATER SHORTAGE AND APPORTIONMENT**

18. (a) In its operation of the Project the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the Contractor pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States,



Article 16
Article 17
Article 18(a) . . .

in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect arising therefrom: Provided, That nothing contained herein shall be construed as an assumption of liability by the Contractor with respect to such matters. In a year in which the Contracting Officer determines that there is a shortage in the quantity of water available to customers of the United States from the Project, the Contracting Officer will apportion the available water among the service areas capable of receiving water from the same Project water supply in such manner as he deems equitable and physically possible, subject to the following limitations. Except for quantities of water which have been converted from agricultural use, which in this article are treated as agricultural water, the quantities to water users receiving M&I water service shall not be reduced until the reduction assigned to agricultural water users amounts to 25% of the agricultural (including converted water) contractual commitments for that year. In the event further reductions are necessary, M&I, converted water, and agricultural water supplies shall be reduced by the same percentages: Provided, That the foregoing shall not affect the obligations of the United States under contracts entered into for water service in other service areas prior to the execution of this contract or under water rights settlements.

**WATER SHORTAGE AND APPORTIONMENT**

11. (a) In its operation of the Project, the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the Contractor pursuant to this contract. Nevertheless, if a shortage does occur during any year because of drought, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States, no liability shall accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom.

(b) In any year that the Contracting Officer determines there is a shortage in the quantity of water available to customers of the United States from the Project, the Contracting Officer will apportion available water among the water users capable of receiving water from the same Project facilities by reducing deliveries to all such water users by the same percentage, unless he is prohibited by existing contracts, Project authorizations, or he determines that some other method of apportionment is required to prevent undue hardship.

**RESERVE FUND**

12. (a) General. Commencing with the year following the date of notice of transfer of the pumping plant works pursuant to subdivision (a) of Article 9, the Contractor shall accumulate and maintain a reserve fund which will be available for use in the manner, for the purposes, and in the circumstances hereinafter set forth.