**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, et al., Plaintiffs, | No. 04-541 L |
| v. | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | |

**PLAINTIFFS' MOTION REQUESTING THE COURT TAKE**
**JUDICIAL NOTICE OF LEGISLATIVE HISTORY DOCUMENTS**

Pursuant to Federal Rules of Evidence 201, at the upcoming trial Plaintiffs request that the Court take judicial notice of certain facts set forth in the legislative history of the Central Valley Project Improvement Act, and that the facts set forth in that legislative history be deemed established in this trial. Copies of the relevant portions of the legislative history are attached hereto as Exhibit A.

Respectfully submitted,

s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Marzulla & Marzulla
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: October 5, 2006

Counsel for Plaintiffs

Of Counsel:

Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)