IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, et al., Plaintiffs, | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | ) | |

**ERRATA TO PLAINTIFFS' MOTION *IN LIMINE* REGARDING AMENDMENT OF CONTRACTS, MOTION FOR LEAVE TO ADD TRIAL EXHIBIT**

Plaintiffs respectfully request that the Court permit the addition of the attached San Luis Water District contract for Central Valley Project Water as an addition to Plaintiffs' Trial Exhibit List, and permit reference to the contract at oral argument on the Plaintiffs' Motion *in Limine* Regarding Amendment of Contracts.

Plaintiffs' counsel discovered in the last week that Section 3(c) of the San Luis contract contained language regarding when the parties can amend the contract by agreement, which is strikingly similar to that found in Section 3(h) of the contracts at issue in this case. The attached exhibit is evidence that United States and San Luis Water District have amended the contract, pursuant to Section 3(c), through two written amendments, each signed by the Regional Director of the Bureau of Reclamation and the President of the Board of Directors of the water district.

Defendant is not prejudiced by this late request for addition of this exhibit, as it is a contract kept in the Defendant's possession and is being offered to show the Defendant's course of conduct.

Respectfully submitted,

/s Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
Marzulla & Marzulla
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: October 6, 2006

Counsel for Plaintiffs

Of counsel:

Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)