**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, SAN JOAQUIN COUNTY, STOCKTON CITY, CALIFORNIA WATER SERVICE COMPANY, | ) | |
| Plaintiffs, | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S TRIAL EXHIBIT LIST**

Pursuant to RCFC Appendix A, ¶ 16, Defendant, the United States of America, hereby provides its list of exhibits that it expects to offer at trial for case-in-chief or rebuttal purposes. Based on Defendant's review of Plaintiffs' Exhibit List (Doc. 110), Defendant has also compiled a Proposed List of Joint Exhibits that includes exhibits that appeared on both Plaintiffs' Exhibit List and Defendant's preliminary exhibit list. Defendant is filing this Proposed List of Joint Exhibits separately, and reserves the right to add any of those exhibits to its exhibit list for trial should Plaintiffs object to the joint designation. Defendant also reserves the right to use any of the exhibits listed in Plaintiffs' Exhibit List.

# Defendant's Trial Exhibit List

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 1 | House Document No. 453, 87th Cong., 2d Session, dated June 25, 1962 | | 6/25/62 |
| 2 | CAFG Report to SWRCB (effects on NM) dated 10/1/72 | CJ00340-428 | 10/1/72 |
| 3 | Agreement and Stipulation between the United States Bureau of Reclamation, Mid-Pacific Region and the Oakdale Irrigation District and the South San Joaquin Irrigation District, dated Oct. 24, 1972 | USEX000088 | 10/24/72 |
| 4 | Letter from San Joaquin Branch to Regional Director re Fishery Releases - New Melones Reservoir with attachments, dated Nov. 6, 1972 | US_000988 | 11/6/72 |
| 5 | Correspondence to SWRCB from DOI, dated 12/01/1972 | US_004503 | 12/1/72 |
| 6 | SWRCB Summary of New Melones Reservoir Operation Study, dated April 27, 1979 | SE07348 | 4/27/79 |
| 7 | New Melones Dam and Lake Report on Reservoir Regulation for Flood Control, dated January 1980 | | 1/1/80 |
| 8 | Letter from SEWD to various individuals regarding amendatory contract, with enclosure, dated Feb. 21, 1980 | CJ00063 | 2/21/80 |
| 9 | Statement of Stockton East Water District supplementing oral presentation at public hearing on Draft to FEIS. Dated 7/17/80 | CJ01644 | 7/17/80 |
| 10 | Correspondence from State Water Resource Agency to U.S. Bureau of Reclamation re review of Stanislaus River Basin Alternative & Water Allocation, Special Report. Dated 11/6/80 | SE06281 | 11/6/80 |
| 11 | State Water Resource Control Board Order WR 80-20 | | 11/20/80 |
| 12 | State Water Resource Control Board Order WR 81-1 | | 1/14/81 |
| 13 | Announcement from BOR regarding New Melones Water Service Areas, dated July 1, 1981 | CJ00316-320 | 7/1/81 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 14 | U.S. Bureau of Reclamation's advance copy of News Release re negotiations for contracts for sale of firm/interim water supplies. Dated 7/1/81 | CJ01921 | 7/1/81 |
| 15 | Summary Minutes of Water Action Plan Steering Comm. Mtg Dated 3/11/82 | SE07807 | 3/11/82 |
| 16 | Letter from BOR to SEWD regarding proposed contract, with contract attached, dated May 4, 1982 | US_006465 | 5/4/82 |
| 17 | State Water Resources Control Board Order WR 82-3, dated May 20, 1982 | USEX000034 | 5/20/82 |
| 18 | State Water Resource Control Board Order WR 82-4, dated June 17, 1982 | | 6/17/82 |
| 19 | State Water Resource Control Board Order WR 82-9, dated Aug. 19, 1982 | | 8/19/82 |
| 20 | Memorandum from SWRCB of the Chief counsel regarding Interpretation of term "firm commitments," dated Mar. 1, 1983 | SE11766 | 3/1/83 |
| 21 | Correspondence from Reid Roberts to Grant Thompson regarding contract and water deliveries, dated Mar. 3, 1983 | CJ01850 | 3/3/83 |
| 22 | State Water Resources Control Board Order WR 83-4, dated Mar. 17, 1983 | | 3/17/83 |
| 23 | State Water Resources Control Board Order WR 83-7, dated June 1, 1983 | | 6/1/83 |
| 24 | Correspondence from SWRCB to BOR regarding water conservation plans, with Nov. 22, 1983 letter from BOR to SWRCB attached, dated Dec. 14, 1983 | SE11739 | 12/14/83 |
| 25 | Protest by CAFG to BOR's application, dated Mar. 6, 1984 | SE06515 | 3/6/84 |
| 26 | Correspondence from State Water Resource Control Board to U.S. Bureau of Reclamation (Houston) regarding extension to file water conservation plans. Dated 10/29/84 | US005728 | 10/29/84 |
| 27 | Inner-office Memo to Reg. Supervisor from Reg. Planning Officer re: water conservation requirements. Dated 11/5/84 | US005727 | 11/5/84 |
| 28 | Map of CVP-Delta Division, dated January 1985 | US_059173 | 1/1/85 |
| 29 | Order from State Water Resource Control Board No. 16597, dated August 9, 1985, amending Permit No. 16597 | USEX001009 | 8/9/85 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 30 | Letter from SWRCB to DFG regarding New Melones, dated Sept. 11, 1985 | US_005693 | 9/11/85 |
| 31 | Letter from Ed Steffani to SEWD Directors, dated Feb. 14, 1986 | CW00714 | 2/14/86 |
| 32 | Letter from SWRCB to BOR regarding New Melones Applications, with attachment, dated April 30, 1986 | US_001482 | 4/30/86 |
| 33 | Agreement for Framework for Settling Litigation Brought by South Delta Water Agency, dated September 29, 1986 | SE10926 | 9/29/86 |
| 34 | Agreement between Reclamation and Tuolumne Regional Water District, dated June 8, 1987 | | 6/8/87 |
| 35 | State Water Resource Control Board Order WR 88-6 | | 4/6/88 |
| 36 | Letter from BOR to DFG, dated Apr. 21, 1988 | US_008378 | 4/14/88 |
| 37 | Correspondence from BOR to Central regarding water rights, dated 5/5/88 | US_002447 | 5/5/88 |
| 38 | Correspondence to George Nokes from Donald Paff, dated 6/1/1988 | US_008371 | 6/1/88 |
| 39 | Correspondence from E. Steffani to BOR regarding water availability in June 1989, dated July 25, 1988 | SE16074 | 7/25/88 |
| 40 | Correspondence form BOR to SEWD regarding 1989 water supply, dated 8/22/88 | SE14542 | 8/22/88 |
| 41 | Agreement and Stipulation between the United States, Bureau of Reclamation, Mid-Pacific Region and the Oakdale Irrigation District and the South Dan Joaquin District, dated Aug. 30, 1988 | USEX000079 | 8/30/88 |
| 42 | Calaveras-Stanislaus Conjunctive Use Study sent by Steffani, dated 11/22/1988 | SE14155 | 11/22/88 |
| 43 | Correspondence to Donald Paff from George D. Nokes regarding proposed fishery schedule, dated Feb. 23, 1989 | US_008361 | 2/23/89 |
| 44 | Correspondence to all Stanislaus River Basin and Calaveras River Water Use Program Participants | SE14110 | 12/7/89 |
| 45 | Correspondence from BOR to SWRCB regarding DO levels at Vernalis, dated Jan. 2, 1990 | SE01483 | 1/2/90 |
| 46 | Correspondence from SWRCB to BOR re DO levels at Vernalis, dated Jan. 31, 1990 | SE01468 | 1/31/90 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 47 | Correspondence from DFG to BOR regarding fish schedule, dated Apr. 16, 1990 | SE01495 | 4/16/90 |
| 48 | Correspondence from BOR to DFG regarding fish schedule, dated May 8, 1990 | SE01492 | 5/8/90 |
| 49 | Correspondence form SEWD to BOR regarding water request, dated Sept. 18, 1990 | US059214 | 9/18/90 |
| 50 | Correspondence from BOR to SEWD re water request, dated Oct. 12, 1990 | SE20701 | 10/12/90 |
| 51 | Correspondence from BOR to DFG regarding DO levels at Vernalis, dated Nov. 2, 1990 | SE01524 | 11/2/90 |
| 52 | Correspondence from DFG to BOR regarding DO levels at Vernalis, dated Sept. 17, 1990 | SE01530 | 9/17/90 |
| 53 | Correspondence from BOR to DFG regarding salmon recovery project on Stanislaus River, dated Nov. 23, 1990 | SE01537 | 11/23/90 |
| 54 | Correspondence from BOR to Central regarding water shortage, dated Feb. 16, 1991 | US002490 | 2/16/91 |
| 55 | Correspondence from BOR to DFG regarding fishery flows, dated Mar. 5, 1991 | SE01554 | 3/5/91 |
| 56 | Memoranda from Bureau to Files regarding meeting, dated Mar. 13, 1991 | | 3/14/91 |
| 57 | Correspondence from DFG to BOR regarding fishery flows, dated Mar. 28, 1991 | SE01556 | 3/28/91 |
| 58 | Correspondence from BOR to SWRCB regarding DO levels at Ripon, dated June 27, 1991 | SE01584 | 6/27/91 |
| 59 | Correspondence from DFG to BOR regarding fish flows, dated Oct. 4, 1991 | SE01652 | 10/4/91 |
| 60 | City of Stockton “Urban Water Shortage Contingency Plan”. Dated January, 1992 | CW00207 | 1/1/92 |
| 61 | Correspondence from DFG to BOR regarding fishery production goals, dated Aug. 25, 1992 | SE21072 | 8/25/92 |
| 62 | Memo from E. Steffani to BOD re: conveyance project Dated 12/4/92 | SE16586 | 12/4/92 |
| 63 | Intentionally Left Blank | | |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 64 | National Marine Fisheries Service's Biological Opinion for Winter-Run Salmon, dated Feb. 12, 1993 | US032264 | 2/12/93 |
| 65 | Letter from FWS to BOR regarding preliminary FWS specifications on Management of 800,000 AF for fish, dated Feb. 12, 1993 | SE05439 | 2/12/93 |
| 66 | Memo from Regional Director to interested parties regarding criteria for evaluating water conservation plans, dated Apr. 30, 1993 | US_006215 | 4/30/93 |
| 67 | Memo From Steffani to BOD re U.S. Bureau of Reclamation's claim of no water available. Dated 7/2/93 | SE15613 | 7/21/93 |
| 68 | Correspondence to Steffani from Marvin Plenert, dated 8/27/1993 | SE15662 | 8/27/93 |
| 69 | Correspondence from FWS to SEWD regarding meeting, dated Nov. 1, 1993 | SE15670 | 11/1/93 |
| 70 | Memorandum from DFG to FWS regarding Management of 800,000 AF of water for fish, dated Jan. 21, 1994 | SE01764 | 1/21/94 |
| 71 | Memorandum from FWS to BOR regarding Management of 800,000 AF for water year 1994, dated Feb. 28, 1994 | SE07975 | 2/28/94 |
| 72 | DOI News Release, dated Mar. 14, 1994 | SE05748 | 3/14/94 |
| 73 | Correspondence from DFG to BOR regarding fish flow releases, dated Mar. 29, 1994 | SE01795 | 3/29/94 |
| 74 | FWS policy guidance regarding use of 800,000 AF, dated Apr. 14, 1994 | SE01832 | 4/14/94 |
| 75 | Memorandum from BOR to FWS regarding management of 800,000 AF, dated 5/26/93 | SE01848 | 5/26/94 |
| 76 | Correspondence from DFG to BOR regarding fish flows, dated Sept. 29, 1994 | SE01875 | 9/29/94 |
| 77 | Correspondence from Stockton East Water District's Attorney to ACWA. Legal Affair Comm. re Oakdale's opposition to ACWA support of litigation between Stockton East Water District and US. Dated 11/23/94 | SE05797 | 11/23/94 |
| 78 | Correspondence from SEWD to BOR regarding water conservation plan, dated Dec. 15, 1994 | US007354 | 12/15/94 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 79 | National Marine Fisheries Service's Amended Biological Opinion for Winter-Run Chinook Salmon (December 30, 1994) | USEX000526 | 12/30/94 |
| 80 | Correspondence from DFG to BOR regarding fish flow schedule, dated Mar. 6, 1995 | SE01947 | 3/6/95 |
| 81 | U.S. Fish & Wildlife Service's Biological Opinion for Delta Smelt 3/6/95 | USEX000541 | 3/6/95 |
| 82 | Letter from DFG to FWS regarding comments on FWS's preliminary flow objectives for the 800,000 AF, dated Mar. 14, 1995 | SE02048 | 3/14/95 |
| 83 | Correspondence from BOR to DFG regarding fish flow requirements, dated Mar. 31, 1995 | SE01963 | 3/31/95 |
| 84 | Correspondence from Natural Heritage Institute to U.S. Bureau of Reclamation re: possible delivery of project water to Stockton East Water District. Dated 4/11/95 | SE15737 | 4/11/95 |
| 85 | Correspondence from U.S. Bureau of Reclamation to J. Zolezzi re: enclosed correspondence to Natural Heritage requesting info on delivery of 10,000acf to Stockton East Water District. Dated 4/17/95 | US007267 | 4/17/95 |
| 86 | Environmental Report accompanying Water Quality Control Plan for the San Francisco Bay/Sacramento-San Joaquin Delta Estuary, dated May 1995 | | 5/1/95 |
| 87 | Correspondence from Reid & E. Steffani re:1995 water deliveries Dated 5/3/95 | SE08076 | 5/3/95 |
| 88 | Working Paper on Restoration Needs, Vol. I-III, dated May 9, 1995 | | 5/9/95 |
| 89 | Memorandum from USFW (Ecological Services) to Bureau regarding Water Use Program, dated May 17, 1995 | US029443 | 5/17/95 |
| 90 | National Marine Fisheries Service's Amended Biological Opinion For Winter-Run Chinook Salmon (May 17, 1995) | US052005 | 5/17/95 |
| 91 | California State Water Resources Control Boards Water Quality Control Plan (May 1995) | USEX000480 | 5/22/95 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 92 | Correspondence from Reid W. Roberts to Cliff Quinton, dated May 23, 1995 | US_000308 | 5/23/95 |
| 93 | Correspondence from BOR to SEWD regarding water conservation plan, dated June 21, 1995 | US007218 | 6/21/95 |
| 94 | Correspondence from SEWD to BOR regarding Water conservation plan, dated July 6, 1995 | US007217 | 7/6/95 |
| 95 | Correspondence from D.B. Thompson to Edward Steffani dated July 11, 1995 | US023291 | 7/11/95 |
| 96 | Correspondence from T. O'Laughlin to Stockton East Water District BOD re: operation of tri-dam project. Dated 7/25/95 | SJ01562 | 7/25/95 |
| 97 | Correspondence from BOR to FWS regarding FWS's management of 800,000 AF of water for fish, dated July 27, 1995 | SE02361 | 7/27/95 |
| 98 | Correspondence from Central to BOR regarding water delivery, dated July 28, 1995 | US_000302 | 7/28/95 |
| 99 | Correspondence from BOR to SWRCB regarding water conservation plan for Central, dated Aug. 7, 1995 | US006213 | 8/7/95 |
| 100 | Correspondence from SWRCB to BOR regarding Central's water conservation plan, dated Aug. 9, 1995 | SE11623 | 8/9/95 |
| 101 | Correspondence from SWRCB to BOR regarding water conservation plan for Central, dated Aug. 10, 1995 | SE21406 | 8/10/95 |
| 102 | Correspondence from BOR to SWRCB regarding water conservation plan for SEWD, dated Aug. 17, 1995 | SE11612 | 8/17/95 |
| 103 | Correspondence from SWRCB to BOR regarding SEWD water conservation plan, dated Aug. 28, 1995 | SE11620 | 8/28/95 |
| 104 | State Water Resource Control Board Order WR 95-14 | | 9/6/95 |
| 105 | Letter from Dale Hall, et al. to Interested Parties with Guidelines for Section 3406(b)(2) Water attachment, dated Sept. 12, 1995 | | 9/12/95 |
| 106 | Agreement between the City of Stockton, California Water Service Company, the County of San Joaquin, Stockton East Water District and Central San Joaquin Water Conservation District, dated Sept. 25, 1995 | USEX000822 | 9/25/95 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 107 | Correspondence from SWRCB to BOR regarding SEWD's complaint, dated Oct. 23, 1995 | US_006188 | 10/23/95 |
| 108 | Correspondence from Thomas J. Shephard, Sr. to Edward W. Anton, dated Nov. 2, 1995 | US_006160 | 11/2/95 |
| 109 | State Water Resource Control Board WR Order 95-18, dated Nov. 2, 1995 | USEX001099 | 11/2/95 |
| 110 | Correspondence from BOR to SWRCB regarding response to SEWD's complaint, Dec. 4, 1995 | US_006166 | 12/4/95 |
| 111 | Correspondence from BOR to SEWD and Central regarding Rescheduling unused 1995 water, dated Dec. 6, 1995 | SE02433 | 12/6/95 |
| 112 | Correspondence from BOR to Central and SEWD regarding rescheduling guidelines, dated Dec. 28, 1995 | SE02463 | 12/28/95 |
| 113 | Correspondence from BOR to SEWD and Central regarding rescheduling, dated Jan. 10, 1996 | US003538 | 1/10/96 |
| 114 | Correspondence from Central to BOR regarding rescheduling 1995 water, dated Jan. 12, 1996 | CJ00704 | 1/12/96 |
| 115 | Correspondence from BOR to SEWD and Central regarding water deliveries, dated Jan. 29, 1996 | US027094 | 1/29/96 |
| 116 | Correspondence from BOR to SEWD regarding water conservation plan, dated Jan. 30, 1996 | US007993 | 1/30/96 |
| 117 | Memorandum from BOR regarding Recirculation Study, with draft Recirculation Study attached, dated Feb. 8, 1996 | US008853 | 2/8/96 |
| 118 | Correspondence from BOR to DFG regarding fish schedule, dated Feb. 20, 1996 | SE02509 | 2/20/96 |
| 119 | Correspondence from Jeanne M. Zolezzi to Kenneth R. Beyer, dated Mar. 21, 1996 | US_006141 | 3/21/96 |
| 120 | Correspondence from SEWD to BOR regarding 1996 releases, dated Apr. 2, 1996 | SE02570 | 4/2/96 |
| 121 | Additional Information regarding the 1996 CVP Water Supply Allocation, dated April 15, 1996 | SE15836 | 4/15/96 |
| 122 | Correspondence from DFG to BOR regarding fish flow for fish, dated Apr. 17, 1996 | SE02580 | 4/17/96 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 123 | Correspondence from BOR to SEWD regarding 1996 water deliveries, dated Apr. 17, 1996 | US000361 | 4/17/96 |
| 124 | Correspondence from BOR to SEWD regarding 1996 water deliveries, dated Apr. 30, 1996 | US012197 | 4/26/96 |
| 125 | Planning and Accounting for Water Mngmt Under CVPIA, prepared May 1996 | SE15149 | 5/21/96 |
| 126 | Correspondence from Bureau & USFW to Interested Parties, with Draft CVPIA Administrative Proposal for the Stanislaus River attached, dated 5/31/96 | SE02641 | 5/31/96 |
| 127 | Correspondence to FWS and BOR from DOI with Draft CVPIA Administrative Proposal for the San Joaquin River attached, dated 6/14/1996 | SE21568 | 6/14/96 |
| 128 | Draft Administrative Proposal for Section 3406(b)(2) with May 28, 1996 memorandum from FWS to BOR regarding Final Guidelines for (b)(2) water attached, dated July 1, 1996 | | 7/1/96 |
| 129 | Letter from FWS to BOR regarding use of 800,000 AF for 1996-1997, dated July 1, 1996 | | 7/1/96 |
| 130 | Correspondence from Stockton East Water District to U.S. Bureau of Reclamation re: CVPIA water management plan. Dated 7/12/96 | SE08228 | 7/12/96 |
| 131 | Correspondence from BOR to SWRCB regarding planned coordinated operations, dated Aug. 5, 1996 | SE08251 | 8/5/96 |
| 132 | Correspondence from T. O'Laughlin to All Parties re: Outline or New Melones Operations- 1996, 1997 Dated 10/9/96 | SE02745 | 10/9/96 |
| 133 | Correspondence from SWRCB to SEWD regarding Complaint against BOR, with analysis attached, dated Oct. 21, 1996 | SE16383 | 10/21/96 |
| 134 | Correspondence from BOR to SEWD regarding guidelines for rescheduling 1996 water, dated Nov. 14, 1996 | SE16244 | 11/14/96 |
| 135 | Correspondence from Zolezzi to Kjelson at State Water Resource Control Board, dated 11/25/96 | SE08305 | 11/25/96 |
| 136 | Letter from SEWD to SWRCB regarding complaint against BOR, dated Nov. 27, 1996 | US_006122 | 11/27/96 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 137 | Correspondence from BOR to SEWD regarding rescheduling, dated Dec. 18, 1996 | US007956 | 12/18/96 |
| 138 | Correspondence from E. Steffani to J. Garamendi re: Stan. River and NM Operations. Dated 12/18/96 | SE06013 | 12/18/96 |
| 139 | Correspondence from County Public Works to Board of Supervisor recommending approval of Water Transfer Agreement between Oakdale South San Joaquin, and Stockton East Water District, et al. Approve Urban Contractors Agreement and authorize Chairman to execute both agreements. Dated 1/21/97 | SJ04475 | 1/21/97 |
| 140 | Oversight Hearing, US House of Reps, Serial No. 105-21, dated 3/20/1997 | US020422 | 3/20/97 |
| 141 | Plan of Study, Stanislaus River fishery Study, dated 4/1/87 | SE01810 | 4/1/97 |
| 142 | Agreement Between The City of Stockton, the California Water Service Company, Lincoln Village Maintenance District, Colonial Heights Maintenance District and Stockton East Water District Water District, dated 4/1/97 | SE17083 -SE17089 | 4/1/97 |
| 143 | Correspondence from BOR to FWS regarding request for concurrence, dated Apr. 4, 1997 | SE08367 | 4/4/97 |
| 144 | Memorandum from FWS to BOR regarding request for concurrence, dated Apr. 8, 1997 | SE06042 | 4/8/97 |
| 145 | Correspondence from U.S. Bureau of Reclamation to E. Kisling re 1997 water to Stockton East Water District & Central. Dated 5/9/97 | SE03005 | 5/9/97 |
| 146 | Correspondence from BOR to DFG regarding fish schedule, dated May 14, 1997 | SE02599 | 5/14/97 |
| 147 | Revised Draft Restoration Plan for the Anadromous Fish Rest. Prog., dated 5/30/1997 | SE21780 | 5/30/97 |
| 148 | Correspondence from U.S. Bureau of Reclamation (Aikens) to Steffani regarding updated water conservation plan. Dated 6/03/97 | US007935 | 6/3/97 |
| 149 | CVPIA Administrative Proposal on San Joaquin River, dated 6/9/1997 | SE16932 | 6/9/97 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 150 | Letter from Roger Patterson et al. to Interested Parties with CVPIA Administrative Proposal for Stanislaus River attached, dated June 23, 1997 | SE21752 | 6/23/97 |
| 151 | CVPIA Draft Administrative Proposal on Anadromous Fish Restoration Program, dated June 24, 1997 | SE21794 | 6/24/97 |
| 152 | Correspondence to CVP Stakeholders from FWS and BOR regarding CVPIA AFRP Administrative Proposal, dated June 24, 1997 | SE21803 | 6/24/97 |
| 153 | Correspondence from California Water Service Company to Ed Steffani of Stockton East Water District, re: New Melones Water Use-1997 Dated 7/7/97 | SJ01478-SJ01479 | 7/7/97 |
| 154 | Correspondence from City of Stockton to SEWD regarding New Melones Water Use 1997, dated July 8, 1997 | SJ01476 | 7/8/97 |
| 155 | Correspondence to Morris Allen from Steffani, dated June 8, 1997 | SE18075 | 6/26/97 |
| 156 | Report to Congress: Implementation and Budget Plan for the CVPIA, Fiscal Yr. 1998-2002 | US_020553 | 8/1/97 |
| 157 | Agreement between the City, Cal Water, County, Stockton East Water District and Central. Dated 8/19/97 | SJ04510 | 8/19/97 |
| 158 | Memorandum from Solicitor to Deputy Secretary, dated 11/19/97 | SE06065 | 11/19/97 |
| 159 | Correspondence from BOR and FWS to CVP Stakeholders, with CVPIA Final Administrative Proposal for Management of Section 3406(b)(2) Water (800,000 AF) attached, dated Nov. 20, 1997 | SE03144 | 11/20/97 |
| 160 | Correspondence form BOR to Central regarding compliance issues, dated Jan. 28, 1998 | US000277 | 1/28/98 |
| 161 | Correspondence from BOR to DFG regarding preliminary schedule for fish, dated Mar. 5, 1998 | SE03299 | 3/5/98 |
| 162 | Correspondence from BOR to Central regarding 1998 water deliveries, dated Mar. 30, 1998 | US000276 | 3/30/98 |
| 163 | Correspondence from BOR to Stanislaus Stakeholders regarding commitment to the stakeholder process, dated July 2, 1998 | US_026551 | 7/2/98 |
| 164 | Correspondence to Patterson from Zolezzi, dated 9/25/1998 | US_007849 | 9/25/98 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 165 | Correspondence from NOAA to BOR regarding Stanislaus River releases, dated Oct. 30, 1998 | SE03486 | 10/30/98 |
| 166 | State Water Resource Control Board Order WR-98-09, dated 12/3/98 | SE08560 | 12/3/98 |
| 167 | Biological Assessment-CVP, dated 1/99 | SE08597 | 1/1/99 |
| 168 | Correspondence from SEWD to BOR regarding 1999 water deliveries, dated Jan. 11, 1999 | SE16163 | 1/11/99 |
| 169 | State Water Resources Control Board Hearing 1988-Bay-Delta Water Rights Public Hearing -2/16/99 | | 2/16/99 |
| 170 | State Water Resource Control Board Order WR 99-002, dated Mar. 3, 1999 | SE08657 | 3/3/99 |
| 171 | State Water Resource Control Board, Water Right Order 2000-02, dated Mar. 15, 1999 | PLEX000566 | 3/15/99 |
| 172 | State Water Resources Control Board Bay-Delta Water Rights Hearing - Supplemental Testimony to be presented by John Renning, dated Mar. 16, 1999 | | 3/16/99 |
| 173 | The San Joaquin River Agreement signed 4/12/99 | SE08679 | 4/12/99 |
| 174 | Correspondence from SWRCB to NMFS regarding water purchase, dated Aug. 9, 1999 | SE17791 | 8/9/99 |
| 175 | CVPIA Programmatic EIS and Record of Decision, dated October 1999 | | 10/1/99 |
| 176 | State Water Resources Control Board D-1641, dated Dec. 29, 1999 | USEX000114 | 12/29/99 |
| 177 | Memorandum from SEWD to Kevin Kauffman, dated Mar. 3, 2000 | SE21878 | 3/3/00 |
| 178 | Letter from BOR to SWRCB regarding protest filed by SEWD, dated Mar. 7, 2000 | US_027127 | 3/7/00 |
| 179 | Correspondence from SEWD to OID/SSJID regarding water transfer agreement, dated Mar. 27, 2000 | SE18173 | 3/27/00 |
| 180 | Correspondence from SEWD to BOR et al., regarding water deliveries, dated Apr. 17, 2000 | SE18170 | 4/17/00 |
| 181 | Final Anadromous Fish Restoration Plan, released as a revised draft on May 30, 1997 and adopted as final 1/9/01 | US050082 | 1/9/01 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 182 | Correspondence from BOR to FWS regarding Water Year 2002 Vernalis Flow Objective Operations, dated Mar. 28, 2002 | SE03821 | 3/28/02 |
| 183 | Correspondence from DFG to BOR regarding fish releases, dated May 16, 2002 | SE03830 | 5/16/02 |
| 184 | Correspondence from SWRCB to SEWD regarding request for meeting on Vernalis flow, dated June 20, 2002 | SE17208 | 6/20/02 |
| 185 | Sacramento and San Joaquin River Systems Schematic, last revised Jan. 2003 | | 1/1/03 |
| 186 | Memorandum from FWS to BOR regarding management of 800,000 AF under CVPIA, dated 2/12/03 | SE05439 | 2/12/03 |
| 187 | Correspondence from DFG to BOR regarding fish releases, dated Mar. 20, 2003 | SE04096 | 3/20/03 |
| 188 | Correspondence from BOR to SWRCB regarding requested information, dated Apr. 23, 2003 | SE17359 | 4/23/03 |
| 189 | Correspondence from BOR to DFG regarding fishery allocation, dated Apr. 24, 2003 | SE04121 | 4/24/03 |
| 190 | Correspondence from BOR to SWRCB regarding temporary relief from standard, dated May 16, 2003 | SE09026 | 5/16/03 |
| 191 | State Water Resource Control Board Notice of Petition, dated June 4, 2003 | SE22145 | 6/4/03 |
| 192 | Correspondence from BOR to SWRCB regarding temporary relief from standard, dated July 18, 2003 | SE09032 | 7/18/03 |
| 193 | Correspondence from SWRCB to BOR regarding temporary relief from standard, dated Aug. 5, 2003 | SE22160 | 8/5/03 |
| 194 | New Melones Lake Operations -Goodwin Release Log, starting 10/01/03 | US030908 | 10/1/03 |
| 195 | Correspondence from BOR to SWRCB regarding temporary relief from standard, dated Jan. 26, 2004 | SE24334 | 1/26/04 |
| 196 | Memo from Superintendent to Stockton East Water District BOD re: operations Dated 2/11/04 | SE24330 | 2/11/04 |
| 197 | Correspondence from SWRCB to BOR regarding temporary relief from standard, dated Feb. 25, 2004 | SE24369 | 2/25/04 |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 198 | State Water Resource Control Board Order WR 2004-0005, dated Feb. 25, 2004 | SE24375 | 2/25/04 |
| 199 | Correspondence from BOR to SWRCB regarding final studies, dated Mar. 23, 2004 | SE09024 | 3/23/04 |
| 200 | Correspondence from BOR to DFG regarding fish flows, dated Mar. 24, 2004 | SE17745 | 3/24/04 |
| 201 | Correspondence from BOR to SWRCB regarding temporary relief from standard, dated Apr. 6, 2004 | SE09021 | 4/6/04 |
| 202 | Long-Term Central Valley Project Operations Criteria and Plan (CVP-OCAP), dated June 30, 2004 | | 6/30/04 |
| 203 | Correspondence from U.S. Bureau of Reclamation to Stockton East Water District attorney re: implementation of HR 2828. Dated 1/4/05 | SE24461 | 1/4/05 |
| 204 | Correspondence from BOR to SWRCB regarding temporary relief from standard, dated Feb. 1, 2005 | SE24475 | 2/1/05 |
| 205 | DOI News Release, dated Mar. 15, 2005 | SE24488 | 3/15/05 |
| 206 | Correspondence from Central to BOR regarding water delivery schedule 2005, dated May 19, 2005 | US035589 | 5/19/05 |
| 207 | Correspondence from BOR to Central regarding allocation of project water, dated May 26, 2005 | US035585 | 5/26/05 |
| 208 | Letter from SEWD to BOR regarding water delivery in 2005, dated Sep. 13, 2005 | | 9/13/05 |
| 209 | Correspondence from BOR to Central and SEWD regarding preliminary estimates of water delivery, dated Jan. 29, 2006 | US016377 | 1/29/06 |
| 210 | Estimated Yearly Natural Production of Fall-Run Salmon for the Stanislaus River, 1952-2005 | | 3/22/06 |
| 211 | Expert Rebuttal Report by Peggy Manza, dated Aug. 25, 2006 | | 8/25/2006 |
| 212 | Report by U.S. Bureau of Reclamation re: contract negotiations, (no date) | SE06349 | undated |
| 213 | Line item changes to contract between Stockton East Water District and U.S. Bureau of Reclamation (no date) | SE09433 | undated |
| 214 | Unauthored report re: questions and answers on proposed NM contract. no date | SE09513 | undated |

| Def.'s Trial Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 215 | Testimony transcript of Betty Riley- Before State Water Resource Control Board re: NM Project and Dec. 1422 (no date) | SE11790 | undated |
| 216 | New Melones Water Conveyance Project Summary Report (no date). | SJ04031 | undated |
| 217 | Map of the Central Valley Project | USEX000025 | undated |
| 218 | SEWD Fact Sheets, undated | CS00113-end | undated |
| 219 | Map of Blocked and Remaining Chinook Salmon and Steelhead Trout Spawning and Rearing Habitat (no date) | | undated |
| 220 | 1992 Inflows (Forecasted and Actual) for February, March, April | | undated |
| 221 | 2005 Inflows (Forecasted and Actual) for February, March, April | | undated |
| 222 | February 90% Exceedence Forecasts for 1992-2006 | | undated |
| 223 | New Melones Reservoir, Annual Inflow (1928-2004) | | undated |
| 224 | Graphs showing New Melones Reservoir Inflow, Releases, and Storage (1987-2006) | | undated |
| 225 | Stanislaus River Operations, Data from DOI Daily Accounting (Oct. 2003-Sept. 2004) | | undated |
| 226 | Historical Releases to Stanislaus River from New Melones Reservoir (1991-2006) | | undated |
| 227 | Graphic Showing 12 Month Forecast Process | | undated |
| 228 | Graphic Showing CVP Features | | undated |
| 229 | summary of schedules and deliveries | | undated |
| 230 | summary of releases by year | | undated |
| 231 | Agreement between Reclamation and Calaveras County Water District, dated July 31, 1972 | | 7/31/72 |
| 232 | Agreement between Reclamation and Tuolumne County Water District, dated Nov. 29, 1972 | | 11/29/72 |

Dated: October 9, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

s/ William J. Shapiro
WILLIAM J. SHAPIRO
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Room 9-700
Sacramento, CA 95814
(tel) (916) 930-2207

Counsel of Record for Defendant

KRISTINE S. TARDIFF
United States Department of Justice
Environment and Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301

LUTHER L. HAJEK
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

OF COUNSEL:
SHELLY RANDEL
United States Department of the Interior
Office of the Solicitor
Branch of Water and Power
Division of Land and Water Resources
1849 C St., N.W.
Washington, DC

JAMES E. TURNER
Assistant Regional Solicitor
United States Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825