**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, SAN JOAQUIN COUNTY, STOCKTON CITY, CALIFORNIA WATER SERVICE COMPANY, | ) | |
| Plaintiffs, | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S PROPOSED JOINT TRIAL EXHIBIT LIST</u>**

Pursuant to RCFC Appendix A, ¶ 18, Defendant, the United States of America, hereby submits the attached Proposed Joint Trial Exhibit List, which includes exhibits that appeared on both Plaintiffs' Exhibit List and Defendant's preliminary exhibit list. Defendant has previously transmitted the attached list to Plaintiffs for their review.

# Proposed Joint Exhibit List

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 1 | New Melones Authorizing Legislation-Flood Control Act of October 23, 1962. Pub L. No. 87-874, 76 Stat 1191 (1962) | PLEX00010 | 10/23/62 |
| 2 | Memorandum of Agreement between The U.S. and Central Valley Regional Control Board. Dated 7/2/69 | US003454 | 7/2/69 |
| 3 | State Water Resources Control Board Decision 1422, dated April 4, 1973 | SE07028 | 4/4/73 |
| 4 | First Amendment to contract between Stockton East Water District, Cal Water, City of Stockton, Lincoln, Colonial Heights for the sale of treated water, dated May 31, 1977 | SE09124 | 5/31/77 |
| 5 | New Melones Unit, Stanislaus River Basin Alternatives and Water Allocation Special Report, dated Sept. 1980 | SE00577 | 9/1/80 |
| 6 | Memorandum- Record of Decision for Basin Alternatives and Water Allocation, dated 5/15/81 | SE00715 | 4/20/81 |
| 7 | Correspondence from James Beard to Stockton East Water District Water Users regarding negotiations with U.S. Bureau of Reclamation for interim supply. Dated 1/6/82 | SE07768 | 1/6/82 |
| 8 | Basis of Negotiations - New Melones Unit-Central Valley Project (CVP), California, dated Feb. 1, 1982 | SE06362 | 2/1/82 |
| 9 | Correspondence from Regional Director Catino to Water Contractors regarding NMP water marketing program, dated Sept. 29, 1982 | SE00427 | 9/29/82 |
| 10 | Correspondence from BOR to SEWD regarding proposed contract, dated Sept. 29, 1982 | SE04947 | 9/29/82 |
| 11 | State Water Resource Control Board, Water Right Order 83-3, dated Mar. 8, 1983 | PLEX00015 | 3/8/83 |
| 12 | Memorandum - review and submittal to the Secretary of proposed contracts, dated 4/14/83 | SE00792 | 4/14/83 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 13 | Memorandum-Proposed Water Contracts for Approval signed 7/24/83, dated 7/8/83 | SE00798 | 7/8/83 |
| 14 | Contract Between the United States and Stockton East Water District Water District, dated Dec. 19, 1983 | SE00076 | 12/19/83 |
| 15 | Contract Between the United States and Central San Joaquin Water Conservation District, dated Dec. 19, 1983 | SE00106 | 12/19/83 |
| 16 | Correspondence from BOR to CAFG regarding water for fishery releases, dated Jan. 3, 1984 | SE00825 | 1/3/84 |
| 17 | Agreement Between California Dept of Fish & Game and The U.S. Bureau of Reclamation with Stanislaus River Fishery Study attached, dated 6/2/87 | SE21105 | 6/2/87 |
| 18 | Second Amended Contract among Stockton East Water District Water District, The California Water Service Company, The City of Stockton, The Lincoln Village Maintenance District, and The Colonial Heights Maintenance District Providing for the Sale of Treated Water. Dated 9/15/87 | SE13697 -S | 9/15/87 |
| 19 | State Water Resources Control Board D-1616, dated Jan. 21, 1988 | USEX00003 | 1/21/88 |
| 20 | Correspondence from BOR to SEWD regarding diversion rights, dated 5/5/88 | US_008378 | 5/5/88 |
| 21 | New Melones Water Conservation Project Summary Report Prepared for City of Stockton. Dated Dec. 1989 | SE16646 -S | 12/1/89 |
| 22 | Correspondence from Neil Schild to Stockton East Water District Board of Directors dated February 26, 1990 | US_007711 | 2/26/90 |
| 23 | Correspondence from E. Steffani to U.S. Bureau of Reclamation re: Goodwin Tunnel Dated 4/26/90 | US007708 | 4/26/90 |
| 24 | Correspondence from Neil Schild to Edward Steffani dated July 6, 1990 | US007707 | 7/6/90 |
| 25 | Memoranda from Bureau to Files re: meeting 7/26/90 regarding Vernalis Water Quality, dated July 27, 1990 | US013556 | 7/27/90 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 26 | Memoranda from Bureau to Files re: telephone call, dated Aug. 24, 1990 | US_013555 | 8/24/90 |
| 27 | Memoranda from Bureau to Files regarding meeting, dated Sept. 27, 1990 | | 9/27/90 |
| 28 | Correspondence from DFG to BOR re salmon recovery project on Stanislaus River, dated Oct. 10, 1990 | SE01539 | 10/10/90 |
| 29 | Stanislaus River Basin & Calaveras River Water Use Program-Scoping Report, dated 01/1991 | US_000002 | 1/1/91 |
| 30 | Correspondence from BOR to SEWD regarding water shortage, dated Feb. 19, 1991 | US007689 | 2/19/91 |
| 31 | Memoranda from Bureau to Files regarding meeting, dated June 3, 1991 | | 6/3/91 |
| 32 | Correspondence from BOR to SEWD regarding water delivery, dated Dec. 6, 1991 | US007683 | 12/6/91 |
| 33 | FWS Draft Report on Instream Flow Requirements for Fall-Run Chinook Salmon, dated Feb. 21, 1992 | US013696 | 2/21/92 |
| 34 | The Central Valley Project Improvement Act (CVPIA), Pub. Law 102-575 Title 34, enacted Oct. 30, 1992 | PLEX00061 | 10/30/92 |
| 35 | Letter from BOR to SEWD regarding water conservation plan update, dated Dec. 14, 1992 | | 12/14/92 |
| 36 | Agenda of Stanislaus River Basin and Calaveras River Use Program, dated 1/28/93 | SE17388 | 1/28/93 |
| 37 | Correspondence from DFG to BOR regarding instream flow schedule, with proposed streamflow report attached, dated Apr. 5, 1993 | SE01753 | 4/5/93 |
| 38 | Correspondence from BOR to DFG regarding instream flow schedule, dated Apr. 20, 1993 | SE01751 | 4/20/93 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 39 | Correspondence from BOR to US Army Corp re: water supply allocation, dated 5/12/93 | US003569 | 5/12/93 |
| 40 | Memorandum from FWS to BOR regarding FWS's management of 800,000 AF, dated May 27, 1993 | SE05761 | 5/27/93 |
| 41 | FWS Report on Relationship between Instream Flow & Physical Habitat, dated June 2, 1993 | SE05458 | 6/2/93 |
| 42 | Correspondence from BOR to Central regarding Water Allotment, dated Aug. 31, 1993 | US012875 | 8/31/93 |
| 43 | Draft Review of Studies done by Cal. Dept of Water Resources to evaluate water costs, dated 10/12/93 | US023045 | 10/12/93 |
| 44 | Correspondence from SEWD to BOR regarding water delivery schedule, dated Oct. 22, 1993 | US007436 | 10/22/93 |
| 45 | Required Goodwin Release Summary, 11/19/93 | US014738 | 11/19/93 |
| 46 | The U.S. Bureau of Reclamation of Reclamation's Central Valley Project Water Supply for 1994 dated February 15, 1994 | SE05743 | 2/15/94 |
| 47 | U.S. Bureau of Reclamation's Report for 1994 Water Allocation. Dated 3/14/94 | SE01787 | 3/14/94 |
| 48 | Correspondence from Edward M. Steffani to Roger Patterson dated March 15, 1994 | SE01803 | 3/15/94 |
| 49 | Correspondence from Central to BOR regarding water schedule 1994, dated Mar. 17, 1994 | US000336 | 3/17/94 |
| 50 | Correspondence from BOR to DFG regarding fish flow schedule, dated Apr. 13, 1994 | SE01801 | 4/13/94 |
| 51 | DOI News Release, dated April 15, 1994 | SE05823 | 4/15/94 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 52 | Bureau's Rept of Re-evaluation, dated 4/94 | SE01853-45 | |
| 53 | Memorandum from FWS to BOR regarding FWS management of 800,000 AF, dated May 5, 1994 | SE01828 | 5/5/94 |
| 54 | DOI News Release, dated May 9, 1994 | SE05769 | 5/9/94 |
| 55 | Correspondence from BOR to SEWD regarding critically dry year, dated 5/24/94 | SE07971 | 5/24/94 |
| 56 | Correspondence from SEWD to BOR regarding water for 1994-1995, dated Aug. 2, 1994 | US000332 | 8/2/94 |
| 57 | Correspondence from BOR to SEWD regarding water for 1994-1995, dated Aug. 30, 1994 | US007373 | 8/30/94 |
| 58 | Memorandum from BOR regarding water acquisition from Tridam, dated Sept. 28, 1994 | US012715 | 9/28/94 |
| 59 | Correspondence from SEWD to BOR regarding water deliveries, dated Oct. 3, 1994 | US000329 | 10/3/94 |
| 60 | Correspondence from Central to BOR regarding water deliveries, dated Oct. 25, 1994 | US002483 | 10/25/94 |
| 61 | Correspondence from BOR to SEWD regarding water delivery, dated Nov. 10, 1994 | US000327 | 11/10/94 |
| 62 | Correspondence from BOR to Central regarding request for water delivery, dated Nov. 28, 1994 | US027115 | 11/28/94 |
| 63 | Principles of Agreement on Bay-Delta Standards Between the State of California and Federal Government, dated Dec. 15, 1994 | PLEX00049 | 12/15/94 |
| 64 | 1995 Forecast of Goodwin Fishery Release | US012681 | 1/1/95 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 65 | Memorandum from Fish and Wildlife Restoration Program to FWS regarding management of 800,000 AF, dated Feb. 9, 1995 | SE01944 | 2/9/95 |
| 66 | Correspondence from J. Zolezzi to U.S. Bureau of Reclamation re: submitted water conservation plan to U.S. Bureau of Reclamation. Dated 2/15/95 | SE09629 | 2/15/95 |
| 67 | The U.S. Bureau of Reclamation of Reclamation's Central Valley Project Water Supply for 1995 dated February 15, 1995 | SE05895 | 2/15/95 |
| 68 | Forecast of New Melones Demands as of March 20, 1995 | US012721 | 3/20/95 |
| 69 | DOI News Release, dated April 10, 1995 | SE05903 | 4/10/95 |
| 70 | Correspondence from BOR to Central regarding water availability, dated Apr. 10, 1995 | SE05902 | 4/10/95 |
| 71 | Memorandum from FWS to BOR regarding use of 800,000 AF in 1995, dated Apr. 14, 1995 | SE02142 | 4/14/95 |
| 72 | Correspondence from BOR to Natural Heritage Institute, dated Apr. 17, 1995 | SE02155 | 4/17/95 |
| 73 | State Water Resources Control Board - Water Quality Control Board, dated May 1995 | SE08014 | 5/1/95 |
| 74 | Correspondence from SEWD to BOR regarding 1995 water deliveries, dated May 4, 1995 | SE08078 | 5/4/95 |
| 75 | Memo from L. Ploss to ibr2dall re: Stockton East meeting w/ F. Dimick, dated 5/25/95 | US029482 | 5/25/95 |
| 76 | Memo from Commissioner Beard DOI Secretary regarding 1995 water allocations to SEWD, dated May 26, 1995 | US007260 | 5/26/95 |
| 77 | State Water Resources Control Board - Order WR 95-6, dated 6/8/95 | | 6/8/95 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 78 | Correspondence from BOR to Central regarding 1995 water deliveries, dated June 9, 1995 | US002481 | 6/9/95 |
| 79 | Letter from BOR to All Interest Parties regarding Work Plan for New Melones Water management Study, dated June 30, 1995 | SE08080 | 6/30/95 |
| 80 | Memorandum from FWS to BOR regarding FWS management of 800,000 AF for fish and wildlife, dated July 10, 1995 | US012686 | 7/10/95 |
| 81 | Correspondence from BOR to Central regarding 1995 water deliveries, dated July 10, 1995 | SE15761 | 7/10/95 |
| 82 | Correspondence from BOR to SEWD regarding misunderstanding, dated Aug. 2, 1995 | SE05927 | 8/2/95 |
| 83 | Correspondence from Central to BOR regarding payment for water, dated Aug. 4, 1995 | US_027093 | 8/4/95 |
| 84 | Correspondence from BOR to SEWD regarding 1995 Water deliveries, dated Aug. 10, 1995 | SE08103 | 8/10/95 |
| 85 | Correspondence from SEWD to BOR regarding 1995 water delivery, dated Aug. 17, 1995 | US000322 | 8/17/95 |
| 86 | Correspondence from BOR to SEWD regarding 1995 water deliveries, dated Aug. 21, 1995 | SE15759 | 8/21/95 |
| 87 | Correspondence from BOR to SEWD regarding meeting discussing water supply opportunities, dated Aug. 24, 1995 | US007193 | 8/24/95 |
| 88 | Correspondence from BOR to SEWD regarding 1995 water delivery, dated 9/15/95 | SE02419 | 9/15/95 |
| 89 | Correspondence from SEWD to BOR regarding 1996 releases, dated Oct. 27, 1995 | SE06002 | 10/27/95 |
| 90 | Correspondence from BOR to SEWD regarding 1996 water deliveries, dated Nov. 17, 1995 | SE16260 | 11/17/95 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 91 | Correspondence from SEWD to BOR regarding rescheduling of 1995 water, dated Nov. 29, 1995 | US_008018 | 11/29/95 |
| 92 | Correspondence from BOR to Central regarding rescheduling water, dated Nov. 30, 1995 | SE16256 | 11/30/95 |
| 93 | Correspondence from Central to BOR regarding 1996 water deliveries, dated Nov. 30, 1995 | US000284 | 11/30/95 |
| 94 | Draft Anadromous Fish Restoration Plan, dated Dec. 6, 1995 | US018394 | 12/6/95 |
| 95 | Correspondence from SEWD to BOR regarding rescheduling of 1995 water, dated Dec. 29, 1995 | SE16171 | 12/29/95 |
| 96 | Correspondence from SEWD to BOR regarding rescheduling of 1995 water, dated Jan. 11, 1996 | SE16169 | 1/11/96 |
| 97 | DOI News Release, dated Feb. 15, 1996 | SE15854 | 2/15/96 |
| 98 | Correspondence from BOR to Central regarding 1996 water deliveries, dated Feb. 22, 1996 | SE02513 | 2/22/96 |
| 99 | DOI News Release, dated Mar. 15, 1996 | SE05997 | 3/15/96 |
| 100 | Correspondence from BOR to SEWD regarding 1996 water deliveries, dated Mar. 19, 1996 | SE06000 | 3/19/96 |
| 101 | Correspondence from SEWD to BOR regarding 1996 deliveries, dated Mar. 27, 1996 | SE16167 | 3/27/96 |
| 102 | DOI News Release, dated Apr. 15, 1996 | SE15847 | 4/15/96 |
| 103 | DOI News Release, dated May 17, 1996 | SE06003 | 5/17/96 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 104 | Correspondence from SEWD to BOR regarding 1996 deliveries, dated May 20, 1996 | SE16166 | 5/20/96 |
| 105 | Agreement between the City of Stockton, California Water Service Co., The County of San Joaquin, Stockton East Water District Water Dist. & Central, dated June 19, 1996 | SE17884 | 6/19/96 |
| 106 | Correspondence from SEWD to BOR regarding rescheduling of 1996 water, dated Sept. 9, 1996 | SE08259 | 9/9/96 |
| 107 | Proposed Delta Anadromous Fish Restoration Program Actions for the 1997 Water Year, dated Oct. 25, 1996 | SE08264 | 10/25/96 |
| 108 | Letter from SEWD to BOR regarding rescheduling unused water, dated Nov. 27, 1996 | SE02821 | 11/27/96 |
| 109 | Correspondence from Central to BOR regarding 1997 water schedule, dated Dec. 2, 1996 | US000280 | 12/2/96 |
| 110 | Correspondence from BOR to Central regarding 1997 water deliveries, dated Feb. 10, 1997 | US000279 | 2/10/97 |
| 111 | DOI News Release, dated Feb. 14, 1997 | | 2/14/97 |
| 112 | Correspondence from BOR to SEWD regarding 1997 water deliveries, dated Feb. 19, 1997 | SE17005 | 2/19/97 |
| 113 | Correspondence from SEWD to BOR regarding 1997 schedule, dated Feb. 24, 1997 | SE17232 | 2/24/97 |
| 114 | Water Transfer Agreement between Oakdale South San Joaquin and Stockton East Water District, et al. Dated 4/1/97. | SE18140 | 4/1/97 |
| 115 | DOI News Release, dated Apr. 17, 1997 | | 4/17/97 |
| 116 | Letter from BOR to Stanislaus River Basin Stakeholders transmitting New Melones Interim Plan of Operation, with IPO attached, dated May 1, 1997 | US_011822 | 5/1/97 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 117 | Correspondence from SEWD to BOR regarding deliveries in 1998, dated Oct. 23, 1997 | SE16164 | 10/23/97 |
| 118 | DOI News Release, dated Jan. 23, 1998 | | 1/23/98 |
| 119 | DOI News Release, dated Feb. 13, 1998 | | 2/13/98 |
| 120 | Correspondence from BOR to SEWD regarding stakeholders' Process, dated Apr. 15, 1998 | SE08526 | 4/15/98 |
| 121 | DOI News Release, dated Apr. 15, 1998 | | 4/15/98 |
| 122 | Correspondence from BOR to SEWD regarding San Joaquin River Agreement, dated July 28, 1998 | SE08539 | 7/28/98 |
| 123 | Correspondence from Jeanne Zolezzi to Tom Aiken Dated September 9, 1998 | US026999 | 9/9/98 |
| 124 | Agreement to Extend Water Transfer Agreement, dated Spt. 15, 1998 | SE18162 | 9/15/98 |
| 125 | Letter from BOR to SEWD regarding request for relief, dated Nov. 18, 1998 | | 11/18/98 |
| 126 | DOI News Release, dated Jan. 22, 1999 | | 1/22/99 |
| 127 | DOI News Release, dated Feb. 16, 1999 | | 2/16/99 |
| 128 | State Water Resources Control Board Hearing 1988 Bay-Delta Water Rights Public Hearing -3/10/99 | | 3/10/99 |
| 129 | State Water Resources Control Board Hearing 1988 Bay-Delta Water Rights Public Hearing -3/11/99 | | 3/11/99 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| **130** | DOI News Release, dated Mar. 16, 1999 | | 3/16/99 |
| **131** | Bureau's Record of Decision, FEIS & FEI, dated 3/99 signed 4/12/99 | SE08702 | 4/12/99 |
| **132** | DOI Decision on Implementation of Sec. 3406(b)(2) of the CVPIA, dated Oct. 5, 1999 | SE06100 | 10/5/99 |
| **133** | Contact Between Central San Joaquin Water Conservation District and Stockton East Water District Water District. Dated 1/4/00 | SE16566 -S | 1/4/00 |
| **134** | DOI News Release, dated Jan. 21, 2000 | | 1/21/00 |
| **135** | DOI News Release, dated Feb. 17, 2000 | SE03687 | 2/17/00 |
| **136** | Revised WR D_1641, dated Mar. 15, 2000 | | 3/15/00 |
| **137** | DOI News Release, dated Mar. 20, 2000 | | 3/20/00 |
| **138** | Correspondence from BOR to All Central Valley Project Water Service Contractors regarding take or pay provisions, dated Dec. 20, 2000 | USEX00062 | 12/20/00 |
| **139** | Correspondence from Jeanne Zolezzi to Lowell Ploss, dated Jan. 2, 2001 | USEX00064 | 1/2/01 |
| **140** | DOI News Release, dated Feb. 15, 2001 | | 2/15/01 |
| **141** | DOI News Release, dated Mar. 15, 2001 | US_020092 | 3/15/01 |
| **142** | Correspondence from BOR to SEWD regarding build up schedule, dated Mar. 21, 2001 | USEX00064 | 3/21/01 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 143 | DOI News Release, dated Apr. 16, 2001 | SE08932 | 4/16/01 |
| 144 | DOI News Release, dated May 16, 2001 | SE21911 | 5/16/01 |
| 145 | Correspondence from SEWD to BOR regarding water deliveries for 2000, 2001, 2002, dated July 23, 2001 | US000349 | 7/23/01 |
| 146 | California Water Service Company's "Urban Water Management Plan", for the Stockton District. Dated. August, 2001 | CW0014 -C\ | 8/1/01 |
| 147 | DOI News Release, dated Jan. 25, 2002 | | 1/25/02 |
| 148 | DOI News Release, dated Feb. 15, 2002 | | 2/15/02 |
| 149 | Correspondence from BOR to SWRCB regarding 2002 Vernalis Flow Standard Operations, dated Mar. 13, 2002 | SE09669 | 3/13/02 |
| 150 | DOI News Release, dated Mar. 15, 2002 | | 3/15/02 |
| 151 | DOI News Release, dated Apr. 15, 2002 | | 4/15/02 |
| 152 | Correspondence from FWS to SWRCB regarding Vernalis flow objective, dated Apr. 18, 2002 | SE08962 | 4/18/02 |
| 153 | Correspondence from SWRCB to BOR regarding Vernalis flow objective, dated May 1, 2002 | SE08964 | 5/1/02 |
| 154 | Correspondence from BOR to SEWD regarding releases from New Melones, dated May 3, 2002 | SE03826 | 5/3/02 |
| 155 | DOI News Release, dated May 16, 2002 | US_000353 | 5/16/02 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 156 | Correspondence from BOR to SEWD regarding water supply allocation, dated June 4, 2002 | US_000344 | 6/4/02 |
| 157 | Correspondence from BOR to Central regarding water supply allocation, dated June 4, 2002 | US_000352 | 6/4/02 |
| 158 | Correspondence from SEWD to BOR regarding schedule of deliveries, dated June 19, 2002 | SE17245 | 6/19/02 |
| 159 | Correspondence from BOR to SWRCB regarding Vernalis Flow Objective, dated Oct. 28, 2002 | SE08983 | 10/28/02 |
| 160 | Correspondence from BOR to SEWD regarding Stanislaus River Matters, dated Nov. 15, 2002 | SE04049 | 11/15/02 |
| 161 | Draft Decision Of Implementation of Sec. 3406(b) (2) of the CVPIA, dated Dec. 18, 2002 | | 12/18/02 |
| 162 | DOI News Release, dated Feb. 14, 2003 | SE17929 | 2/14/03 |
| 163 | Correspondence from SWRCB to BOR regarding Compliance with San Joaquin River Flow Objectives, dated Feb. 26, 03 | SE04075 | 2/26/03 |
| 164 | DOI News Release, dated Mar. 18, 2003 | SE17931 | 3/18/03 |
| 165 | Correspondence from BOR to SWRCB regarding Vernalis Flow Standard Operations, dated Mar. 18, 2003 | SE06176 | 3/18/03 |
| 166 | DOI News Release, dated Apr. 23, 2003 | SE17928 | 4/23/03 |
| 167 | Correspondence from SEWD to BOR regarding 2003 deliveries, dated May 6, 2003 | SE17244 | 5/6/03 |
| 168 | Decision on Implementation of Sec. 3406(b) (2) of the CVPIA, dated May 9, 2003 | SE06164 | 5/9/03 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 169 | Correspondence from Central to BOR regarding 2003 water allocation, dated 5/9/03 | US011114 | 5/9/03 |
| 170 | DOI News Release, dated May 22, 2003 | SE17924 | 5/22/03 |
| 171 | Correspondence from BOR to SEWD regarding water supply allocation, dated June 12, 2003 | US000313 | 6/12/03 |
| 172 | Correspondence from BOR to Central regarding water supply allocation, dated June 12, 2003 | US_000341 | 6/12/03 |
| 173 | Correspondence from SEWD to BOR regarding water deliveries, dated June 20, 2003 | SE16159 | 6/20/03 |
| 174 | DOI News Release, dated July 1, 2003 | SE17921 | 7/1/03 |
| 175 | Memorandum from BOR regarding Guidance for Implementation of Sec.3406(b)(2), dated Dec. 17, 2003 | | 12/17/03 |
| 176 | DOI News Release, dated Jan. 23, 2004 | | 1/23/04 |
| 177 | DOI News Release, dated Feb. 13, 2004 | | 2/13/04 |
| 178 | Correspondence from FWS et al. to SWRCB regarding notice of petition for temporary urgency change in permit term, dated Feb. 27, 2004 | SE24366 | 2/27/04 |
| 179 | Correspondence from Central to BOR regarding water deliveries, dated May 24, 2004 | SE18197 | 5/24/04 |
| 180 | California Water Service Company's "Urban Water Management Plan", for the Stockton District. Dated June, 2004 | CW00001 -( | 6/1/04 |
| 181 | Correspondence from Central to BOR regarding water deliveries, dated June 17, 2004 | US010874 | 6/17/04 |

| Proposed Joint Exhibit Number | Description | Bates Number | Date |
|---|---|---|---|
| 182 | Correspondence from BOR to Central regarding water deliveries, dated June 21, 2004 | SE18054 | 6/21/04 |
| 183 | Correspondence from BOR to SWRCB regarding Report of Operations, dated Oct. 15, 2004 | US010859 | 10/15/04 |
| 184 | Correspondence from BOR to SWRCB regarding plan for meeting fish flow requirements, dated Nov. 18, 2004 | US010909 | 11/18/04 |
| 185 | Correspondence from BOR to SWRCB regarding Petition for Temp Urgency Change, dated Jan. 4, 2005 | US039553 | 1/4/05 |
| 186 | Email from Roger to Dave regarding Stanislaus River flows in 2005, undated | | undated |

Dated: October 9, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

s/ William J. Shapiro
WILLIAM J. SHAPIRO
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Room 9-700
Sacramento, CA 95814
(tel) (916) 930-2207

Counsel of Record for Defendant

KRISTINE S. TARDIFF
United States Department of Justice
Environment and Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301

LUTHER L. HAJEK
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

OF COUNSEL:
SHELLY RANDEL
United States Department of the Interior
Office of the Solicitor
Branch of Water and Power
Division of Land and Water Resources
1849 C St., N.W.
Washington, DC

JAMES E. TURNER
Assistant Regional Solicitor
United States Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825