**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, SAN JOAQUIN COUNTY, STOCKTON CITY, CALIFORNIA WATER SERVICE COMPANY, | ) | |
| Plaintiffs, | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S TRIAL WITNESS LIST**

Pursuant to RCFC Appendix A, ¶ 15(a), Defendant, the United States of America, hereby provides its list of witnesses who may be called at trial for case-in-chief or rebuttal purposes.

1. **Lawrence Bauman**
Ratesetting Services Manager
U.S. Bureau of Reclamation
Mid-Pacific Regional Office, MP-3410
2800 Cottage Way, Room E-2606
Sacramento, CA 95825
(916) 978-5364

Mr. Bauman is the Ratesetting Services Manager for the Mid-Pacific Regional Office, Bureau of Reclamation. Mr. Bauman is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau. Mr. Bauman may be called to testify about the development of ratesetting policies for the Central Valley Project ("CVP"), the establishment of cost of service rates for the CVP, the determination of rates for water service contracts within the CVP including the contracts at issue in this case, the plaintiffs' application for and grant of ability to pay relief with respect to the subject contracts, and any other matters that were addressed in his declarations of October 19, 2005, and December 21, 2005.

Estimated time for direct examination: 30 minutes.

2. **Chester Bowling**
1325 Eastern Avenue
Sacramento, CA 95864
(916) 359-3292

Mr. Bowling is a Civil Engineer and was formerly the Operations Manager for the Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation. Mr. Bowling is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau. Mr. Bowling's testimony is expected to address New Melones operations during his tenure, implementation of and compliance with the 1987 Department of Fish and Game Agreement during his tenure, issues bearing on decisions regarding quantities of water available to deliver to Plaintiffs SEWD and Central, and any other matters that were addressed in his declaration, dated October 19, 2005, and in his depositions taken on April 6, 2005, and July 13, 2005. Mr. Bowling's testimony on these issues is expected to be factual in nature. However, given the nature of his expertise in the areas described above, including the operation of Reclamation projects, Mr. Bowling's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 2 hours.

3. **John Burke**
4032 Sangamon Street
Carmichael, CA 95608
(916) 944-0607

Mr. Burke is a Civil Engineer. Prior to June 2, 2006, he was employed in the Central Valley Operations (CVO) Office, Mid-Pacific Region, Bureau of Reclamation as the Program Manager for CALFED. His prior work experience with the Bureau during the time period relevant to this case includes working as a hydraulic engineer in the CVO (1985-1999), and as Program Manager for the Water Acquisition Program (2000-2001). Mr. Burke is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau. Mr. Burke may be called to testify about water supply forecasting for the CVP, the San Joaquin River Agreement, consultations under the Endangered Species Act involving CVP operations, Reclamation's Water Acquisition Program, and any other matters discussed in his depositions taken on June 16, 2005, and July 27, 2005. Mr. Burke's testimony on these matters will be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Burke's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 30 minutes.

4. **John Davis**
Deputy Regional Director
Mid Pacific Regional Office
Bureau of Reclamation
2800 Cottage Way, Room E-1604
Sacramento, CA 95825
(916) 978-5010

Mr. Davis is the Deputy Regional Director for the Mid-Pacific Regional Office, Bureau of Reclamation. Mr. Davis is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau. Mr. Davis may be called to testify about issues related to operation of the CVP and issues bearing on decisions regarding quantities of water to deliver to Plaintiffs SEWD and Central, and any matters discussed in his deposition taken June 14, 2005. Mr. Davis' testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Davis' testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 1 hour.

5. **Merv de Haas**
1073 Gold Hill Court
Placerville, CA 95667
(530) 622-0493

Mr. de Haas was formerly a Repayment Specialist for the Resource Management Division, Mid-Pacific Region, Bureau of Reclamation. Mr. de Haas is a fact witness who may provide testimony, based on his personal knowledge, on issues related to the New Melones Unit Central Valley Project – Stanislaus River Basin Alternatives and Water Allocation Special Report (September 1980), on issues related to the water service contracts at issue in this case and to CVP water service contracts and contracting, and any other matter addressed in his declaration of May 23, 2005.

Estimated time for direct examination: 1 hour.

6. **Michael L. Delamore**
Chief, Lands Management Division
South-Central California Area Office
Mid-Pacific Region
Bureau of Reclamation
1243 N street
Fresno, CA 93721
(559) 487-5039

Mr. Delamore is the Chief of the Lands Management Division, South-Central California Area Office, Mid-Pacific Region, Bureau of Reclamation. Mr. Delamore is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau. Mr. Delamore may be called to testify about drainage issues in the San Joaquin Valley, the manner in which the Bureau has dealt with the drainage issues in the San Joaquin Valley, the impact of those drainage issues on other aspects of CVP operations including New Melones operations, and any other matters discussed in his deposition April 11, 2005. Mr. Delamore's testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Delamore's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 30 minutes.

7. **Paul Fujitani**
Chief, Water Operations Division
Central Valley Operation Office
Mid-Pacific Region
Bureau of Reclamation
3310 El Camino Avenue, Suite 300
Sacramento, CA 95821
(916) 979-2197

Mr. Fujitani is a Civil Engineer and currently serves as the Chief of the Water Operations Division, Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation. Mr. Fujitani is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau. He is expected to provide testimony about issues related to operations of the CVP, including operations of New Melones from 1989 to 1992 and from 2000 to the present time, forecasting for New Melones, issues bearing on decisions regarding quantities of water available to deliver to Plaintiffs SEWD and Central, and any matters discussed in his depositions taken April 7, 2005, and July 14, 2005. Mr. Fujitani's testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Fujitani's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 3 hours.

8. **Roger Guinee**
Supervisory Fish and Wildlife Biologist
Sacramento Fish and Wildlife Office
U.S. Fish and Wildlife Service
2800 Cottage Way, Room W-2606
Sacramento, CA 95825
(916) 414-6537

Mr. Guinee is the Supervisory Fish and Wildlife Biologist for the U.S. Fish and Wildlife Service. Mr. Guinee is a fact witness who has personal knowledge of issues related to this matter based on his work with the Service. His testimony is expected to address issues related to implementation of CVPIA, instream needs for fish in the CVP area, the quantity of water necessary to satisfy needs of fish populations impacted by operations of the CVP, any matters discussed in his declaration, dated October 19, 2005, and any matters discussed in his depositions taken April 8, 2005, and July 14, 2005. Mr. Guinee's testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Guinee's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 2 hours.

9. **Derek Hilts**
Hydrologist
Sacramento Fish and Wildlife Office
United States Fish and Wildlife Service
2800 Cottage Way, Suite W-2606
Sacramento, CA 95825
(916) 414-6542

Mr. Hilts is a Civil Engineer. He is currently employed as a hydrologist for the U.S. Fish and Wildlife Service, and previously worked for both the Bureau of Reclamation and the Army Corps of Engineers as a hydraulic engineer. Mr. Hilts is a fact witness who has personal knowledge of issues related to this matter based on his work with the Service and his prior work with the Bureau. Mr. Hilts may be called to testify about issues related to implementation of CVPIA, coordination of CVPIA Section 3406(b)(2) deliveries and accounting issues, the use of long-term planning models by the Service and the Bureau during the periods of his employment, and any matters discussed in his deposition June 16, 2005. Mr. Hilts' testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Hilts' testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 1 hour.

10. **Peggy Manza**
Hydraulic Engineer
Central Valley Operations Office
Mid-Pacific Region
3310 El Camino Avenue, Suite 300
Sacramento, CA 95821
(916) 979-2683

Ms. Manza is a Hydraulic Engineer for the Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation. Ms. Manza is a fact witness who has personal knowledge of issues related to this matter based on her work with the Bureau. Ms. Manza's testimony is expected to include issues related to New Melones planning, modeling in the Mid-Pacific Region, operations forecasting and real-time operations of the New Melones Unit, and any matters discussed in her declaration, dated October 19, 2005, any matters discussed in her depositions taken April 5, 2005, June 15, 2005, and July 13, 2005, and any matters discussed in her deposition scheduled for September 12, 2006. Ms. Manza's testimony on these matters will be factual in nature. However, given the nature of her expertise in the areas described above, Ms. Manza's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas. In addition, Ms. Manza has prepared an Expert Rebuttal Report responding to the Report prepared by Avry Dotan for Plaintiffs, and she will provide expert testimony in connection with that report.

Estimated time for direct examination: 3 hours.

11. **Dan Meier**
Program Manager
Water Acquisition Program
Mid-Pacific Region, MP-410
2800 Cottage Way, Room E-2905
Sacramento, CA 95825
(916) 978-5264

Mr. Meier is the current Program Manager of the Water Acquisition Program and the former Project Manager for the Resources Management Division, Mid-Pacific Region, Bureau of Reclamation. Mr. Meier is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau. Mr. Meier may be called to testify about the delivery of CVP water to refuges within the CVP area, the implementation of the CVPIA provisions requiring an increase in such water deliveries, and any matters discussed in his deposition taken on July 22, 2005. Mr. Meier's testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Meier's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 30 minutes.

12. **Roger Patterson**
3039 E. Stella Lane
Phoenix, AZ 85016
(402) 415-7557

Mr. Patterson was formerly the Regional Director for the Mid-Pacific Regional Office, Bureau of Reclamation. Mr. Patterson is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau, including issues related to CVP operations, implementation of the CVPIA, 1994 Principles for Agreement/Bay-Delta Accord, Stanislaus River issues, the San Joaquin River Agreement, any matters discussed in his declaration, dated October 19, 2005, and any matters discussed in his deposition taken on August 30, 2005. Mr. Patterson's testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Patterson's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 2 hours.

13. **Lloyd Peterson**
Chief, Reservoir Systems Analysis Branch
Planning Division,
Mid Pacific Region, MP-710
Bureau of Reclamation
2800 Cottage Way, Room W-2830
Sacramento, CA 95825
(916) 978-5075

Mr. Peterson is the Chief of the Reservoir Systems Analysis Branch, Mid-Pacific Region, Bureau of Reclamation. His prior work experience with the Bureau includes oversight of New Melones and Folsum operations between July 1992 and September 1994, and Delta operations beginning in October 1994. Mr. Peterson is a fact witness who has personal knowledge of issues related to this case based on his work experience with the Bureau. Mr. Peterson's testimony may address the actual operation of New Melones during his tenure as chief of those operations (1992-1994), operational decision-making and the factors that influence operational decisions, compliance with applicable laws and permitting requirements, the implementation of various agreements that affected New Melones and other CVP operations during that time period. Mr. Peterson may also provide factual testimony regarding the Bureau's use of modeling for the planning of CVP operations, including New Melones operations, and any other matters discussed in his deposition June 8, 2005. Mr. Peterson's testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Peterson's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 2 hours.

14. **Lowell Ploss**
San Joaquin River Group Authority
7580 Paiute Point Road
Roseville, CA 95747
(916) 771-7022

Mr. Ploss served as the Operations Manager of Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation from 1993 until 2000, and as Deputy Regional Director of the Mid-Pacific Region from 2000 to his retirement from the Bureau in February 2002. Mr. Ploss is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau. Mr. Ploss' testimony may include issues related to operation of the CVP during his tenure with the Bureau, policy development for and implementation of the CVPIA, Stanislaus River operations and the Stanislaus River stakeholder process, the development and implementation of the Interim Plan of Operations for New Melones, the San Joaquin River Agreement, and any other issues discussed in his declaration, dated October 19, 2005, or in his deposition taken on June 14, 2005. Mr. Ploss' testimony on these matters is expected to be factual in nature. However, given the nature of his expertise in the areas described above, Mr. Ploss' testimony may include opinion testimony under F.R.E. 701 and 702 in those areas.

Estimated time for direct examination: 3 hours.

15. **Dave Read**
506 B Northgate Drive
Dayton, NV 89403
(775) 246-3316

Mr. Read served as a Hydraulic Engineer in the Central Valley Operations Office, Mid-Pacific Region, Bureau of Reclamation, from approximately 1995 to 2000 and, during that time period, had responsibility for operating New Melones. Mr. Read is a fact witness who may provide testimony based on his personal knowledge, including communications with Plaintiffs regarding water deliveries during 1995-2000.

Estimated time for direct examination: 30 minutes.

16. **John A. Renning**
229 Kathryn
Auburn, CA 95603
(916) 889-2484

Mr. Renning was formerly a water rights specialist for the Resource Management Division, Mid-Pacific Region, Bureau of Reclamation. Prior to that, Mr. Renning served as a Hydraulic Engineer for the Mid-Pacific Region. Mr. Renning is a fact witness who has personal knowledge of issues related to New Melones and this case based on his work with the Bureau. Mr. Renning's testimony may address issues related to CVP water rights including water rights

involving the Stanislaus River, permitting with the State of California including the permitting process for New Melones and the permits issued by the SWRCB for New Melones, the 1980 Special Report on New Melones, any issues addressed in his declarations dated October 17, 2005, or his supplemental declaration dated December 17, 2005, and any matters discussed in his depositions taken on April 4, 2005, and July 14, 2005.

Estimated time for direct examination: 1 hour.

17. **Kirk C. Rodgers**
Regional Director
Mid Pacific Regional Office
Bureau of Reclamation
2800 Cottage Way, Room E-1604
Sacramento, CA 95825
(916) 978-5000

Mr. Rodgers is the Regional Director for the Mid-Pacific Region, Bureau of Reclamation. Mr. Rogers is a fact witness who has personal knowledge of issues related to this matter based on his work with the Bureau, including the history of the CVP, the coordination of CVP operations, water allocation within the CVP, the impact of the CVPIA on CVP operations, all issues discussed in his October 18, 2005 declaration, and any matters discussed in his deposition of April 12, 2005. Mr. Roger's testimony is expected to be primarily factual in nature. However, given the nature of his expertise in the areas described above, Mr. Rodger's testimony may include opinion testimony under F.R.E. 701 and 702 in those areas

Estimated time for direct examination: 2 hours.

18. **Wayne White**
5554 Maidstone Way
Citrus, CA 95621
(916) 863-5144

Mr. White is a former employee of the U.S. Fish and Wildlife Service, most recently serving as the Field Supervisor of the Sacramento U.S. Fish and Wildlife Service Office. Mr. White is a fact witness who has personal knowledge of certain issues related to this matter based on his work with the Service. Mr. White may provide testimony regarding implementation of the CVPIA, the ESA, fishery needs within the CVP-area generally and in the Stanislaus River basin, and any other matters discussed in his deposition taken on April 11, 2005.

Estimated time for direct examination: 1 hour.

19. **Tom Aiken**
1437 N Knott St.
Coquille, OR 97423-1035
(541) 396-1244

Mr. Aiken is a former Area Manager with the United States Department of Reclamation. Mr. Aiken is a fact witness who has personal knowledge of certain issues related to this matter based on his work with Reclamation. Mr. Aiken may provide testimony regarding the administration of these contracts, including conversations he had with Plaintiffs relating to the requirement that Plaintiffs submit annual schedules for water.

Estimated time for direct examination: 30 minutes.

Dated: October 9, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

s/ William J. Shapiro
WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Room 9-700
Sacramento, CA 95814
(tel) (916) 930-2207

Counsel of Record for Defendant

OF COUNSEL:
KRISTINE S. TARDIFF
United States Department of Justice
Environment and Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301

LUTHER L. HAJEK
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

SHELLY RANDEL
United States Department of the Interior
Office of the Solicitor

Branch of Water and Power
Division of Land and Water Resources
1849 C St., N.W.
Washington, DC

JAMES E. TURNER
Assistant Regional Solicitor
United States Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825