IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, | ) | |
| CENTRAL SAN JOAQUIN WATER | ) | |
| CONSERVATION DISTRICT, SAN | | ) |
| JOAQUIN COUNTY, STOCKTON | ) | |
| CITY, CALIFORNIA WATER | ) | |
| SERVICE DISTRICT | ) | No. 04-541-L |
| | ) | Judge Christine Odell Cook Miller |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION OF *AMICUS CURIAE* NATURAL RESOURCES DEFENSE COUNCIL FOR LEAVE TO FILE CORRECTED MEMORANDUM**

Amicus Natural Resources Defense Council, Inc. ("NRDC") respectfully seeks leave to file a corrected pretrial memorandum in the above-referenced case. The proposed corrected memorandum is being filed together with this motion. The minor corrections in the proposed memorandum are limited to typographical errors, errors in formatting, stylistic mistakes, several errors in word choice, and misnamed parties. The Court and the parties will be assisted by receiving a corrected brief, and since this corrected brief is being filed one day after the filing of the original brief, and several weeks in advance of the scheduled trial, no party will be prejudiced by the filing of this corrected memorandum at this time

For the foregoing reasons, NRDC's respectfully requests that this motion to file a corrected pretrial memorandum be granted

Respectfully submitted,

_______/S/__________________

John D. Echeverria
Sajukta Misra
Georgetown Environmental Law & Policy Institute
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9863
(202) 662-9005

Hamilton Candee
Natural Resources Defense Council
111 Sutter St., 20th floor
San Francisco, CA 94104
(415) 875-6100
(415) 875-6161

Counsel for *amicus curiae* NRDC

October 11, 2006