**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, et al., Plaintiffs, | No. 04-541 L |
| v. | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S**
**MOTION *IN LIMINE* REGARDING DAMAGES EVIDENCE**

On September 29, 2006, Defendant filed a motion *in limine* to exclude from trial all testamentary and documentary evidence relating to damages, correctly pointing out that the trial set for October 23, 2006, is intended to determine liability only. Plaintiffs share Defendant's view that proof of Plaintiffs' damages is not necessary in order for the Court to determine liability for breach of contract in this case. Accordingly, Plaintiffs do not oppose Defendant's motion, and consent to entry of an order that the parties shall introduce no evidence of damages at this trial. Plaintiffs do, however, reserve the right to present the witnesses and exhibits identified in Defendant's motion to the extent that those witnesses and exhibits are relevant on other issues in this trial.

Respectfully submitted,

/s Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
Marzulla & Marzulla
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: October 11, 2006 Counsel for Plaintiffs

Of counsel:

Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)