**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, et al., Plaintiffs, | No. 04-541 L |
| v. | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | |

**DECLARATION OF JENNIFER L. SPALETTA**

I, Jennifer L. Spaletta, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am an attorney of record for Plaintiffs in this case and state the following of my own personal knowledge.

2. After Defendant's inquiry regarding Exhibit 273 on September 13, 2006, Plaintiffs counsel told Defendant's counsel that Exhibit 273 would be the tables and graphs *contained in Mr. Dotan's expert report*, or from his *interactive computer model,* both of which were already in the possession of Defendant's counsel.

3. Defendant received Mr. Dotan's detailed expert report on July 26, 2006, complete with numerous charts and tables. The parties exchanged their initial exhibit lists on September 11, 2006. Mr. Dotan's deposition commenced first thing the next morning, on Tuesday, September 12, 2006, at which time Mr. Dotan produced his model to Defendant on a CD, as requested in Defendant's deposition notice. Defendant's counsel chose *not* to ask Mr. Dotan to show how his model worked during the deposition. In light of this choice by Defendant's counsel, and cognizant of the fact that the model had been listed as a trial exhibit by Plaintiffs, at the conclusion of Mr. Dotan's deposition I loaded Mr. Dotan's computer model on my own

laptop and showed Defendant's counsel how to view it. This was done intentionally to prevent any subsequent complaint about the model.

4. Exhibit 277 is a Chart is maintained on the Bureau of Reclamation's website at www.usbr.gov/mp/cvo/vungvari/water_allocations_historical.pdf. The Chart was used in the summary judgment proceedings in this case. *See* Plaintiffs' Reply and Opposition page 12; Pls.' Supp. App. at 1090-92. I explained this to Defendant's counsel via telephone on September 14, 2006, and again in writing on the chart provided to Mr. Shapiro on September 16, 2006. *See* last page of Exhibit 3 to Defendant's Motion *in Limine*. I have attached to this declaration an e-mail to Defendant's counsel to this effect and the Chart from the Bureau's website, as Exhibit A.

5. On September 14, 2006, I explained to Defendant's counsel that trial exhibits numbered 230 and 231 would include excerpts of the voluminous bond issuances for the New Melones infrastructure for both districts. All of these documents were produced to the United States, some were used as deposition exhibits by the United States in this case, some were used as exhibits by Plaintiffs in the motions for summary judgment, and several are identified on the Defendant's preliminary trial exhibit list. When Defendant's counsel expressed concern about being able to identify the specific documents at issue, I committed to locate the Bates numbers. This was done and confirmed in writing. *See* Exhibit B.

6. I expected Defendant to produce annual forecast documents at Ms. Manza's deposition. No such documents were produced. Therefore, to the extent that Defendant makes forecasting an issue in this case, Plaintiffs may need to use the official California Department of Water Resources historical forecast data, published four times a year in Bulletin 120 (available at http://cdec.water.ca.gov/snow/bulletin120/) as an exhibit in this case.

I declare under penalty of perjury that what I have said in this declaration is true and correct.

Executed on October 11, 2006

s/ Jennifer Spaletta
Jennifer Spaletta

# EXHIBIT A

**Jennifer L. Spaletta**

**To:** Kristine.Tardiff@usdoj.gov; William.Shapiro@usdoj.gov
**Cc:** Roger Marzulla; 'Nancie Marzulla'
**Subject:** water_allocations_historical[1].pdf
**Attachments:** water_allocations_historical[1].pdf

Dear Kristine and Bill:

Your motion in limine regarding exhibits seeks to exclude Exhibit 277 - the Chart of Deliveries to all CVP contractors. This Chart is maintained on the Bureau of Reclamation's website at www.usbr.gov/mp/cvo/vungvari/water_allocations_historical.pdf and is attached hereto. The Chart was used in the summary judgment proceedings in this case. See Plaintiffs' Reply and Opposition page 12, Pls.' Supp. App. at 1090-92. I explained this to Bill via telephone on September 14, 2006 and again in writing on the chart provided to Billon September 16, 2006. *See* last page of Exhibit 3 to Defendant's Motion *in Limine*. I would appreicate your agreement that this exhibit was properly disclosed and should be removed from your motion so that we do not need to burden the Court with this issue.

Very truly yours,

*Jennifer L. Spaletta*
HERUM CRABTREE BROWN
2291 W. March Lane, Suite B-100
Stockton, California 95207
Phone: (209) 472-7700
Fax: (209) 472-7986
jspaletta@herumcrabtree.com

---

[This electronic mail transmission and any accompanying documents are privileged and confidential and are intended only for review of the addressee(s). If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.]

## SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year | Contractors | Percent Supply |
|---|---|---|
| 1977 | Agricultural Contractors | 25 |
| | Urban Contractors | 25-50 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 75 |
| | Friant - Class 1 | 25 |
| | Friant - Class 2 | 0 |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 1993 | Agricultural Contractors | 100 | 50 |
| | Urban Contractors | 100 | 75 of historical use |
| | Wildlife Refuges | 100 | 75 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 90 | |

**No deficiencies on water deliveries until 1990**

| Year | Contractors | Percent Supply |
|---|---|---|
| 1990 | Agricultural Contractors | 50 |
| | Urban Contractors | 50-75 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 |
| | Friant - Class 1 | 68 |
| | Friant - Class 2 | 0 |

| Year | Contractors | Percent Supply |
|---|---|---|
| 1994 | | |
| | Agricultural Contractors | 35 |
| | Urban Contractors | 75 of historical use |
| | Wildlife Refuges | 75 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 75 |
| | Friant - Class 1 | 80 |
| | Friant - Class 2 | 0 |

| Year | Contractors | Percent Supply |
|---|---|---|
| 1991 | Agricultural Contractors | 25 |
| | Urban Contractors | 25-50 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 75 |
| | Plus Hardship Water | |
| | Friant - Class 1 | 100 |
| | Friant - Class 2 | 0 |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 1995 | Agricultural Contractors | 100 | 100 |
| | Urban Contractors | 95 | 100 |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 100 | |

| Year | Contractors | Percent Supply |
|---|---|---|
| 1992 | Agricultural Contractors | 25 |
| | Urban Contractors | 75 of historical use |
| | Wildlife Refuges | 75 of historical supply |
| | Sacramento River water rights and San Joaquin River exchange contractors | 75 |
| | Friant - Class 1 | 83 |
| | Friant - Class 2 | 0 |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 1996 | Agricultural Contractors | 100 | 95 |
| | Urban Contractors | 100 | 100 |
| | Wildlife Refuges | 100 | * |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 58 | |

* Meet 100 percent of scheduled need

2/23/2004

## SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year | Contractors | Percent Supply |
|---|---|---|
| 1997 | Agricultural Contractors | 90 |
| | Urban Contractors | 90 - 100 |
| | Wildlife Refuges | As scheduled |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 |
| | Stanislaus River | 100 of request |
| | Friant - Class 1 | 100 |
| | Friant - Class 2 | 60 |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 1998 | Agricultural Contractors | 100 | 100 |
| | Urban Contractors | 100 | 100 |
| | Wildlife Refuges | 100 | |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Stanislaus | 32 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 10 | |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 1999 | Agricultural Contractors | 100 | 70 |
| | Urban Contractors | 95 | 95 |
| | Wildlife Refuges | 100 | |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Stanislaus | 39 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 20 | |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 2000 | Agricultural Contractors | 100 | 65 |
| | Urban Contractors | 100 | 90 |
| | Wildlife Refuges | 100 | |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Stanislaus | 58 percent of supply | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 17 | |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 2001 | Agricultural Contractors | 60 | **49 *** |
| | Urban Contractors | 85 | **77 *** |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | East Side Contractors | 22 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 5 | |

*** 2% increase in allocation on Oct 19, 2001**

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 2002 | Agricultural Contractors | 100 | **70 *** |
| | Urban Contractors | 100 | **95 *** |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | East Side Contractors | 8 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 8 | |

*** 5% increase in allocation on Sep 10, 2002**

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 2003 | Agricultural Contractors | 100 | **75 *** |
| | Urban Contractors | 100 | **100 *** |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | East Side Contractors | 6 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 5 | |

*** 5% increase in allocation Jul 1 for both Ag & M&I**

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| 2004 | Agricultural Contractors | 100 | **70 *** |
| | Urban Contractors | 100 | **95 *** |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | East Side Contractors | 0 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 8 | |

**March 2004 allocation - Based on 90% exceedence forecast**
*** Increase in allocation of 5% to Ag & M&I on Sep 13th**

9/24/2004

## SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| 2005 | | North of Delta | South of Delta |
| | Agricultural Contractors | **100*** | **85**** |
| | Urban Contractors | **100*** | **100**** |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River Exchange Contractors | 100 | |
| | East Side Contractors | **43,000 AF ***** | |
| | Friant - Class 1<br>Friant - Class 2 | 100<br>Uncontrolled Season | |

* Increase of 35% from 65% to 100% for AG and increase of 10% from 90% to 100% for MI on 4-15-05.

** Increase of 5% from 65% to 70% for AG & 90% to 95% for MI on 4-15-05.
Increase of 5% from 70% to 75% for AG & 95% to 100% for MI on 4-28-05.
Increase of 10% from 75% to 85% for AG on 5-18-05.
Increase of 5% from 85% to 90% for AG on 7-25-05.
Decrease of 5% from 90% to 85% for AG on 1-12-06

*** Increase from 2,000 AF to 38,000 AF on 4-15-05.
Increase from 38,000 AF to 43,000 AF on 5-18-05.

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| 2006 | | North of Delta | South of Delta |
| | Agricultural Contractors | 100 | 85** |
| | Urban Contractors | 100 | 100** |
| | Wildlife Refuges | 100 | 100** |
| | Sacramento River water rights and San Joaquin River Exchange Contractors | 100 | |
| | East Side Contractors | 100% (155,000 AF) | |
| | Friant - Class 1<br>Friant - Class 2 | 100<br>Uncontrolled Season* | |

* Uncontrolled Season from March 1 through Mid June 2006.

** Increase of 20% from 65% to 85% for AG on 4-20-06.
Increase of 10% from 90% to 100% for MI on 4-20-06.
Increase of 15% from 85% to 100% for AG on 5-11-06.

# EXHIBIT B

**Jennifer L. Spaletta**

**From:** Jennifer L. Spaletta
**Sent:** Friday, October 06, 2006 5:10 PM
**To:** 'William.Shapiro@usdoj.gov'
**Cc:** 'Roger Marzulla'
**Subject:** Plaintiff's Preliminary Exhibit Nos. 230-231
**Attachments:** SEWD Bonds 1992 A and 1992B.pdf

Dear Bill:

Pursuant to our prior conversations, and your request, I have confirmed the bates numbers for the previously produced bond documents as follows:

SE 05403
SE 05241-05381
CJ02332-02374
SJ01699-1865*
SJ02653-02826
SJ02481-02529
SJ02827-02988

I have confirmed that all of these, with the exception of the item marked with an asterik, are either listed on Defendant's exhibit list or were provided in part in Plaintiffs exhibits for the motions for summary judgment.

In my review, I noted that the United States did not copy more than the cover page of the $52,880,319.35 issuance in October 1992, therefore I have provided this complete document to you as an attachment to this email.

Please let me know if you have any further questions about these documents. As I noted in our prior conversations, these are voluminous documents and I am hopeful that we can avoid entering them into evidence at trial. We will likely just enter the face pages of the Certificates of Participation and use the balance to refresh recollection, as necessary.

*Very truly yours,*

*Jennifer L. Spaletta*
HERUM CRABTREE BROWN
2291 W. March Lane, Suite B-100
Stockton, California 95207
Phone: (209) 472-7700
Fax: (209) 472-7986
jspaletta@herumcrabtree.com

------------------------------------------------------------------
[This electronic mail transmission and any accompanying documents are privileged and confidential and are intended only for review of the addressee(s). If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.]