# EXHIBIT E

**SUMMARY OF SHORTAGE PROVISIONS IN CERTAIN CVP CONTRACTS**

"(a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Mercy Springs Water District | 14-06-200-3365A | 6/21/1967 | Up to 13,300 acre-feet/year | Ag |

"(a) There may occur at times during any year a shortage in the quantity of water available for furnishing to the Contractor by the United States through and by means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Kanawha Water District | 14-06-200-466-A | 4/15/1977 | 11,250 – 45,000 acre-feet/year | Ag and M&I |

"(a) There may occur at times during any year a shortage in the quantity of water available for furnishing to the Contractor by the United States through and by the means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Gravely Ford Water District | 1-07-20-W0242 | 6/28/1981 | 3,000-14,000 acre-feet/year | Ag |

"(a) There may occur at times during any year a shortage in the quantity of water available for furnishing to the District through and by means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Reclamation District 1606 | 14-06-200-3802A | 11/28/1967 | 342 acre-feet/year | Ag only |

"There may occur at times a shortage during any year in the quantity of water available to the Agency pursuant to this contract through and by the means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect therefrom, either to the Agency, its contractors, or others."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Centerville Community Service District | 14-06-200-3367A | 6/30/1967 | Up to 5,000 acre-feet/year | M&I |
| Shasta County Water Agency | 14-06-200-3367A | 6/30/1967 | Up to 5,000 acre-feet/year | M&I only |

"There may occur at times a shortage during any year in the quantity of firm water available for furnishing to the City by the United States pursuant to this contract on account of drought, errors in operation, or other causes but in no event shall any liability accrue against the United States or any of its officers, agents, or employees from any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| City of Coalinga | 14-06-200-4173A | 10/28/1968 | Up to 10,000 acre-feet/year | M&I only |

"There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract on account of drought, errors in operation, or other causes but in no event shall any liability accrue against the United States or any of its officers, agents, or employees from any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Avenal Community Services District | 14-06-200-4619A | 11/20/1969 | Up to 3,500 acre-feet/year | M&I unless obtain written authorization first |
| Contra Costa County Water District | I75r-3401 | 11/9/1970 | Up to 195,000 acre-feet/year | Ag |

"(a) There may occur at times during any year a shortage during any year in the quantity of diversion and Project water available to the Agency pursuant to this contract on account of drought, errors in operation, or other causes but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Placer County Water Agency | 14-06-200-5082A | 9/18/1970 | Up to 120,000 acre-feet/year | Ag and M&I |

"There may occur at times during any year a shortage in the quantity of water available for furnishing to the District through and by means of the Project , but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or any other causes."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Westlands Water District | 14-06-200-495A | 6/5/1963 | 1,008,000 acre-feet/year | Ag only |
| Tranquility Irrigation District | 14-06-200-701A | 12/23/1963 | 20,200 to 15,700 acre-feet/year + 13,800 acre-feet/year suppl. | Ag; but suppl. water may be used for M&I |

"There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project and in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operations, drought, or other causes."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Keswick Community Services District | 14-06-200-1307A | 9/16/1964 | Up to 500 acre-feet/year | M&I only |

"(a) On account of drought, errors in operation, or other causes there may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project, and in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect arising therefrom.."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Feather Water District | 14-06-200-171-A | 6/26/1962 | Up to 20,000 acre-feet/year | Ag |

"There may occur at times during any year a shortage in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project and, except for the adjustment provided for in subdivision (b) of this article, in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or other causes."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| International Water District | 14-06-200-585A | 8/23/1963 | Up to 1,200 acre-feet/year | Ag |

"(a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District through and by means of the Project, but in

no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or other causes.

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| James Irrigation District | 14-06-200-700-A | 12/23/1963 | 7,600-9,700 acre-feet/year plus 35,300 acre-feet/year of suppl. water | Ag and M&I |

"(a) Notwithstanding any other provisions in this contract, the United States shall be obligated to deliver water hereunder only at times and in quantities for which facilities and water are available, as conclusively determined by the Contracting Officer.

(b) There may, occur at times during any year, a shortage in the quantity of Project water to be made available for delivery to the Contractor pursuant to this contract. In no event shall any liability accrue against the United States, the State, or any of their officers, agents, or employees for any damage, direct or indirect, arising from such a shortage on account of errors in operation, drought, or any other cause."

Contracts with this provision

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Tri-Valley Water District | 14-06-200-8565A | 8/5/1976 | Up to 982 acre-feet/year | Ag and M&I |

"(a) The United States shall use all reasonable means in its operation and management of the Project to make full supplies of Project Water specified in this contract available to the Contractor during the Year. If, nevertheless, the United States is unable to make such full supplies available to the Contractor during the Year on account of drought, errors in operation, or other causes, the Contractor shall hold the United States, its officers, agents and employees harmless from any and all liability and/or damages arising therefrom

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| City of Shasta Lake | 4-07-20-W1134 | 3/1/1994 | Up to 2,750 acre-feet/year | M&I |

"(a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project and in no event shall any liability accrue against the United States or any of its officers, agents or employees for any

damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or unavoidable causes."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| San Juan Suburban Water District | 14-06-200-152A | 6/19/1962 | Up to 40,000 acre-feet/year | Ag at $2.25 per acre-feet/year; M&I at $9 per acre-feet/year |
| West Stanislaus Irrigation District | 14-06-200-1072 | 7/14/1953 | Up to 20,000 acre-feet/year | Ag |

"(a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or unavoidable causes."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Colusa County Water District | 14-06-200-304-A | 11/14/1962 | Up to 45,400 acre-feet/year | Ag only |

"(a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project and, except for the adjustment provided for in subdivision (b) of this article, in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or unavoidable causes."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Garfield Water District | 14-06-200-3421 | 7/24/1961 | Up to 3,500 acre-feet/year | Ag |

“(a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project, but in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operations, drought, or other unavoidable causes.”

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Dunnigan Water District | 14-06-200-399-A | 2/5/1963 | Up to 19,000 acre-feet/year | Ag only |
| Westside Water District | 14-06-200-8222-A | 9/16/1964 | Up to 25,000 acre-feet/year | Ag |

“(a) There may occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project and in no event shall any liability accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising from a shortage on account of errors in operations, drought, or other unavoidable causes.”

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Del Puerto Water District | 14-06-200-922 | 6/10/1953 | Up to 10,000 acre-feet/year | Ag only |

“Investigations by the United States of the streamflow of the Sacramento River, the Trinity River, the American River, and the San Joaquin River and their tributaries indicate that there will be available for furnishing to the District hereunder the quantities of water herein specified in Article 3 to be furnished by the United States and accepted and paid for by the District. There may, however, occur at times a shortage during any year in the quantity of water available for furnishing to the District by the United States pursuant to this contract through and by means of the Project, and in no event shall any liability accrue against the United States or any of it officers, agents or employees for any damage, direct or indirect, arising from a shortage on account of errors in operation, drought, or unavoidable causes.

Contracts with this provision

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Corning Water District | 14-06-200-6575 | 8/1/1957 | Up to 25,300 acre-feet/year | Ag only |
| Westside Water District | 14-06-220-8222 | 3/16/1960 | Up to 22,100 acre-feet/year | Ag only |

"In its operation of the Project, the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the Contractor pursuant to this contract. Nevertheless, if a shortage does occur during any year because of drought, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States, no liability shall accure against United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Stockton East Water District | 4-07-20-W0329 | 12/19/1983 | 75,000 acre-feet per year | Ag and M&I |
| Central San Joaquin Water Conservation District | 4-07-20-W0330 | 12/19/1983 | 80,000 acre-feet per year | Ag |
| Glide Water District | 7-07-20-W0040 | 6/20/1977 | 2,600-10,500 acre-feet/year | Ag and M&I |

"(a) In its operations of the Project, the Contracting Officer will use all reasonable means to guard against a condition of shortage in the quantity of Project Water available to the Contractor pursuant to this contract. Nevertheless, if a shortage does occur during the term of this contract because of drought, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States or any of its officers, agents, or employees for any damage, direct, indirect, arising therefrom,"

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| City of Shasta Lake | 2-07-20-W1024 | 5/27/1993 | Up to 2,750 acre-feet/year | M&I |

"(a) The United States shall use all reasonable means in its operation and management of the Project to make full supplies of Project Water specified in this contract available to the Contractor during each year. If, nevertheless, the United States is unable to make such full supplies available to the Contractor in any Year on account of drought, errors in operation, or other causes which the Contracting Officer have determined are beyond the control of the United States, the Contractor shall hold the United States, its officers, agents, or employees harmless from any and all liability and/or damages arising therefrom,"

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| City of Shasta Lake | 04-07-20-W1134-IR2 | 3/10/1995 | Up to 2,750 acre-feet/year | M&I |

| | | | | |
|---|---|---|---|---|
| City of Shasta Lake | 4-07-20-W1134-IR3 | 10/7/1997 | Up to 2,750 acre-feet/year | M&I |

"(a) The United States shall use all reasonable means in its operation and management of the CVP to make full supplies of CVP water specified in this contract available to the District each Year. If, nevertheless, the United States is unable to make such full supplies available to the District in any Year on account of drought, errors in operation, or other causes which the Contracting Officer has determined are beyond the control of the United States, the District shall hold the United States its officers, agents and employees harmless from any and all liability and/or damages arising therefrom.

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Contra Costa Water District | I75r-3401 | 5/26/1994 | Up to 195,000 acre-feet/year | Primarily M&I |

"In its operations of the Project the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the District pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the Contracting Officer are beyond his control, in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising therefrom. . . . Provided, That the foregoing shall not affect the obligations of the United States under contracts entered into for water service in other areas prior to the execution of this contract or under water rights settlements."

Contracts with this provision

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| East Bay Municipal Utility District | 14-06-200-5183A | 12/22/1970 | Up to 150,000 acre-feet/year | Ag and M&I |

"(a) In its operations of the Project the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the Contractor pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States, in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising therefrom: Provided, That nothing contained herein shall be construed as an assumption of liability by the Contractor with respect to such matters. . . . Provided, That the foregoing shall not affect the obligations of the United States under contracts entered into for water service in other areas prior to the execution of this contract or under water rights settlements."

Contracts with this provision

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| San Luis Water District | 14-06-200-7773A | 6/18/1974 | 80,000-128,000 acre-feet/year | Ag; M&I subject to add'l terms |
| Panoche Water District | 14-06-200-7864A | 8/30/1974 | 80,000-94,000 acre-feet/year | Ag, but can use for M&I subject to add'l terms |

"(a) In its operations of the Project the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the Contractor pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States, in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising therefrom: Provided, That nothing contained herein shall be construed as an assumption of liability by the Contractor with respect to such matters: Provided further, That the foregoing shall not affect the obligations of the United States under contracts entered into for water service in other areas prior to the execution of this contract or under water rights settlements."

Contracts with this provision

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| City of Tracy | 14-06-200-7858A | 7/22/1974 | 1,000-10,000 acre-feet/year | M&I |

"In its operations of the Project the United States will use all reasonable means to guard against a condition of shortage in the quantity of water available to the District pursuant to this contract. If, nevertheless, a shortage does occur during any year on account of drought, errors in operation, or other causes which, in the opinion of the Contracting Officer, are beyond his control, in no event shall any liability accrue against the United States or any of its officers, agents or employees for any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| SMUD | 14-06-200-5198A | 11/20/1970 | Up to 75,000 acre-feet/year | M&I |

"(a) In its operation of the Project, the Contracting Officer will use all reasonable means to guard against a condition of shortage in the quantity of Project Water to be made available to the Contractor pursuant to this Contract. Insofar as determined by the Contracting Officer to be practicable, the Contracting Officer will, in the event a shortage appears probable, notify the Contractor of such determinations as soon as possible.
(b) If there is a reduction in the total water supply available to the Contractor during any Year because of errors in physical operations of the Project, drought, or other physical causes beyond the control of the Contracting Officer or actions taken by the Contracting Officer to meet legal obligations, no liability shall accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom, so long as actions based upon the opinions or determinations of the Contracting Officer are consistent with the standards of Article 18."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| San Juan Water District | 6-07-20-W1373 | 4/8/1999 | Up to 13,000 acre-feet/year | M&I |

"(a) In its operation of the Project, the Contracting Officer will use all reasonable means to guard against a condition of shortage in the quantity of Project Water to be made available to the Contractor pursuant to this Contract. Insofar as determined by the Contracting Officer to be practicable, the Contracting Officer will, in the event a shortage appears probable, notify the Contractor of such determinations as soon as possible.
(b) If there is a reduction in the project water supply available to the Contractor during any Year because of errors in physical operations of the Project, drought, or other physical causes beyond the control of the Contracting Officer or actions taken by the Contracting Officer to meet the legal obligations, no liability shall accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom, so long as actions based upon the opinions or determinations of the Contracting Officer are consistent with the standards of Article 18."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Sacramento County Water Agency | 6-07-20-W1372 | 6/8/1999 | Up to 22,000 acre-feet/year | M&I |

"(a) In its operation of the Project, the Contracting Officer will use all reasonable means to guard against a Condition of Shortage in the quantity of water to be made available to the Contractor pursuant to this Contract. In the event the Contracting Officer determines that a Condition of Shortage appears probable, the Contracting Officer will notify the Contractor of said determination as soon as practicable.
(b) If there is a Condition of Shortage because of errors in physical operations of the Project, drought, other physical causes beyond the control of the Contracting Officer or actions taken by the Contracting Officer to meet legal obligations then, except as provided in subdivision (a) of Article 18 of this Contract, no liability shall accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Placer County Water Agency | 14-06-200-5082A | 2/26/2002 | Up to 35,000 acre-feet/year | Irrigation and/or M&I |
| Reclamation District 1606 | 14-06-200-3802A-LTR1 | 2/25/2005 | Up to 228 acre-feet/year | Irrigation and M&I |
| International Water District | 14-06-200-585A-LTR1 | 1/20/2001 | Up to 1,200 acre-feet/year | Irrigation and M&I |
| County of Madera | 14-06-200-2406A-LTR1 | 2/12/2001 | Up to 200 acre-feet/year | M&I |

| | | | | |
|---|---|---|---|---|
| Centerville Community Services District | 14-06-200-3367X-LTR1 | 5/10/2005 | Up to 2,900 acre-feet/year | M&I |
| Garfield Water District | 14-06-200-9421-LTR1 | 1/20/2001 | Up to 3,500 acre-feet/year | Irrigation |
| Gravelly Ford Water District | 1-07-20-W0242-LTR1 | 1/20/2001 | Up to14,000 acre-feet/year | Irrigation |
| Dunnigan Water District | 14-06-200-399-A-LTR1 | 2/25/2005 | Up to 19,000 acre-feet/year | Irrigation and M&I |

"(a) In its operation of the Project, the Contracting Officer will use all reasonable means to guard against a Condition of Shortage in the quantity of water to be made available to the Agency pursuant to the Contract. In the event the Contracting Officer determines that a Condition of Shortage appears probable, the Contracting Officer will notify the Agency of said determination as soon as practicable.

(b) If there is a Condition of Shortage because of errors in physical operation of the Project, drought, other physical causes beyond the control of the Contracting Officer or actions taken by the Contracting Officer to meet legal obligations then, except as provided in subdivision (a) of Article 18 of this Contract, no liability shall accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom."

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| Shasta County Water Agency | 14-06-200-3367A-LTR1 | 5/27/2005 | Up to 1,022 acre-feet/year | M&I |

"(a) In its operations of the Project, the Contracting Officer will use all reasonable means to guard against a condition of shortage in the quantity of water to be made available to the Contractor pursuant to this Amendatory Contract. In the event the Contracting Officer determines that a Condition of Shortage appears probable, the Contracting Officer will notify the Contractor of such determinations as soon as possible.

(b) If there is a Condition of Shortage because of errors in physical operations of the Project, drought, other physical causes beyond the control of the Contracting Officer or actions taken by the Contracting Officer to meet legal obligations then, except as provided in subdivision (a) of Article 18 of this Contract, no liability shall accrue against the United States or any of its officers, agents, or employees for any damage, direct or indirect, arising therefrom."

Contracts that have this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| East Bay Municipal Utility District | 14-06-200-5183A-1 | 7/20/2001 | Up to 133,000 acre-feet/year at Freeport/Sac. River; up to 150,000 acre-feet/year at Site 5/Amer. River; up to 150,000 acre-feet/year at Station 666+50 on Folsom So. Canal | M&I |

"(a) In its operations of the Project, the Contracting Officer will use all reasonable means to guard against a condition of shortage in the quantity of Project Water available to the Contractor pursuant to this contract. Nevertheless, if a shortage does occur during the term of this contract because of drought, or other causes which, in the opinion of the Contracting Officer, are beyond the control of the United States or any of its officers, agents, or employees for any damage, direct, indirect, arising therefrom,"

Contracts with this provision:

| **Contracting Entity** | **Contract Number** | **Contract Date** | **Amount of Water** | **Use Type (Ag v. M&I)** |
|---|---|---|---|---|
| City of Shasta Lake | 2-07-20-W1024 | 5/27/1993 | Up to 2,750 acre-feet/year | M&I |