**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, et al., Plaintiffs, | No. 04-541 L |
| v. | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | |

**DECLARATION OF JENNIFER L. SPALETTA**

I, Jennifer L. Spaletta, pursuant to 28 U.S.C. § 1746, hereby declare.

1. I am an attorney of record for Plaintiffs in this case and state the following of my own personal knowledge.

2. In light of the errors identified by Defendant, Plaintiffs have thoroughly reviewed all of the cited contracts and revised the summary to ensure that each shortage provision is stated verbatim. Plaintiffs have also removed references to the "interim renewal contracts" to simplify the summary and avoid duplication. Finally, Plaintiffs have removed the references to the different "types" of provisions.

3. I have personally supervised the review of this summary for accuracy by three people including myself, a clerk in my office by the name of Richard Asfar and by my partner Jeanne M. Zolezzi. It took Ms. Zolezzi and me approximately four hours to review the accuracy of the quoted provisions in the contracts.

I declare under penalty of perjury that what I have said in this declaration is true and correct.

Executed on October 11, 2006

s/ Jennifer Spaletta
Jennifer Spaletta