**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, et al., | ) | |
| Plaintiffs, | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* REGARDING NEWLY RAISED ISSUE IN THIS CASE**

Plaintiffs move this Court for leave to file the attached motion *in limine* regarding background principles of state law. Pursuant to the Court's September 18, 2006 Order all motions *in limine* were to be filed on September 29, 2006. After that deadline, however, Defendant and two amici curiae filed pre-trial briefs raising this defense to Defendant's breach of contract for the first time. Prior to the October 10, 2006 filings, this defense was not part of the case; therefore, Plaintiffs could not have filed the attached motion *in limine* by the September 29, 2006 deadline.

Accordingly, as Defendant and amici have raised a new issue after the deadline for filing motions *in limine*, Plaintiffs request leave to file the attached motion regarding this newly raised issue.

Respectfully submitted,

/s Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue, N.W.

Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: October 12, 2006

Counsel for Plaintiffs

Of counsel:

Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)