# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * | * | |
| | * | |
| **STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and CALIFORNIA WATER SERVICE COMPANY,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | No. 04-541L |
| | * | |
| **THE UNITED STATES,** | * | (Filed Nov. 9, 2006) |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Trial having concluded on November 2, 2006,

**IT IS ORDERED**, as follows:

1. By November 21, 2006, the parties shall submit a Joint Chart listing all lawsuits, state, and federal, and regulatory proceedings, state, and federal, identifying each by name, date filed, status, issues decided, issues not reached, issues stayed, and subsequent history.

2. The proofs shall be closed upon the filing of the official transcript of trial and exhibits, or by November 21, 2006, whichever is later.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge