# In the United States Court of Federal Claims

**04-541 L**

**Filed: November 20, 2006**

**STOCKTON EAST WATER DISTRICT,
CENTRAL SAN JOAQUIN WATER DISTRICT,
ET AL.,**

**v.**

**THE UNITED STATES**

**ERRATA**
**OPINION ISSUED ON APRIL 10, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.