# In the United States Court of Federal Claims

**No. 04-541 L**

**STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, AND CALIFORNIA WATER SERVICE COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed February 20, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that:

1. Judgment is in favor of defendant with respect to the Central Contract against plaintiffs County of San Joaquin, City of Stockton, and California water Service Company, in accordance with the opinion issued on April 10, 2006 Stockton E. Water Dist. v. United States, 70 Fed.Cl. 515 (2006), which granted, in part, defendant's motion for summary judgment.
2. Judgment is in favor of defendant with respect to the Stockton East Contract against plaintiffs County of San Joaquin, City of Stockton, and California Water Service Company in accordance with the grant of defendant's RCFC 52(c) motion.
3. Judgment is in favor of defendant against plaintiffs Stockton East Water District and Central San Joaquin Water District in accordance with the court's February 20, 2007 opinion.

Brian Bishop
Clerk of Court

**February 21, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.