# In the United States Court of Federal Claims

**04-541L**

**Filed: February 21, 2007**

**STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCTON and CA. WATER SRVC. CO.**

**v.**

**THE UNITED STATES**

**Cumulative Index for Trial Exhibits**
**held in Sacramento, California**
**October 23, 2006 through November 2, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.