JX - 1, 2, 4, 6, 7, 13, 14, 16, 19, 21, 23, 25, 26, 27

PX - 5, 6, 8, 10, 15, 18, 20, 23, 24, 25-28, 34, 36, 37, 39, 42, 44, 45, 46, 49, 75, 76, 79, 80, 81, 84-89, 90, 92, 93, 95, 97, 99, 102, 103, 104, 106, 108, 110, 112, 114, 115, 120, 121, 122, 126, 130, 131, 133, 136, 141, 153, 156, 157, 160, 170-2, 176, 185, 186, 191, 193, 194, 197, 203, 220, 221, 222, 227, 232, 235, 239, 240, 242, 245, 254, 255, 256, 258, 273, 289, 292, 298, 303, 308, 312, 321, 322, 323-1, 323-2, 323-2A, 323-3, 323-4, 323-5, 323-6, 323-10, 323-. 323-13, 323-13A, 323-16, 323-18, 323-19, 323-21, 323-23, 3. 337, 345, 346-353

DX - 3, 31, 41, 62, 65, 71, 88, 91, 97, 98, 101, 103, 107, 111, 129, 133, 14. 153, 162, 164, 167, 173, 180, 210, 217, 219, 223, 231, 232, 2. 260, 263, 270, 271, 276, 281, 283, 288, 310, 313, 315, 316, 318, 324, 331, 334, 337, 338, 340, 342, 343, 347, 356, 357, 362, 368-373, 378, 380, 381, 385, 386, 388, 394, 397-8, 402, 403, 406, 409, 412, 417, 418-22