# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOCKTON EAST WATER DISTRICT, *et al.*,** *

Plaintiffs, *

v. * No. 04-541L

**THE UNITED STATES,** * (Filed Mar. 12, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to Plaintiffs' Motion To Amend or Modify Decision filed on March 7, 2007,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 7.2(a), defendant shall respond by March 23, 2007.

2. Plaintiffs may file a reply by March 30, 2007.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge