# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOCKTON EAST WATER DISTRICT, *et al.*,** *

Plaintiffs, *

v. * No. 04-541L

**THE UNITED STATES,** * (Filed Mar. 12, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to Plaintiffs' Motion for Reconsideration filed on March 7, 2007,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 59(b), defendant shall file its response by March 20, 2007.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge