# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, SAN JOAQUIN COUNTY, STOCKTON CITY, CALIFORNIA WATER SERVICE COMPANY, | ) | No. 04-541 L |
| Plaintiffs, | ) | Judge Christine Odell Cook Miller |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION AND PLAINTIFFS' MOTION TO AMEND OR MODIFY DECISION

Defendant, the UNITED STATES OF AMERICA, hereby moves for an extension of time of one (1) week in which to file a response to Plaintiffs' Motion for Reconsideration (Docket No. 160) and Plaintiffs' Motion to Amend or Modify Decision (Docket No. 159). The rules regarding reconsideration do not allow a response unless permitted by the Court, see RCFC 59(b), but the Court's Order, dated March 12, 2007, allowed Defendant to file a response to Plaintiffs' Motion for Reconsideration by March 20, 2007, and to Plaintiffs' Motion to Amend or Modify Decision by March 23, 2007. Plaintiffs' Motions seek reconsideration of numerous points addressed in the Court's February 20, 2007 decision. Due to other case demands, and in order to permit adequate time for review within the Department of Justice and the Department of the Interior, Defendant respectfully requests an additional week to submit both responses. Defendant therefore requests that it be permitted to file a response to Plaintiffs' Motion for Reconsideration on March 27, 2007, and a response to Plaintiffs' Motion to Amend or Modify

Decision by March 30, 2007.

An extension of one week will not prejudice Plaintiffs in this matter. The undersigned counsel has attempted to contact counsel for the Plaintiffs on several occasions to ascertain Plaintiffs' position with respect to this motion, but those efforts have been unsuccessful.

Respectfully submitted this 13th day of March 2007.

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

_/s William J. Shapiro________
WILLIAM SHAPIRO
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)