# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOCKTON EAST WATER DISTRICT, *et al.*,** *

Plaintiffs, *

v. * No. 04-541L

**THE UNITED STATES,** * (Filed Mar. 15, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion for an extension of time filed on March 13, 2007, is granted, good cause having been shown. Accordingly,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 7.2(a), the orders entered on March 12, 2007, are modified insofar as defendant shall file its response to Plaintiffs' Motion for Reconsideration by March 27, 2007, and defendant shall file its response to Plaintiffs' Motion To Amend or Modify Decision by March 30, 2007.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge