# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOCKTON EAST WATER DISTRICT, *et al.*,** *

Plaintiffs, *

v. * No. 04-541L

**THE UNITED STATES,** * (Filed Mar. 22, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' Motion for an Enlargement of Time and for Leave To File a Reply Brief was filed on March 19, 2007. Plaintiffs request an extension of time within which to file their reply to Plaintiffs' Motion To Amend or Modify Decision and request leave to file a reply to Plaintiffs' Motion for Reconsideration. Accordingly,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 7.2(a), the orders entered on March 12, 2007, and March 15, 2007, are modified insofar as plaintiffs request for an extension of time to file a reply to defendant's response is granted. Plaintiffs' shall file their reply by 5:00 p.m. on April 6, 2007.

2. Pursuant to RCFC 7.2(a), defendant shall file, by 5:00 p.m., on March 28, 2007, a response to plaintiff's motion for leave. The court will rule on this motion without further briefing.

s/ Christine O.C. Miller

___________________________

**Christine Odell Cook Miller**
Judge