**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, et al., Plaintiffs, | ) | |
| | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES, Defendant. | ) | |

**NOTICE OF ADDITIONAL AUTHORITY**
**RELATING TO MOTION FOR RECONSIDERATION**

Plaintiffs hereby notify the Court that the U.S. Court of Appeals for the Federal Circuit recently decided *Carabetta Enterprises, Inc. v. United States*, ___ F.3d ___ 2007 WL 983837 (April 4, 2007), holding that:

> even if the sovereign acts doctrine applies, "it does not follow that discharge will always be available, for the common-law doctrine of impossibility imposes additional requirements before a party may avoid liability for breach."
>
> One such requirement is embodied in the doctrine of partial impossibility or partial impracticability. According to the Restatement of Contracts, "[w]here only part of an obligor's performance is impracticable, his duty to render the remaining part is unaffected if . . . it is still practicable for him to render performance that is substantial, taking account of any reasonable substitute performance that he is under a duty to render."

*Id*. at *3 (quoting *Winstar v. United States*, 518 U.S. 839, 904 (1996); Restatement (Second) of Contracts § 270 (1981)).

Plaintiffs believe that this decision may be helpful to the Court in deciding whether common law impossibility remains a requirement of the sovereign act defense in this Circuit.

Respectfully submitted,

/s Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
Marzulla & Marzulla
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: April 9, 2007

Counsel for Plaintiffs

Of counsel:

Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)