IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, SAN JOAQUIN COUNTY, STOCKTON CITY, CALIFORNIA WATER SERVICE COMPANY, | ) | |
| Plaintiffs, | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO ALLOW SUPPLEMENTAL BRIEFING REGARDING *CARABETTA ENTERPRISES, INC. v. UNITED STATES***

On April 9, 2007, Plaintiffs filed a Notice of Additional Authority Relating to Motion for Reconsideration (Doc. 172), notifying the Court of the Federal Circuit's recent decision in Carabetta Enterprises, Inc. v. United States, 2007 WL 983837 (Fed. Cir. April 4, 2007). Plaintiffs' notice also quotes a portion of the Carabetta decision and comments on the relevance of the decision to the government's sovereign acts defense in this case.

Defendant has reviewed the Carabetta decision and believes that it is distinguishable from this case. Defendant therefore respectfully requests that both parties be given an opportunity to file supplemental briefs, of five pages or less, addressing the relevance of the Carabetta decision. Defendant proposes that such supplemental briefs, if permitted, be filed within five (5) days of the Court's ruling on this motion.

Dated: April 12, 2007

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

s/William J. Shapiro
WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Room 9-700
Sacramento, CA 95814
TEL (916) 930-2207

Counsel of Record for Defendant

OF COUNSEL:
KRISTINE S. TARDIFF
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583