# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STOCKTON EAST WATER DISTRICT, *et al.*,** *

Plaintiffs, *

v. * No. 04-541L

**THE UNITED STATES,** * (Filed Apr. 16, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 9, 2007, plaintiffs filed their Notice of Additional Authority Relating to Motion for Reconsideration. Pursuant to RCFC 7.2(a), Defendant's Motion for Leave To Allow Supplemental Briefing Regarding *Carabetta Enterprises, Inc. v. United States*, filed on April 12, 2007, is granted. Briefing shall be expedited. Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant shall file a supplemental brief, not to exceed five pages, by April 20, 2007.

2. Plaintiffs shall file their supplemental brief, not to exceed five pages, by April 27, 2007.

s/ Christine O.C. Miller

____________________________

**Christine Odell Cook Miller**
Judge