**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOCKTON EAST WATER DISTRICT, et al., | ) | |
| Plaintiffs, | ) | No. 04-541 L |
| v. | ) | Judge Christine Odell Cook Miller |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' and DEFENDANT'S JOINT MOTION TO CORRECT REPORTER'S CUMULATIVE INDEX**

On February 21, 2007, Heritage Reporting Corporation, the Reporter for the trial in this case, filed its "Cumulative Index." (Docket No. 158). The Cumulative Index identifies each Plaintiffs', Defendant's and Joint Exhibit Marked and Received at Trial. The parties have both reviewed the Index and found a handful of errors. These errors are detailed on the attached table. The parties respectfully request that the Court order the Reporter to correct the Index so that the record on appeal is complete and accurate.

Respectfully submitted,

s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W. Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)
Counsel for Plaintiffs

s/ William Shapiro (by consent)
WILLIAM SHAPIRO
Trial Attorney
United States Department of Justice
Environmental and Natural Resource Division
Natural Resources Section
501 I Street, Room 9-700
Sacramento, CA 95814
(916) 930-2207 (telephone)
Counsel for Defendant

Dated: April 30, 2007

Of Counsel for Plaintiffs:

Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)

| Joint Exh. | MISTAKE | CORRECTION |
|---|---|---|
| 28 | This exhibit was admitted at trial on 10/23/06 at Transcript page 211 but was not included on the Cumulative Index as such. | Edit Index to reflect JX 28 received at page 211. |

| Pltfs' Exh.# | MISTAKE | CORRECTION |
|---|---|---|
| 21 | Used during the examination of Mr. Camy on 10/25/06, Transcript page 737, but not listed as admitted at the end of the day on Transcript or on Reporter's Index | Edit Index to reflect PX 21 received at page 737. |
| 121 | Incorrectly marked on the Index as received at page 775. This exhibit was admitted at page 212. | Edit Index to reflect PX 121 received at page 212 on 10/23/06. |
| 223 | This exhibit incorrectly appears as received in the Index. It was not received for the Plaintiff. Rather, Defendant's Exhibit 223 was received. | Delete reference to PX 223 having been received at trial. |

| Def. Exh. # | MISTAKE | CORRECTION |
|---|---|---|
| 65 | The Index incorrectly notes that this exhibit was received on page 919. | Edit Index to reflect that DX 65 was received at Transcript page 1919 on 10/31/06. |
| 91 | The Index incorrectly shows that this entire exhibit was received. However, only certain pages were received. The Cover and page 7 were received on 10/27/06, Transcript page 1345. Pages 17 and 43 were referred to in testimony on 10/30/06 (Tr. 1411-1413) but inadvertently not admitted at the end of the day. | Edit the Index to reflect that the cover and pages 7, 17 and 43 were received at Transcript pages 1345 and 1411-13. |
| 223 | The Index omits reference to DX 223. DX 223 was received at trial on 10/26/06 at Transcript page 1081. | Edit Index to reflect DX 223 received at page 1081. |
| 270 | The index note the exhibit admitted in its entirely. The cover page and pages SE05763-64 were admitted on 10/27/06 at Transcript page 1345. Pages SE05765-66 were referenced in testimony and inadvertently not admitted at the end of the day. See Transcript pp. 1243-1245. | Edit Index to reflect pages SE05763-66 received on 10/27/06 at Transcript pages 1345, 1243-45. |

| | | |
|---|---|---|
| 299 | DX 299 is duplicative of PX 121. Per the Court's instructions on 10/25/06, the record was to be corrected so that all references to DX 299 "be corrected to reflect that it's Plaintiffs' 121[.]" Transcript, pp. 774-75. | Edit Index at DX 299 entry to reflect that DX 299 is duplicative of PX 121 and that PX 121 was admitted.<br><br>Alternatively, edit the Transcript at pp. 575-76 to replace the references to DX 299 to PX 121. |
| 421 | The Index shows this exhibit received at page 1627. It was actually received at page 1345 on 10/27/06. | Edit Index to reflect DX 421 received at page 1345. |