ORIGINAL

FILED
JUN 2 7 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STOCKTON EAST WATER DISTRICT et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant,

No. 04-541 L

Judge Christine Odell Cook Miller

## NOTICE OF APPEAL

Notice is given that Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered on February 21, 2007, the Order on Motion to Amend Judgment entered April 27, 2007, and the Order on Motion for Reconsideration entered May 18, 2007. Pursuant to Rule 3(c)(1)(A) of the Federal Rules of Appellate Procedure, the names of Plaintiffs taking the appeal are:

STOCKTON EAST WATER DISTRICT, a California public agency formed by special action of the California Legislature under Chapter 819, Statutes of 1971, as amended;

CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, a California water conservation district organized and existing under California Water Code §§ 74000-76501;

CALIFORNIA WATER SERVICE COMPANY, a California corporation providing water service to the City of Stockton and the County of San Joaquin.

Respectfully submitted,

Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
202-822-6760
202-822-6774 (facsimile)

Counsel for Plaintiffs

Dated: June 27, 2007

Of Counsel:
Jeanne M. Zolezzi
Jennifer L. Spaletta
Herum Crabtree Brown
2291 West March Lane
Suite B100
Stockton, CA 95207
(209) 472-7700
(209) 472-7986 (facsimile)